UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER NORRIS d/b/a WEBCOMIC NAME<br><br>Plaintiff,<br><br>v.<br><br>Marc Goldner, Individually and as Officer of GOLDEN BELL ENTERTAINMENT, LLC, a California company and GOLDEN BELL STUDIOS, LLC, GOLDEN BELL ENTERTAINMENT, LLC., a California Company and GOLDEN BELL STUDIOS, LLC.<br><br>Defendants. | No. 1:19-cv-05491-AJN<br><br>ECF Case<br><br><br>NOTICE OF MOTION TO SERVE SUPPLEMENTAL COMPLAINT |

**PLEASE TAKE A NOTICE** that upon the Declaration of Antoaneta Tarpanova, together with the exhibits annexed thereto, and the Memorandum of Law, the plaintiff will move this Court before Hon. Alison J. Nathan for an Order pursuant to Fed. R. Civ. P. 15(d) granting the plaintiff leave to serve a Supplemental Complaint alleging the occurrence of relevant facts subsequent to the filing of the original Complaint in this action and seeking additional remedies that could not have been sought before the newly-alleged facts occurred.

Dated: New York, NY
      February 24, 2020

CHINTA PERDOMO BERKS & FRATANGELO, LLP

By: /s/_____
Antoaneta V. Tarpanova, Esq.(#2287)
17 State Street, Ste 4000
New York, NY 10004
T. 212-274-1261
F. 212-220-6734
Email: atarpanova@chintaperdomo.com
*Attorneys for Plaintiffs*