UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER NORRIS d/b/a<br>WEBCOMIC NAME<br><br>Plaintiff,<br><br>v.<br><br>Marc Goldner, Individually and as Officer of<br>GOLDEN BELL ENTERTAINMENT, LLC,<br>a California company and GOLDEN BELL STUDIOS, LLC,<br>GOLDEN BELL ENTERTAINMENT, LLC., a California<br>Company and GOLDEN BELL STUDIOS, LLC.<br><br>Defendants. | No. 1:19-cv-05491-AJN<br><br>ECF Case |

**DECLRATION OF ANTOANETA V. TARPANOVA IN SUPPORT OF PLAINTIFF'S MOTION TO FILE SUPPLEMENTAL PLEADING PURSUANT TO FED. R. CIV. P. 15(d)**

I, Antoaneta V. Tarpanova, declare under penalty of perjury that the following statements are true and correct:

1. Annexed as Exhibit 1 is a true and correct copy of Plaintiff's proposed supplemental pleading that asserts additional copyright infringement claims against Defendants.

2. Annexed as Exhibit 2 is a true and correct copy of Defendants' specimen of use filed with the USPTO on November 18, 2019 with respect to trademark application Serial No. 88185795, publicly available on the USPTO website.

Dated:   New York, NY
         February 24, 2020

By: /s/ Antoaneta V. Tarpanova
        Antoaneta V. Tarpanova