Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

# Response to Office Action

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88185795 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 109 |
| **MARK SECTION** | |
| **MARK** | https://tmng-al.uspto.gov/resting2/api/img/88185795/large |
| **LITERAL ELEMENT** | OH NO |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **GOODS AND/OR SERVICES SECTION (current)** | |
| **INTERNATIONAL CLASS** | 016 |
| **DESCRIPTION** | |
| Bookmarkers; Bookmarks; Comic books; Comic magazines; Comic strips; Comic strips' comic features; Comics; Stickers; Newspaper comic strips | |
| **FILING BASIS** | Section 1(b) |
| **GOODS AND/OR SERVICES SECTION (proposed)** | |
| **INTERNATIONAL CLASS** | 016 |
| **DESCRIPTION** | |
| Bookmarkers; Bookmarks; Comic books; Comic magazines; Comic strips; Comic strips' comic features; Comics; Stickers; Newspaper comic strips | |
| **FIRST USE ANYWHERE DATE** | At least as early as 07/26/2016 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 07/26/2016 |
| **STATEMENT TYPE** | "**The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application**"*[for an application based on Section 1(a), Use in Commerce]* OR "**The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use**" *[for an application based on Section 1(b) Intent-to-Use]*. OR "**The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use**" [for an illegible specimen]. |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\881\857\88185795\xml9\ ROA0002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\881\857\88185795\xml9\ ROA0003.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\881\857\88185795\xml9\ ROA0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\881\857\88185795\xml9\ ROA0005.JPG |

|  | \\TICRS\EXPORT17\IMAGEOUT 17\881\857\88185795\xml9\ ROA0006.JPG |
|---|---|
|  | \\TICRS\EXPORT17\IMAGEOUT 17\881\857\88185795\xml9\ ROA0007.JPG |
|  | \\TICRS\EXPORT17\IMAGEOUT 17\881\857\88185795\xml9\ ROA0008.JPG |
|  | \\TICRS\EXPORT17\IMAGEOUT 17\881\857\88185795\xml9\ ROA0009.JPG |
|  | \\TICRS\EXPORT17\IMAGEOUT 17\881\857\88185795\xml9\ ROA0010.JPG |
|  | \\TICRS\EXPORT17\IMAGEOUT 17\881\857\88185795\xml9\ ROA0011.JPG |
|  | \\TICRS\EXPORT17\IMAGEOUT 17\881\857\88185795\xml9\ ROA0012.JPG |
|  | \\TICRS\EXPORT17\IMAGEOUT 17\881\857\88185795\xml9\ ROA0013.JPG |
| **SPECIMEN DESCRIPTION** | These specimens and this mark are not ornamental and are a primary component of what is being sold in commerce. |
| **FILING BASIS** | Section 1(b) |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Marc Goldner/ |
| **SIGNATORY'S NAME** | Marc Goldner |
| **SIGNATORY'S POSITION** | Principal |
| **SIGNATORY'S PHONE NUMBER** | 5169841466 |
| **DATE SIGNED** | 11/18/2019 |
| **RESPONSE SIGNATURE** | /Marc Goldner/ |
| **SIGNATORY'S NAME** | Marc Goldner |
| **SIGNATORY'S POSITION** | Principal |
| **SIGNATORY'S PHONE NUMBER** | 5169841466 |
| **DATE SIGNED** | 11/18/2019 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Mon Nov 18 18:50:10 EST 2019 |
| **TEAS STAMP** | USPTO/ROA-XX.XXX.XX.XXX-2 0191118185010881261-88185 795-7002afda13d54e47627e9 bb786ebe61162809a4ddf606a 65eaa691328c95b2f3b-N/A-N /A-20191118183558847230 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

# Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **88185795** OH NO(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/88185795/large) has been amended as follows:

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 016 for Bookmarkers; Bookmarks; Comic books; Comic magazines; Comic strips; Comic strips' comic features; Comics; Stickers; Newspaper comic strips
Original Filing Basis:
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services in the application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

**Proposed:** Class 016 for Bookmarkers; Bookmarks; Comic books; Comic magazines; Comic strips; Comic strips' comic features; Comics; Stickers; Newspaper comic strips
**Filing Basis: Section 1(b), Intent to Use:** *For a trademark or service mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to use the mark in commerce on or in connection with the identified goods/services in the application. *For a collective trademark, collective service mark, or collective membership mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by members on or in connection with the identified goods/services/collective membership organization. *For a certification mark application:* As of the application filing date, the applicant had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce by authorized users in connection with the identified goods/services, and the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

In International Class 016, the mark was first used at least as early as 07/26/2016 . and first used in commerce at least as early as 07/26/2016 .

Applicant hereby submits one(or more) specimen(s) for Class 016 . The specimen(s) submitted consists of These specimens and this mark are not ornamental and are a primary component of what is being sold in commerce. .
"**The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce at least as early as the filing date of the application"***[for an application based on Section 1(a), Use in Commerce] OR* "**The substitute (or new, or originally submitted, if appropriate) specimen(s) was/were in use in commerce prior either to the filing of the Amendment to Allege Use or expiration of the filing deadline for filing a Statement of Use**" *[for an application based on Section 1(b) Intent-to-Use]. OR* "**The attached specimen is a true copy of the specimen that was originally submitted with the application, amendment to allege use, or statement of use**" [for an illegible specimen]. Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5
Specimen File6
Specimen File7
Specimen File8
Specimen File9
Specimen File10
Specimen File11
Specimen File12

**SIGNATURE(S)**
**Declaration Signature**


**DECLARATION: The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that, if the applicant submitted the application or allegation of use (AOU) unsigned, all statements in the application or AOU and this submission based on the signatory's own knowledge are true, and all statements in the application or AOU and this submission made on information and belief are believed to be true.**

**STATEMENTS FOR UNSIGNED SECTION 1(a) APPLICATION/AOU**: If the applicant filed an unsigned application under 15 U.S.C.

§1051(a) or AOU under 15 U.S.C. §1051(c), the signatory additionally believes that: the applicant is the owner of the mark sought to be registered; the mark is in use in commerce and was in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; the original specimen(s), if applicable, shows the mark in use in commerce as of the filing date of the application or AOU on or in connection with the goods/services/collective membership organization in the application or AOU; *for a collective trademark, collective service mark, collective membership mark application, or certification mark application,* the applicant is exercising legitimate control over the use of the mark in commerce and was exercising legitimate control over the use of the mark in commerce as of the filing date of the application or AOU; *for a certification mark application,* the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

**STATEMENTS FOR UNSIGNED SECTION 1(b)/SECTION 44 APPLICATION AND FOR SECTION 66(a) COLLECTIVE/CERTIFICATION MARK APPLICATION:** If the applicant filed an unsigned application under 15 U.S.C. §§ 1051(b), 1126(d), and/or 1126(e), or filed a collective/certification mark application under 15 U.S.C. §1141f(a), the signatory additionally believes that: *for a trademark or service mark application,* the applicant is entitled to use the mark in commerce on or in connection with the goods/services specified in the application; the applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date; *for a collective trademark, collective service mark, collective membership mark, or certification mark application,* the applicant has a bona fide intention, and is entitled, to exercise legitimate control over the use of the mark in commerce and had a bona fide intention, and was entitled, to exercise legitimate control over the use of the mark in commerce as of the application filing date; the signatory is properly authorized to execute the declaration on behalf of the applicant; *for a certification mark application,* the applicant will not engage in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant. **To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.**

Signature: /Marc Goldner/     Date: 11/18/2019
Signatory's Name: Marc Goldner
Signatory's Position: Principal
Signatory's Phone Number: 5169841466


**Response Signature**
Signature: /Marc Goldner/     Date: 11/18/2019
Signatory's Name: Marc Goldner
Signatory's Position: Principal

Signatory's Phone Number: 5169841466

The signatory has confirmed that he/she is not represented by an authorized attorney, and that he/she is either: (1) the owner/holder ; or (2) a person or persons with legal authority to bind the owner/holder; and if he/she had previously been represented by an attorney in this matter, either he/she revoked their power of attorney by filing a signed revocation with the USPTO or the USPTO has granted this attorney's withdrawal request.

Serial Number: 88185795
Internet Transmission Date: Mon Nov 18 18:50:10 EST 2019
TEAS Stamp: USPTO/ROA-XX.XXX.XX.XXX-2019111818501088
1261-88185795-7002afda13d54e47627e9bb786
ebe61162809a4ddf606a65eaa691328c95b2f3b-
N/A-N/A-20191118183558847230





















theohnoshop.com/collections/stickers

A5 "CLASSIC" STICKER SHEET
£4.95

A6 "APPLE LAPTOP" STICKER SHEET
£3.50

A5 "RA
£4.95



A5 "ANIMAL" STICKER SHEET
£4.95

