USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Alexander Norris,

            Plaintiff,

   –v–

Marc Goldner, et al.,

            Defendants.

19-cv-5491 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The conference currently scheduled for March 27, 2020 is hereby adjourned to May 1, 2020, at 3 p.m.

    SO ORDERED.

Dated: March 27, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge