UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDER NORRIS,

                **Plaintiff,**                          19-CV-5491 (AJN)(SN)

      -against-                              **ORDER**

MARC GOLDNER, et al.,

                **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On January 15, 2021, the Honorable Alison J. Nathan assigned this matter to my docket for settlement. As directed in my January 13, 2021 Order in <u>Chiykowski v. Goldner, et al.</u>, No. 19-cv-2272 (AJN) (ECF No. 63), the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive. The parties are reminded that the Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                     _____
                                                     SARAH NETBURN
                                                     United States Magistrate Judge

DATED:      January 20, 2021
                New York, New York