USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Peter Chiykowski,

        Plaintiff,

–v–

Marc Goldner, *et al.*,

        Defendants.

Alexander Norris,

        Plaintiff,

–v–

Marc Goldner, *et al.*,

        Defendants.

19-cv-2272 (AJN)

19-cv-5491 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the defendants' consented-to request to adjourn the post-discovery conference in *Norris v. Goldner, et al.*, Case No. 19-cv-5491, Dkt. No. 47, the post-discovery conference in both matters is hereby ADJOURNED to June 11, 2021 at 3:00 p.m.

    SO ORDERED.

Dated: May 4, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge