UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/7/21___

Alexander Norris,

        Plaintiff,

    –v–

Marc Goldner, et al.,

        Defendants.

19-cv-5491 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On May 27, 2021, the Court directed the parties to submit a joint status letter on ECF no

later than seven days prior to the upcoming post-discovery conference. Dkt. No. 49. As of the

date of this order, the Court has not received the parties' letter. IT IS ORDERED that the parties

comply with Dkt. No. 49 by June 9, 2021.

    SO ORDERED.

Dated: June 7, 2021
    New York, New York

_____
    ALISON J. NATHAN
    United States District Judge