

**GS2LAW**

Garson, Segal, Steinmetz, Fladgate LLP

| | | |
|---|---|---|
| Robert Garson ◊ | Stephen Greenwald | Kevin Kehrli ‹ |
| Michael Steinmetz * ∝ | John Lane ∝ | Maddie Brown |
| Chris Fladgate ° | Timothy Kendal ◊ | |
| Thomas Segal ˆ | Ilan Ben Avraham ▽ | |

Additional Bar
Memberships
◊ England and Wales          ∝ Patent Bar
ˆ Paris                              ° Victoria (Australia)
* New Jersey                     ▽ Israel
‹ Pennsylvania                    Colorado

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/10/21
```

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Sq.
New York, New York 10007

**VIA ECF**

```
                               6/10/21
        [signature]

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
```

June 9, 2021

> The request for an extension of time to complete discovery to July 26, 2021 is GRANTED.  No further extensions will be granted.  The post-discovery conference is hereby ADJOURNED to August 20, 2021 at 3:00 p.m.
> SO ORDERED.

**Re: Norris v. Goldner et al (19-cv-5491): Adjournment Request**

Dear Judge Nathan:

This firm represents all Defendants in the above-referenced matter.  I write pursuant to Your Honor's Individual Rules, as well as an email from Chambers, with the consent of counsel for Plaintiff, to request an adjournment of the conference presently scheduled for June 11, 2021.

The reason for the Parties' request is that until yesterday, June 9, 2021, the Parties were holding settlement discussions. Unfortunately, having spoken with Plaintiff's counsel following the last exchanged proposal, it seems the Parties have reached an impasse. Accordingly, the Parties respectfully request an extension of 45 days, until July 26, 2021, to complete discovery, and an adjournment of the post-discovery conference to a date thereafter.

Pursuant to Your Honor's Individual Rules, the parties have requested extensions of the Case Management Plan three times, and each was granted by the Court.  Presuming the Court prefers to hold its conferences on Fridays, the parties jointly propose July 30, 2021, August 6, 2021, or August 20, 2021.

Respectfully Submitted,

/s/
Kevin Kehrli, Esq.

USA: 164 WEST 25TH STREET, 11TH FLOOR, NEW YORK, NY 10001
UK:, 2 BEDFORD ROW, LONDON WC1R 4BU
WWW.GS2LAW.COM