

Francelina M. Perdomo, Esq.
fmp@gdblaw.com

August 25, 2021

Via ECF

Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      Re: *Norris v. Goldner, et al.*
         <u>Case No. 19-cv-5491-AJN</u>

Dear Judge Nathan:

  We represent Plaintiff Alexander Norris, p/k/a "Webcomic Name." We write to update the Court as to the status of this matter and respectfully request a conference so that Your Honor may help the parties settle their disputes.

  As general background, Plaintiff is a well-known artist based in London. In 2017, Plaintiff signed an agreement with Defendant Golden Bell Entertainment, LLC, to create the graphics for a game tentatively titled "Webcomic Name Game." Defendants thereafter exceeded the scope of the agreement by filing fraudulent trademark applications and claiming an interest in Plaintiff's intellectual property, including his rights to "Webcomic Name," infringing on Plaintiff's copyrights.

  A few weeks ago, Plaintiff learned that Defendants pledged Plaintiff's intellectual property as collateral for several loans. Two of the loans are with the Small Business Administration ("SBA"). In the SBA loan agreements, Defendants' principals Marc Goldner and Rachael Korsen



Hon. Alison J. Nathan
August 25, 2021
Page 2 of 3

certified that Golden Bell Entertainment, LLC and Golden Bell Studios, LLC owned the collateral "free of all adverse claims," notwithstanding the existence of this litigation.[1]

Defendants were scheduled to be deposed yesterday, August 24, 2021, pursuant to three notices of deposition dated August 2, 2021. Plaintiff's deposition was to take place today. This schedule has been in place for weeks. We were notified by Defendants' counsel on Monday, August 23, 2021, the day before Defendants' depositions, that none of the depositions would go forward. We have already pushed back Your Honor's discovery deadlines, and now it seems that Defendants have made it necessary to extend discovery yet again.

Plaintiff has since extended a very reasonable offer to resolve the case outright, which Defendant Marc Goldner quickly rejected.

We believe that the issues in this case are straightforward and that the Court would serve as a very helpful resource in resolving the issues underlying the dispute without incurring further expense. Furthermore, because Defendants have pledged the intellectual property in loan applications, settling the ownership of these trademarks becomes far more complicated. Plaintiff respectfully requests a conference so that the Court might explore these issues with the parties.

---

[1] Golden Bell Studios, LLC made its certification on June 14, 2020, while Golden Bell Entertainment, LLC made this certification on July 16, 2020. This action was filed prior to those certifications, on June 12, 2019. *Doc. No.* 1. Several other actions were pending against Defendants at the time those certifications were made to the SBA: *Chiykowski v. Goldner, et al.,* No. 19-cv-2272-AJN (Filed March 19, 2019, dismissed May 25, 2021); *Purvis et al v. Golden Bell Entertainment, LLC et al.*, 2:20-cv-00639-GRB-SIL (Filed February 5, 2020). Just last week, yet another case was filed against Defendants in this Court. *Tolan v. Golden Bell Entertainment, LLC and Marc Goldner*, Case No. 21-cv-6897.



Hon. Alison J. Nathan
August 25, 2021
Page 3 of 3

                                                 Respectfully submitted,

                                                 */s/ Francelina M. Perdomo*

                                                 Francelina M. Perdomo

Cc: All counsel of record (via ECF)