UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDER NORRIS,

                               **Plaintiff,**                       19-CV-5491 (AJN) (SN)

    -against-                                            <u>ORDER</u>

MARC GOLDNER, et al.,

                               **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On August 26, 2021, the Honorable Alison J. Nathan referred this matter to my docket for general pretrial supervision. In light of the issue raised in Plaintiff's August 25, 2021 letter, a conference is scheduled for Friday, September 3, 2021, at 11:30 a.m. At the scheduled time, the parties shall dial the Court's teleconferencing line at (877) 402-9757 and enter access code 7938632, followed by the pound (#) sign. Defendants shall file their response by August 31, 2021.

**SO ORDERED.**

                                                               SARAH NETBURN
                                                              United States Magistrate Judge

DATED:     August 30, 2021
               New York, New York