

Craig S. Tarasoff, Esq.<br>cst@gdblaw.com

August 31, 2021

Via ECF

Hon. Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square, Room 430
New York, NY 10007

    Re: *Norris v. Goldner, et al.*
       Case No. 19-cv-5491-AJN-SN

Dear Judge Netburn:

  We represent Plaintiff Alexander Norris, p/k/a "Webcomic Name" in the above-referenced matter. We write following the August 26, 2021 Order of Hon. Alison J. Nathan, referring this matter to Your Honor's docket for general pre-trial supervision, and Your Honor's email of yesterday scheduling a conference. We respectfully request that the conference currently scheduled for Friday, September 3 be rescheduled, as Plaintiff's lead counsel, Francelina M. Perdomo, Esq. is unavailable this whole week due to prior, unmovable commitments.

  Given the holidays next week, please let us know if you are amenable to rescheduling the conference to Wednesday, September 8, Thursday, September 9, or Friday, September 10.

  Thank you very much for your attention to this matter.

               Respectfully submitted,

               */s/ Craig S. Tarasoff*

               Craig S. Tarasoff

Cc: All counsel of record (via ECF)

845 Third Avenue, 5th Floor, New York, NY 10022-6601
T: 212.935.3131   F: 212.935.4514   www.gdblaw.com