

### Garson, Segal, Steinmetz, Fladgate LLP

| | | | |
|---|---|---|---|
| Robert Garson ◊ | Stephen Greenwald | Kevin Kehrli ‹ | Tel: +1 (212) 380-3623 |
| Michael Steinmetz * ∝ | John Lane ∝ | Maddie Brown | Fax: +1 (347) 537-4540 |
| Chris Fladgate ° | Timothy Kendal ◊ | | |
| Thomas Segal ˆ | Ilan Ben Avraham ∇ | | |

Additional Bar Memberships
◊ England and Wales
ˆ Paris
\* New Jersey
‹ Pennsylvania

∝ Patent Bar
° Victoria (Australia)
∇ Israel
  Colorado

Email: kk@gs2law.com

Via ECF                                                                                   August 31, 2021
Hon. Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Norris v. Goldner et. al (19-cv-5491(AJN(SN))

To the Hon. Sarah Netburn:

This firm represents Defendants in the above-referenced action. I write in response to Plaintiff's August 25, 2021 Letter regarding discovery, scheduling, and a requested conference.

As an initial matter, to clarify the record, Plaintiff's position regarding the Small Business Administration loan agreements is disputed, and Defendants' position is that none of the intellectual property subject to the agreement in dispute in this case was conveyed or collateralized. As such, Plaintiff's position that Defendants misrepresented in the applications is both misplaced and improper, as only the SBA would have the authority or standing to make such arguments.

Second, over the last two weeks, the undersigned and the Partner at the firm have been working to resolve certain issues between our firm and our clients, which have not been resolved. Accordingly, it is counsel's intention to move this Court for leave to withdraw as counsel, and would respectfully request that the due to the upcoming holidays, Court allow counsel until September 10th to do so.

Respectfully Submitted,

/s/ *Kevin Kehrli*
Kevin Kehrli, Esq.