UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALEXANDER NORRIS,

                               **Plaintiff,**                      19-CV-5491 (AJN)(SN)

       -against-                                         **ORDER**

MARC GOLDNER, et al.,

                               **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of defense counsel's August 31, 2021 letter, the conference scheduled for Friday, September 3, 2021, at 12:30 p.m. is ADJOURNED pending confirmation from defense counsel of who will be representing the Defendants. Defense counsel shall either file a motion to withdraw or a status letter by September 10, 2021.

**SO ORDERED.**

                                                        _____
                                                         SARAH NETBURN
                                                        United States Magistrate Judge

DATED:      September 1, 2021
                  New York, New York