

Craig S. Tarasoff, Esq.
cst@gdblaw.com

September 8, 2021

<u>Via ECF</u>
Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

Re:     *Norris v. Goldner, et al.*
        <u>Case No. 19-cv-5491-AJN-SN</u>

Dear Judge Nathan:

This firm represents the Plaintiff in the above-referenced matter. I write after conferring with Defendants' counsel concerning the post-discovery status conference currently scheduled for September 17, 2021, and to see whether it is still scheduled to take place given the recent assignment to Magistrate Judge Netburn.

In response to Plaintiff's request for a court conference to resolve outstanding discovery issues, on August 27th, 2021, Your Honor entered an Amended Order of Reference to Magistrate Judge Netburn. (Dkt. No. 57). Judge Netburn thereafter filed an order on August 30, 2021 scheduling a conference. (Dkt. No. 58). In light of indications from Defendants' counsel that it may move to withdraw as counsel, the conference was adjourned. (Dkt. No. 61).

On September 3, 2021, Your Honor entered an order concerning the post-discovery status conference that had been scheduled prior to the matter being assigned to Judge Netburn. [Dkt. No. 62]. I have conferred with Defendants' counsel and pursuant to the deadline set forth in the order, both parties consent to the conference taking place virtually. However, both parties also understood that given the issues before the Court, the post-discovery status conference would be adjourned. Defendants' counsel will be filing withdrawal papers on Friday, September 10, as directed by Judge Netburn.

Please advise whether the September 17, 2021 post-discovery status conference will still take place following Your Honor's referral of the matter to Judge Netburn.

Respectfully submitted,

*/s/ Craig S. Tarasoff*

Craig S. Tarasoff

Cc:     All counsel of record (via ECF)