UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER NORRIS d/b/a WEBCOMIC NAME<br><br>                   Plaintiff,<br><br>             -against-<br><br>Marc Goldner, Individually and as Officer of GOLDEN BELL ENTERTAINMENT LLC., a California company and GOLDEN BELL STUDIOS, LLC, GOLDEN BELL ENTERTAINMENT, LLC., a California Company and GOLDEN BELL STUDIOS, LLC<br>                   Defendants. | Case No. 1:19-cv-05491-AJN-SN<br><br>**Notice of Motion to Withdraw as Counsel** |

PLEASE TAKE NOTICE: that, upon the Declaration of Robert D. Garson, Esq., submitted herewith the undersigned attorneys for defendants Marc Goldner, Golden Bell Entertainment, LLC, and Golden Bell Studios, LLC, respectfully moves this Court, before the Hon. Magistrate Sarah Netburn at the United States District Courthouse at 40 Foley Square, New York, New York for an Order pursuant to Local Civil Rule 1.4, allowing the withdrawal of Garson, Segal, Steinmetz, Fladgate LLP and its attorneys as counsel of record.

Dated: September 9, 2021

                                                  Respectfully submitted,

                                                  **GARSON SEGAL, STEINMETZ, FLADGATE LLP**

                                                  By: */s/ Kevin Kehrli*
                                                      Kevin Kehrli
                                                      164 West 25th St., 11th Flr.
                                                      New York, New York 10001
                                                      Tel: (212) 380-3623
                                                      *Attorneys for Defendants*