
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALEXANDER NORRIS,

                     Plaintiff,                   19-CV-5491 (AJN) (SN)

      -against-                                  **ORDER**

MARC GOLDNER, et al.,

                     Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       In light of defense counsel's motion to withdraw as counsel, ECF No. 64, a conference is scheduled for Wednesday, September 15, 2021, at 1:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. Counsel for the parties as well as the individual Defendant are directed to appear, although the Court may engage in ex parte conversations with defense counsel and Defendant Goldner.

**SO ORDERED.**

                                                               _____
                                                               SARAH NETBURN
                                                               United States Magistrate Judge

DATED:      September 10, 2021
                 New York, New York