UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDER NORRIS,

                             **Plaintiff,**                    19-CV-5491 (AJN) (SN)

        -against-                                     **ORDER**

MARC GOLDNER, et al.,

                             **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The conference previously scheduled for September 15, 2021, at 1:00 p.m. is RESCHEDULED for Monday, October 4, 2021, at 2:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The Court expects Mr. Goldner and counsel for the parties to appear.

**SO ORDERED.**

                                                         _____
                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:       September 15, 2021
                 New York, New York