UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ALEXANDER NORRIS,

                              Plaintiffs,

        -against-                                        19-CV-05491 (AJN)(SN)

MARC GOLDNER, et al.,
                                                                   **SETTLEMENT CONFERENCE ORDER**

                              Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

      A settlement conference is scheduled for Thursday, October 28, 2021, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information before the conference.

      The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, October 27, 2021 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                             SARAH NETBURN
                                                             United States Magistrate Judge

Dated:      October 25, 2021
               New York, New York