UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ALEXANDER NORRIS,

                                    Plaintiff,

                -against-

MARC GOLDNER, et al.,

                                    Defendants.

-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: ___ 12/8/2021
```

19-CV-5491 (AJN)(SN)

**SETTLEMENT CONFERENCE
ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

A settlement conference is scheduled for Monday, January 31, 2022, at 2:00 p.m. In the weeks prior to the conference, the Court will confirm whether the conference will be held telephonically or in person.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by Monday, January 24, 2022. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        December 8, 2021
              New York, New York