UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ALEXANDER NORRIS,

                              **Plaintiff,**                        19-CV-05491 (AJN)(SN)

              -against-                                   <u>**ORDER**</u>

MARC GOLDNER, et al.,

                              **Defendants.**

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On January 31, 2022, the parties reached a settlement in principle. The parties shall file either a stipulation of settlement or a status letter by no later than March 2, 2022.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
                February 1, 2022