

Craig S. Tarasoff, Esq.
cst@gdblaw.com

March 2, 2022

<u>Via ECF</u>
Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

      Re:    <u>*Norris v. Goldner, et al.*
                  Case No. 19-cv-5491-AJN-SN</u>

Dear Judge Nathan:

      This firm represents the Plaintiff Alex Norris in the above-referenced matter. Pursuant to Your Honor's Order dated February 1, 2022, I write this letter jointly with Defendants Marc Goldner, Golden Bell Entertainment, LLC, and Golden Bell Studios, LLC ("Defendants") to provide a status update concerning our settlement agreement.

      On January 31, 2022, following a second Settlement Conference with Magistrate Judge Sarah Netburn, the parties agreed in principle on the terms of a settlement agreement. Since that time, Plaintiff has transmitted a draft settlement agreement to Defendants, who are in the process of reviewing and commenting on the draft agreement.

      The parties respectfully request an additional three weeks (i.e., until March 23, 2022) to finalize the terms and file a stipulation of settlement, or otherwise update the Court. Please let us know if you require any additional information.

      We thank the Court for its time and attention to this matter.

Respectfully submitted,

*/s/ Craig S. Tarasoff*

Craig S. Tarasoff

Cc:    All counsel of record (via ECF)

845 Third Avenue, 5th Floor, New York, NY 10022-6601
T: 212.935.3131   F: 212.935.4514   www.gdblaw.com