

Craig S. Tarasoff, Esq.<br>cst@gdblaw.com

March 23, 2022

<u>Via ECF</u>
Hon. Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square, Room 2102
New York, NY 10007

     Re: *Norris v. Goldner, et al.*
       Case No. 19-cv-5491-AJN-SN

Dear Judge Nathan:

 This firm represents the Plaintiff Alex Norris in the above-referenced matter. Pursuant to Your Honor's Order dated March 3, 2022 (ECF No. 76), I write this letter jointly with Defendants Marc Goldner, Golden Bell Entertainment, LLC, and Golden Bell Studios, LLC ("Defendants") to provide a status update concerning our settlement agreement.

 Defendants are still reviewing and revising the agreement, and have encountered technical difficulties with respect to the changes made to the document. Defendants hope to resolve the issue shortly. In the meantime, the parties respectfully request an additional 30 days (i.e., until April 22, 2022) to finalize the terms of the settlement agreement, or otherwise update the Court on the status of the settlement.

 We thank the Court for its time and attention to this matter.

           Respectfully submitted,

          */s/ Craig S. Tarasoff*

          Craig S. Tarasoff

Cc: All counsel of record (via ECF)

845 Third Avenue, 5th Floor, New York, NY 10022-6601
T: 212.935.3131  F: 212.935.4514  www.gdblaw.com