

Francelina M. Perdomo, Esq.
fmp@gdblaw.com

June 6, 2022

<u>Via ECF</u>
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 1305
New York, NY 10007

          Re:    *Norris v. Goldner, et al.*
                 Case No. 19-cv-5491-PAE-SN

Dear Judge Engelmayer:

      This firm represents the Plaintiff Alex Norris in the above-referenced matter. Pursuant to Your Honor's Order dated May 24, 2022 (ECF No. 84), I write this letter to provide a status update concerning the settlement agreement between Plaintiff and Defendants Marc Goldner, Golden Bell Entertainment, LLC, and Golden Bell Studios, LLC ("Defendants").

      Plaintiff has completed its review of Defendants' proposed revisions and implemented and incorporated such comments accordingly. We have provided a revised draft to Defendants for their review, and believe we are in the very final stages of finalizing the settlement agreement. The parties have a scheduled call on June 10, 2022 to discuss the final draft of the proposed settlement agreement. We respectfully request an additional two weeks, until Monday, June 20, 2022, to file a stipulation of settlement or otherwise provide a status update for the Court.

      We thank the Court for its continued time and attention to this matter.

                                            Respectfully submitted,

                                            */s/ Francelina M. Perdomo*

                                            Francelina M. Perdomo

Cc:    All counsel of record (via ECF)