

Francelina M. Perdomo, Esq.
fmp@gdblaw.com

June 21, 2022

Via ECF
Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 1305
New York, NY 10007

      Re:   *Norris v. Goldner, et al.*
            Case No. 19-cv-5491-PAE-SN

Dear Judge Engelmayer:

    This firm represents the Plaintiff Alex Norris in the above-referenced matter. Pursuant to Your Honor's Order dated June 6, 2022 (ECF No. 86), I write this letter to provide a status update concerning the settlement agreement between Plaintiff and Defendants Marc Goldner, Golden Bell Entertainment, LLC, and Golden Bell Studios, LLC ("Defendants").

    The parties had their scheduled settlement call June 10, 2022, to discuss the final draft of the proposed settlement agreement. The call was not as productive as the parties had anticipated. Since then, the parties have exchanged three additional drafts, and made some progress. However, at this point, we believe that Judge Netburn's assistance is crucial to overcome any impediments to finalizing the settlement.

    We respectfully request a conference with Judge Netburn and thank the Court for its continued time and attention to this matter.

                Respectfully submitted,

                */s/ Francelina M. Perdomo*

                Francelina M. Perdomo

Cc:    All counsel of record (via ECF)