UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDER NORRIS,

                              Plaintiff,                        19-CV-05491 (PAE)(SN)

         -against-                                                 **ORDER**

MARC GOLDNER, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Court is advised that settlement efforts have collapsed. By July 25, 2022, the parties shall file a letter detailing any outstanding discovery and setting a schedule for any remaining depositions. All discovery shall be complete by August 24, 2022. No extensions will be granted. Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the Hon. Paul A. Engelmayer by September 7, 2022.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    New York, New York
              July 21, 2022