

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2022

Francelina M. Perdomo, Esq.
fmp@gdblaw.com

July 25, 2022

<u>Via ECF</u>

Magistrate Judge Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re: *Norris v. Goldner, et al.*
         <u>Case No. 19-cv-5491-PAE-SN</u>

Dear Judge Netburn:

  The parties submit this joint letter pursuant to Your Honor's Order dated July 21, 2022 (ECF No. 91).

  The parties have met and conferred. Plaintiff's counsel has informed Defendants' that Plaintiff is available for his deposition, via Zoom or similar videographic means, on August 16, or August 18, 2022. Defendants' counsel has informed Plaintiff's counsel Mr. Goldner must consult his calendar and will provide his availability next week.

1. Plaintiff's Position Regarding Discovery.

  Plaintiff's position is that there are no further discovery issues. We thank the Court for its continued time and attention to this matter.

2. Defendants' Position Regarding Discovery.

---

On July 21, 2022, the Court ordered the parties to file a letter detailing any outstanding discovery and setting a schedule for any remaining depositions. While Plaintiff has provided his availability, Mr. Goldner has not done so. Mr. Goldner is reminded that court-ordered deadlines are not suggestions and must provide Plaintiff with his availability for his deposition by July 27, 2022. The parties shall file the schedule for depositions by July 28, 2022. The deadline for discovery remains August 24, 2022, and all remaining discovery must be complete by that date. No extensions will be granted.
**SO ORDERED.**

                    _____
                    SARAH NETBURN
                    United States Magistrate Judge

Dated: July 26, 2022
    New York, New York