

Francelina M. Perdomo, Esq.<br>fmp@gdblaw.com

July 28, 2022

<u>Via ECF</u>

Magistrate Judge Sarah Netburn
United States District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

      Re: *Norris v. Goldner, et al.*
        <u>Case No. 19-cv-5491-PAE-SN</u>

Dear Judge Netburn:

  The parties submit this joint letter pursuant to Your Honor's Orders dated July 21, 2022 (ECF No. 91) and July 26, 2022 (ECF No. 93)

  The parties have met and conferred and have created a deposition schedule. The parties have agreed on plaintiff Alexander Norris's deposition on August 18, 2022. The parties have agreed on defendant Marc Goldner's deposition on August 24, 2022.

  We thank the Court for its continued time and attention to this matter.

Respectfully submitted,

*/s/ Ryan Dolan*            */s/ Francelina M. Perdomo*

Ryan Dolan              Francelina M. Perdomo
Counsel for Defendants         Counsel for Plaintiff

845 Third Avenue, 5th Floor, New York, NY 10022-6601
T: 212.935.3131  F: 212.935.4514  www.gdblaw.com