UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALEXANDER NORRIS, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No.  1:19-CV-05491 - PAE |
| | : | |
| Marc Goldner, Individually and as Officer of | : | |
| GOLDEN BELL ENTERTAINMENT, LLC, a | : | |
| California company and GOLDEN BELL | : | |
| STUDIOS, LLC, a California Company, | : | |
| | : | |
| Defendants, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |

**AFFIDAVIT OF RYAN DOLAN,  ESQ.**

I, Ryan Dolan, Esq., declare as follows:

1. I am over the age of eighteen and an Associate at Gerard Fox Law, PC, attorneys of record for Defendants in the above referenced case. I make this declaration in in response to the Court's Order included in Dkt. No. 98 of the above referenced matter. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I make this declaration in response to the Court's Order to Show Cause regarding materials received from Plaintiff on July 13, 2022. We have counseled Defendants to delete all files and materials received on July 13, 2022, any copies thereof, and any derivative work created from those files.

3. To the best of my knowledge, Defendants have deleted the files and materials as indicated in the Deposition of Marc Goldner, submitted contemporaneously herewith.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of August 2022 at New York, New York.

_/s/ Ryan Dolan_____

Ryan Dolan, Esq.