```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDER NORRIS,

                                 Plaintiff,                        19-CV-05491 (PAE)(SN)

           -against-                                        **ORDER**

MARC GOLDNER, et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On September 8, 2022, Defendants filed a motion to amend their answer to add additional counterclaims. See ECF No. 106. By Monday, September 12, 2022, Defendants shall file a letter stating with specificity which counterclaims they are seeking to add and what discovery, if any, would likely be required. Plaintiff shall respond no later than Wednesday, September 14, 2022. A call is scheduled for Friday, September 16, 2022, at 3:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                              _____
                                                              SARAH NETBURN
                                                              United States Magistrate Judge

DATED:    New York, New York
                September 9, 2022