UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALEXANDER NORRIS, | : | |
| | : | |
| Plaintiff/Counter-Defendant, | : | |
| | : | |
| v. | : | Civil Action No.  1:19-CV-05491 - PAE |
| | : | |
| Marc Goldner, Individually and as Officer of GOLDEN BELL ENTERTAINMENT, LLC, a California company and GOLDEN BELL STUDIOS, LLC, GOLDEN BELL ENTERTAINMENT, LLC., a Nevada Company and GOLDEN BELL STUDIOS, LLC., | : : : : : : | [PROPOSED] ORDER GRANTING LEAVE TO AMEND ANSWER AND TO ADD COUNTERCLAIMS |
| | : | |
| Defendants/Counter-Claimant, | : | |
| | : | |
| | : | |
| | : | |

Upon consideration of the parties' respective papers and arguments, Defendants' Motion for for an Order Granting Leave to Amend Answer and to Add Counterclaims is hereby granted pursuant to Fed. R. Civ. P. 16.

**SO ORDERED.**

Dated: This _____ day of_____, 2022.

_____
The Hon. Magistrate Judge Sarah Netburn
United States District Judge