UNITED STATES DISTRICT COURT
SOURTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
ALEXANDER NORRIS

                *Plaintiff*,

        v.

Marc Goldner, Individually and as Officer of GOLDEN BELL ENTERTAINMENT, LLC, a California company and GOLDEN BELL STUDIOS, LLC, GOLDEN BELL ENTERTAINMENT, LLC., a Nevada Company and GOLDEN BELL STUDIOS, LLC,

                *Defendants*.
-----------------------------------------------------------x

Case No.: 19-cv-05491-PAE-SN

**DECLARATION OF KYLE G. KUNST IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY, PARTIAL SUMMARY JUDGMENT.**

I, Kyle G. Kunst, Esq., being of full age and under oath, do hereby affirm as follows:

    1.    I am an associate attorney at Gallet, Dreyer & Berkey, LLP, attorneys for plaintiff Alex Norris. I make this declaration in support of Plaintiff's Motion for Summary Judgment, or alternatively, Partial Summary Judgment.

    2.    Annexed as Exhibit 7B is a true and correct copy of Golden Bell Entertainment's response to a United States Patent and Trademark Office action.

    3.    Annexed as Exhibit 21 is a true and correct copy of the deposition of Marc Goldner.

    4.    Annexed as Exhibit 22 is a true and correct copy of Plaintiff's Amended Complaint.

    5.    Annexed as Exhibit 23 is a true and correct copy of Defendants' Answer to the Amended Complaint.

**WHEREFORE**, I respectfully request that the Court grant Plaintiff's motion for the reasons stated therein.

I certify that the statements made herein are true and accurate to the best of my recollection, knowledge, information and belief. I am aware that willfully false statements are subject to punishment.

Dated: New York, New York
October 14, 2022

                                                        *Kyle G. Kunst*
                                                        Kyle G. Kunst