






"MERMAID" ENAMEL PIN
£7.50

"MEMES" ENAMEL PIN
Sold out

"CAT" ENAMEL PIN
£7.50

"OH NO" ENAMEL PIN
£7.50

PINS

VIEW ALL

book   prints   pins   t-shirts   tattoo license   about   FAQ   contact

Case 1:19-cv-05491-PAE-SN Document 139-21 Filed 08/16/22 Page 3 of 4

the oh no shop

book   prints   pins   t-shirts   tattoo license   about   FAQ   contact

## garments

Webcomic Name has teamed up with Teemill to make t-shirts and tote bags!

Click the t-shirt below to enter the separate t-shirt shop:

