Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

---

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 87703934 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 114 |
| **EXTENSION OF USE** | NO |
| **MARK SECTION** | |
| **MARK** | https://tmng-al.uspto.gov/resting2/api/img/87703934/large |
| **LITERAL ELEMENT** | WEBCOMIC NAME |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size or color. |
| **OWNER SECTION** | |
| **NAME** | Golden Bell Entertainment, LLC. |
| **STREET** | 15 Peacock Drive |
| **CITY** | Roslyn |
| **STATE** | New York |
| **ZIP/POSTAL CODE** | 11576 |
| **COUNTRY** | United States |
| **PHONE** | 516-984-1466 |
| **EMAIL** | legal@goldenbellstudios.com |
| **AUTHORIZED TO COMMUNICATE VIA E-MAIL** | Yes |
| **GOODS AND/OR SERVICES SECTION** | |
| **INTERNATIONAL CLASS** | 028 |
| **CURRENT IDENTIFICATION** | Board games; Card games; Game cards; Party games; Plush dolls; Plush toys; Stuffed dolls and animals; Stuffed toy animals; Tabletop games; Soft sculpture plush toys; Stuffed and plush toys |
| **GOODS OR SERVICES** | KEEP ALL LISTED |
| **FIRST USE ANYWHERE DATE** | 07/26/2016 |
| **FIRST USE IN COMMERCE DATE** | 07/12/2017 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT17\IMAGEOUT 17\877\039\87703934\xml9\SOU0002.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\877\039\87703934\xml9\SOU0003.JPG |

| | |
|---|---|
| | \\TICRS\EXPORT17\IMAGEOUT 17\877\039\87703934\xml9\SOU0004.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\877\039\87703934\xml9\SOU0005.JPG |
| | \\TICRS\EXPORT17\IMAGEOUT 17\877\039\87703934\xml9\SOU0006.JPG |
| **SPECIMEN DESCRIPTION** | Plush, Games |
| **REQUEST TO DIVIDE** | NO |
| **PAYMENT SECTION** | |
| **NUMBER OF CLASSES IN USE** | 1 |
| **SUBTOTAL AMOUNT [ALLEGATION OF USE FEE]** | 100 |
| **TOTAL AMOUNT** | 100 |
| **SIGNATURE SECTION** | |
| **DECLARATION SIGNATURE** | /Marc Goldner/ |
| **SIGNATORY'S NAME** | Marc Goldner |
| **SIGNATORY'S POSITION** | Principal |
| **DATE SIGNED** | 10/09/2018 |
| **SIGNATORY'S PHONE NUMBER** | 5169841466 |
| **FILING INFORMATION** | |
| **SUBMIT DATE** | Tue Oct 09 05:06:49 EDT 2018 |
| **TEAS STAMP** | USPTO/SOU-XX.XXX.XXX.XX-2<br>0181009050649900537-87703<br>934-610efa1f8e47cdeffad2a<br>5cf3a8b0ef86dcf99e85b2bba<br>8ed437d74967c2add83-CC-17<br>864-20181009045613776096 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1553 (Rev 09/2005)
OMB No. 0651-0054 (Exp 12/31/2020)

# Trademark/Service Mark Statement of Use
# (15 U.S.C. Section 1051(d))

To the Commissioner for Trademarks:
**MARK:** WEBCOMIC NAME(Standard Characters, see https://tmng-al.uspto.gov/resting2/api/img/87703934/large)
**SERIAL NUMBER:** 87703934

The applicant, Golden Bell Entertainment, LLC., having an address of
15 Peacock Drive
Roslyn, New York 11576
United States
516-984-1466
legal@goldenbellstudios.com (authorized)
is submitting the following allegation of use information:

For International Class 028:
Current identification: Board games; Card games; Game cards; Party games; Plush dolls; Plush toys; Stuffed dolls and animals; Stuffed toy animals; Tabletop games; Soft sculpture plush toys; Stuffed and plush toys

The mark is in use in commerce on or in connection with all of the goods/services, or to indicate membership in the collective organization listed in the application or Notice of Allowance or as subsequently modified for this specific class.

The mark was first used by the applicant, or the applicant's related company, licensee, or predecessor in interest at least as early as 07/26/2016, and first used in commerce at least as early as 07/12/2017, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a(n) Plush, Games.
Specimen File1
Specimen File2
Specimen File3
Specimen File4
Specimen File5

The applicant is not filing a Request to Divide with this Allegation of Use form.

A fee payment in the amount of $100 will be submitted with the form, representing payment for the allegation of use for 1 class.

## Declaration

The signatory believes that the applicant is the owner of the mark sought to be registered.
**For a trademark or service mark application,** the mark is in use in commerce on or in connection with all the goods/services in the application or notice of allowance, or as subsequently modified.
**For a collective trademark, collective service mark, collective membership mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by members on or in connection with all the goods/services/collective membership organization in the application or notice of allowance, or as subsequently modified.
**For a certification mark application,** the applicant is exercising legitimate control over the use of the mark in commerce by authorized users on or in connection with the all goods/services in the application or notice of allowance, or as subsequently modified, and the applicant is not engaged in the production or marketing of the goods/services to which the mark is applied, except to advertise or promote recognition of the certification program or of the goods/services that meet the certification standards of the applicant.

The specimen(s) shows the mark as used on or in connection with the goods/services/collective membership organization in commerce.

To the best of the signatory's knowledge and belief, no other persons, except, if applicable, authorized users, members, and/or concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely,

when used on or in connection with the goods/services/collective membership organization of such other persons, to cause confusion or mistake, or to deceive.

To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.


Signature: /Marc Goldner/    Date Signed: 10/09/2018
Signatory's Name: Marc Goldner
Signatory's Position: Principal
Signatory's Phone: 5169841466

RAM Sale Number: 87703934
RAM Accounting Date: 10/09/2018

Serial Number: 87703934
Internet Transmission Date: Tue Oct 09 05:06:49 EDT 2018
TEAS Stamp: USPTO/SOU-XX.XXX.XXX.XX-2018100905064990
0537-87703934-610efa1f8e47cdeffad2a5cf3a
8b0ef86dcf99e85b2bba8ed437d74967c2add83-
CC-17864-20181009045613776096

oh no
webcomic name
Stuffimals™
presents
webcomic name
Copyright © 2016-2018 by Golden Bell Entertainment, LLC. All Rights Reserved.
asdkfja;sdfkj
asdlfkjd
asdlfkja;sdlkfj;aewgoijaew;klf
daslkfj;ldskjfv;oiewj;aksld
alsdkjfa;oeijv jaelks dfjaiwoejf
asd;lkfj aoweijfs k
asdflkjasdf;lkjsad;fjsd ajd;lkfjs;aldkfj
sdflkjs;dlkfj;baorigejlkfsalkdjfklsad-
jfslkdjfslkfjslkdfjdslkfjsdlkfj
Stuffimals™
Stuffimals is a division of Golden Bell Studios
SAFETY PRECAUTION
Please remove all hand tags before giving this item to a child. Retain tag for reference. Hand Washable.
Handmade in China.
Golden Bell™



Webcomic Game
create your own Webcomic Name comics
I am an introvert
you should go outside
oh no
the punchline is always the same
oh no

oh
no

EXIT
EXIT
LOST
UNBROKEN

**FEE RECORD SHEET**

**Serial Number:** 87703934

**RAM Sale Number: 87703934**

**Total Fees:** $100

**RAM Accounting Date: 20181009**

| Transaction | Fee Code | Transaction Date | Fee per Class | Number of Classes | Total Fee |
|---|---|---|---|---|---|
| Statement of Use (SOU) | 7003 | 20181009 | $100 | 1 | $100 |

**Transaction Date:** 20181009

