UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Plaintiff, Alexander Norris

-v-

Defendant. Marc Goldner, et al.

-----------------------------------------------------------x

Amended

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

19cv5491    (PAE ) (SN )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

☒ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
Dkts. 103, 111, 117

All such motions: Yes

*Do not check if already referred for general pretrial.

Dated October 17, 2022

SO ORDERED:

Paul A. Engelmayer
United States District Judge