UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ALEXANDER NORRIS, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Civil Action No.  1:19-CV-05491 - PAE |
| | : | |
| Marc Goldner, Individually and as Officer of | : | |
| GOLDEN BELL ENTERTAINMENT, LLC, a | : | |
| California company and GOLDEN BELL | : | |
| STUDIOS, LLC, GOLDEN BELL | : | |
| ENTERTAINMENT, LLC., a California | : | |
| Company and GOLDEN BELL STUDIOS, | : | |
| LLC., | : | |
| | : | |
| Defendants, | : | |
| | : | |
| | : | |

**DEFENDANTS' NOTICE OF CROSS-MOTION FOR SUMMARY JUDGMENT AND
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that Defendants Marc Goldner, GOLDEN BELL
ENTERTAINMENT, LLC, and GOLDEN BELL STUDIOS, LLC, (collectively, the
"Defendants") upon the accompanying Memorandum of Law in Support of Defendants' Cross-
Motion for Summary Judgment and In Opposition to Plaintiff's Motion for Summary Judgment,
and upon all of the papers and proceedings herein, by and through their attorneys of record, and in
accordance with Federal Rule of Civil Procedure 56, Local Rule 56.1, and the Court's September
7, 2022 Order, ECF Doc. No. 110, will move this Court on January 13, 2023, or as soon thereafter
as the Court sees fit, before the Honorable Magistrate Judge Sarah Netburn, United States District
Judge, at the United States District Court for the Southern District of New York, 40 Foley Square,
Courtroom 706, New York, New York 10007.

1

Dated: November 16, 2022
New York, New York

**GERARD FOX LAW P.C.**

 */s/ Ryan Dolan*               .
Ryan Dolan
Gerard P. Fox (*pro hac vice forthcoming*)
1345 Sixth Avenue, 33rd Floor
New York, New York 10105
Telephone: (646) 690-4980
Facsimile: (646) 368-9328
gfox@gerardfoxlaw.com
rdolan@gerardfoxlaw.com

*Attorneys for Defendants*
Marc Goldner, Golden Bell Ent., Golden
Bell Studios

2