# EXHIBIT – 1 –



Marc Goldner <marc@goldenbellstudios.com>

## Pretending to Grownup

**Drinking Quest: The Original Drinking RPG** <drinkingquest@gmail.com>         Mon, Feb 6, 2017 at 11:05 AM
To: Marc Goldner <marc@goldenbellstudios.com>

Hey Marc, thanks for the followup! I'm just now starting to get caught up on things after Pax South, it's hard to pack up and leave for five days!

Yeah it was a super positive interaction checking out your booth and movie buff. I tend to focus on just fast selling games with a broad hook and it's clear you guys know how to do that with movie buff.

Glad you had fun playing Drinking Quest! Haiku Warrior is kind of the other side of the coin. It plays in a similar way but instead of being funny because it's loud and obnoxious, it's funny because it's quiet and introspective and full of crappy philosophy :)

Let's plan for Pax East!

I've got a ridiculous queue of strong ideas / collabs I want to get out there and working with another publisher is a great to reduce the workload.

Here's a quick list of things I have 100% free reign over:

- Pretending to Grownup (Sticking with my initial plan for first printing but may sell it for second printing)
- Drinking Quest 5 (The easiest sell ever, the reason I was able to quit my day job years ago)
- Turtles Riding Airships (First attempt at a potentially award winning game, very cute and sellable aesthetic)
- Parenting game with Lunar Baboon https://www.facebook.com/Lunarbaboon/?fref=ts
- Doing a "Joking Hazard" type game with Webcomic Name https://www.facebook.com/webcomicname/?fref=ts (Seriously read a bunch of these, incredible stuff!)
- Haiku Warrior 2 (Focusing on making it more of a beautiful game with more stylish artwork, less numbers heavy, all new silly haikus)

Personally I'd love to talk about Turtles Riding Airships and Haiku Warrior 2 in Boston. If you're seriously interested in those, I could have some official stuff to show off. Turtles is farther along than HW2 but I'd love to do both as a package deal if possible.

Jason

[Quoted text hidden]