# EXHIBIT – 2 –

**I Alex Norris, hereby give Jason Wiseman and any successors or assigns full ownership of the single guest illustration I provided for the Pretending to Grownup game "bonus card" for any future use.**

**In addition, I am entitled to a bonus of $100 paid within 14 days, which can be paid out as a commission or donated to a charity of choice.**



Doc ID: fe7fff5c040e9a8bac7ab6f72323d3a1c6904063


Audit Trail

| | |
|---|---|
| **TITLE** | Pretending to Grownup Contract |
| **FILE NAME** | Webcomic NAme.docx |
| **DOCUMENT ID** | fe7fff5c040e9a8bac7ab6f72323d3a1c6904063 |
| **STATUS** | ● Completed |

## Document History

**SENT** — **02/23/2017** 20:50:10 UTC — Sent for signature to Jason Wiseman (drinkingquest@gmail.com) and Alex Norris (webcomicname@gmail.com)
IP: 24.141.50.125

**VIEWED** — **02/23/2017** 20:56:25 UTC — Viewed by Jason Wiseman (drinkingquest@gmail.com)
IP: 24.141.50.125

**SIGNED** — **02/23/2017** 20:56:35 UTC — Signed by Jason Wiseman (drinkingquest@gmail.com)
IP: 24.141.50.125

**VIEWED** — **02/27/2017** 08:48:43 UTC — Viewed by Alex Norris (webcomicname@gmail.com)
IP: 147.147.155.35

**SIGNED** — **02/27/2017** 08:50:28 UTC — Signed by Alex Norris (webcomicname@gmail.com)
IP: 147.147.155.35

**COMPLETED** — **02/27/2017** 08:50:28 UTC — The document has been completed.