# EXHIBIT – 5 –

 **Alex Norris**   

8/9/17, 8:11 PM

> Hey alex let me know if any questions on anything

 Hey Marc! My agent just told me to go ahead because it looks fine- should be able to sign tomorrow when I'm at my desk etc! 

Sorry this has taken so long, so many layers of bureaucracy to go through!

> Cool beans! Can we have a phone call tmrw too after? Rachel rlly wants to meet u she's so excited about working on the stuff with you for stuffies & stuff

> Trust me I understand the layers but u have to like cake cmon!

> Get some sleep I just realized too jeez lol ur time diff is cray cray

 I am excited too! I am busy from 5pmGMT so could do the call before if that isn't a bad time, I'm not sure of the exact time difference

 Haha yeah I'm working on a book! Last push so some late nights

> Ok well I'm sure ur killing it; u wanna just have the call this wknd after we're signed and u have a minute to breathe so we aren't rushed at all?

> We'll show u all the files and stuff we've used it's actually rly fun