# EXHIBIT – 7 –

