# EXHIBIT – 8 –

**Alex Norris** <alex@norris...> 
to Rachel, Golden

Hey all!

So the past couple of months have been a bit rough- basically some things happened and I took on too much and became a big ball of bad anxiety. I'm trying to get out of it by stopping some projects and focusing on a select few, so that my time is more manageable. Sorry for falling off the face of the earth a while but I feel a bit better now, just trying to take it easy.

Attached are some concept things! For ages I tried to do proper turnarounds but I am really bad at design. Instead here are some concept images to get the idea across. I gave some of the blobs bums because I think people will like that and give the plush a fun look. Let me know what you think!

Alex

On Wed, 6 Sep 2017 at 19:45, Rachel Korsen <rachel@goldenbellstudios.com> wrote:
> Okay sounds great!
>
> Thanks,
> Rachel

4 Attachments • Scanned by Gmail



**Golden Bell** <marc@goldenbell.tv> 
to Alex, Rachel

Nov 29, 2017, 5:43 PM

This is really so awesome like I can't i love it so much!!! Rachel please send this to Fanny ASAP!

Let's get this prototype made.

Excited to see progress on the game, Alex! Let me know if you have anything brewing!

We were thinking to start with a box design first so we can start promoting the game way early!!!

Best,
Marc Goldner
Founder & C.E.O.
www.GoldenBell.TV