# EXHIBIT – 9 –



Marc Goldner <marc@goldenbellstudios.com>

---

## Webcomic Name Game + Stuffie!

---

**Alex Norris** <alexanderdnorris@gmail.com>                                        Mon, Dec 11, 2017 at 12:30 PM
To: Rachel Korsen <rachel@goldenbellstudios.com>
Cc: Golden Bell <marc@goldenbell.tv>

Hello!

I've spoken to Jason and I'm not sure if he has been in touch with you guys re the game!

Basically I shut myself away for a while because I took on too many projects and was feeling very overwhelmed. I know I should have been more up front with you about it at the time but my brain wasn't doing things logically! The original plan was that I was supposed to be working on a book with a publisher over the summer, and when that finished I could start work on the game. Instead, the book stuff took months and months to get started and I've only been working on it for the past couple of months, with a final deadline for March. I thought I could do both at once but I didn't want either the book or the game to feel rushed! So ideally I would love to work on the game properly with Jason once the book is over with, although I know this leaves you guys in the lurch and Jason has a lot on with deadlines for other projects in the future. I'm sorry for messing up the timing and being so uncommunicative recently, I hope you understand. I'm still really keen on the project and want to do it at a time when I can focus on it properly! Please let me know your thoughts and any suggestions of where to go from here.

Alex

> On Thu, 7 Dec 2017 at 01:29, Rachel Korsen <rachel@goldenbellstudios.com> wrote:
>
>> These are so funny, I literally cried when I saw the butts drawn on the back haha.
>>
>> I've sent them to the factory, waiting for their first go at the sample!
>>
>> Thanks and talk soon!
>>
>> Rachel
>> [Quoted text hidden]