# EXHIBIT – 10 –

21:53

< 524   **Webcomic Name**
alex norris Webcomic Name, Ro...

**alex norris Webcom...** Apr 5, 2018

In the emails Jason suggested that once we have worked on the card subjects we should do all the art as b+w sketches so we can do a play test, and then finalise the cards after that. I'm going to move this convo to the emails so Jason can be involved and give his insight

17:46

Sure thing talk soon! Box first <3

19:44