# EXHIBIT – 11 –

