# EXHIBIT – 12 –



Marc Goldner <marc@goldenbellstudios.com>

---

## Webcomic Game Invoices

---

**Marc Goldner** <marc@goldenbellstudios.com>   Wed, Oct 31, 2018 at 6:45 AM
To: Alex Norris <alexanderdnorris@gmail.com>
Cc: rachel@goldenbellstudios.com, rob@goldenbellstudios.com

Following up on this. Thanks.

> On Oct 14, 2018, at 6:54 PM, Marc Goldner <marc@goldenbellstudios.com> wrote:
>
> That conclusion is for us to decide. Please submit the notebook sketches in legible format for us to review.
>
> Best,
> Marc Goldner
> Founder & C.E.O.
> www.GoldenBellStudios.com
>
> Sent from my iPhone 8 Plus
>
> This communication and any attachments, is intended for the addressee(s) named above and may contain confidential and legally privileged information. Unauthorized use, disclosure or copying is prohibited.  If you have received this communication in error, please notify the sender immediately by replying to this communication and then deleting it from your system.  Thank you.
>
> On Oct 3, 2018, at 08:17, Alex Norris <alexanderdnorris@gmail.com> wrote:
>
>> The notes are in my sketchbook, and not really useful to anyone except me. My conclusion was that it would be an insane amount of work, so let's just continue with the game we have.
>>
>> Alex
>>
>> On Wed, 3 Oct 2018 at 04:22, Marc Goldner <marc@goldenbellstudios.com> wrote:
>>> Sketches when finish inning will be very helpful. As well as the notes you mentioned about the rewrites versus the old cards so we can compare all the different drafts in our final review
>>>
>>> Best,
>>> Marc Goldner
>>> Founder & C.E.O.
>>> www.GoldenBellStudios.com
>>>
>>> Sent from my iPhone 8 Plus
>>>
>>> This communication and any attachments, is intended for the addressee(s) named above and may contain confidential and legally privileged information. Unauthorized use, disclosure or copying is prohibited.  If you have received this communication in error, please notify the sender immediately by replying to this communication and then deleting it from your system.  Thank you.
>>>
>>> On Oct 2, 2018, at 07:39, Alex Norris <alexanderdnorris@gmail.com> wrote:

Hi there,

Jason has been in touch and it seems there has been a misunderstanding. I have given you the cards that were decided on, and i do expect to be paid the first part of my advance as that is how it was agreed, but I'm not holding the cards "to ransom" as I have given them to you!

I wrote that last email when I was very tired after working all day, and I don't think it came across well.

Would you like me to send you sketches of the final cards before I finish inking them, or just send them straight over when they are done?

Alex

On Mon, 1 Oct 2018 at 22:10, Alex Norris <alexanderdnorris@gmail.com> wrote:

> Hello,
>
> It is very late here so this is my final email for the day.
>
> These are the cards that were in the last draft, and not all cards are completed yet due to a complete rewrite. I understand that you need these cards so I will get them to you when they are done. You have already received the final card designs so I would expect the first advance to have been paid already. We are now working on the final printable files which is the second part. Please do not try to hold money back from me that I have already done the work for, I can't work if I can't pay rent.
>
> I agree that the timelines have been shoddy- as I said in my previous email, please respect how long it takes to make a quality set of so many cards, and that we can't change around what we need to make all the time and then expect it not to take longer. In the past I have agreed to timelines that turned out to be unrealistic, and now I am trying to give you realistic timelines.
>
> I will be back in touch tomorrow regarding the rest of the cards. I hope you like what has been delivered so far.
>
> Alex
>
> On Mon, 1 Oct 2018 at 22:02, Marc Goldner <marc@goldenbellstudios.com> wrote:
>
>> Hi Alex,
>>
>> As per the contract
>>
>> "The ARTIST will receive a $3,125 upfront advance against net sales royalties within 30 days of the COMPANY
>> receiving the final files noted above for "Webcomic Name Game" for a game developed with Jason Wiseman and the
>> ARTIST known as Alex Norris of Webcomic Name tentatively titled "Webcomic Name Game" by the COMPANY.

The COMPANY will then pay an additional $2,500 to the ARTIST upon delivery to the COMPANY of the final
print-ready files, the PSD files, the AI files, the InDesign Files, and any other files pertaining to the game created by
the ARTIST and Jason Wiseman."

We are already almost 8 months late. We MUST receive the final files before paying as required in the contract allowing us to review and have 30 days to submit payment. We've been told numerous times the files were done and uploaded. Please upload the files today as this was the final deadline that you said it would be. Then we will review and have it paid within 30 days as per the contract once approved. The files must be sent today, we can't be going back and forth anymore. Thank you for your understanding in this matter.

Best,
Marc

> On Oct 1, 2018, at 4:49 PM, Alex Norris <alexanderdnorris@gmail.com> wrote:
>
> Hello Golden Bell
>
> Please see the attached invoices for both parts of the advance. I'm struggling for money a lot at the moment since I have been unable to take on new projects, so I would really appreciate the first part being paid as promptly as possible. Ive done a lot of work on this for very little money so I hope you appreciate my situation.
>
> Not all of the print-ready files have been delivered yet (most of them have been, except the 45 new cards to make up the punchline cards to 150). I will upload the rest as soon as this first payment has gone through, and then will expect the second payment.
>
> Will update you with everything else in the main game thread, I wanted to keep the invoices in this separate thread.
>
> Thanks
> Alex
>
>
> <Webcomic Name Invoice 401 - Golden Bell.pdf><Webcomic Name Invoice 402 - Golden Bell.pdf>