EXHIBIT – 13 –



Marc Goldner &lt;marc@goldenbellstudios.com&gt;

## Re: Playtesting Webcomic Name
10 messages

**Marc Goldner** &lt;marc@goldenbellstudios.com&gt;     Wed, Jun 27, 2018 at 12:40 AM
To: Alex Norris &lt;alexanderdnorris@gmail.com&gt;
Cc: "Drinking Quest: The Original Drinking RPG" &lt;drinkingquest@gmail.com&gt;, Robert Gross &lt;rob@goldenbellstudios.com&gt;, Rachel Korsen &lt;rachel@goldenbellstudios.com&gt;

Hey Alex!

I'm looping Rob and Rachel in here too. We had an incredible time playing, lots of feedback, some questions, some stream of consciousness ideas, etc. I also do think that some of Jason's original ideas we can expand some of the card count. Let discuss and maybe set up a meeting if anything is confusing!

Hey Jason,

We can discuss all this on the phone but I want to write it all down before I forget. I recommend you take notes too so we can reference everything later. Sorry if this seems convoluted….I am doing my best to organize everything. There is a LOT of notes here, there are some additional design elements we'll potentially be adding, expansions that are a must, play testing notes, suggestions, ideas & more!

**About the Judge**

1. Judge should close his eyes while everyone is submitting to keep anonymity (so that the judge doesn't realize if they're picking the winner

2. See clutter #2 (below)

3. Option for the judge to be the one to decide whether "oh no" or "oh kay" is going to be used on that round for EVERYONE or whether it will be oh no or okay

**Notes about the Cards**

1. Some of the 1+2's work for punchlines

2. There are not enough punchlines

**Punchlines**

1. Oh No! - Exclamation Point
2. Oh Kay. - Period

*Expansion 1*

3. Oh? - Question Mark
4. Oh My… - dot dot dot - awkward type silence

*NSFW Expansion*

5. Oh Shi— - Bleeped out
6. Oh Fu*k - Starred out

*Guest Artist Expansion*

7. Oh

*CREATE YOUR OWN EXPANSION*

8. There will be an expansion that has Oh _____ - you will draw this in to each card (comes with black sharpie mini pens)

*DON'T KNOW FOR WHAT - Maybe the NSFW Sexy Expansion #2*

9. Oh Yes

<u>OPTIONAL IDEAS TO INCREASE CARD COUNT</u>

1. Have the punchline cards be multiplied by two (or four) to have each character saying oh no or oh kay (i.e. if there are two characters on a card, each one would say oh no or oh kay, so that would be 4) - This I think creates a lot of repeat - Personally I like the wooden tokens because its very different then everything else, the problem that one person said is people play these type of party games on couches and pieces can get lost - especially if people are lost they can get confused

    A. Solution that I had was that we can have a BASIC card ONLY version and then one with the wooden meeple (two SKUS, one is $25, and one is $30, on the kickstarter thus we can determine which people like better. This is an option I'm not sold on)

2. Another option is to have the cards blank and to have players draw on the cards with marker oh no - oh kay or something original

**Wooden Meeples / Punchline Tokens**

1. Got mixed feedback about this —the idea I have right now is that each player gets TWO wooden meeples (one double sided oh no, one double sided oh kay) - the purpose of this is so that the oh no can be applied to the left or right character depending which way it is placed. The thing here is that the JUDGE will NOT flip over the wooden token otherwise its too confusing, so that wooden token will be ABOVE the card as is

2. Another idea is to have oh no / oh kay CLIPS

3. Another idea is to have the wooden tokens from #1 as different colors for different players as they sometimes seem to get lost on the table of who had what (this is when i realized that we need to play this very drunk probably together and with play testers to see the issues)

4. Potential to NOT use a oh no or oh kay punchline and just have it blank if you feel that is funnier - optional rules

5. Have all the oh no and oh kay tokens in the center of the table so that no one has to manage the tokens themselves. When judge's eyes are closed they can put them on their cards and no one will ever und out of tokens or have to manage any of their "resources".

**Clutter**

1. This was an issue that was pointed out (see pictures attached)

2. A solution that we have is for the judge cards to NOT be held by players (no reason to have 5 in each round was the consensus of everyone). The way the round would start instead would be….

    A) Draw one card and place it (as the judge)

    B) Draw five cards to your hand and then place it before or after the panel that was from the top of the deck that is already placed, and then discard the remaining 4 cards

**Guest Artist Cards**

1. Guest Artist cards for 1+2 and/or 3

2. Guest Artists can have a new punchline (i.e. Oh - no emphasis - i.e. exclamation, question mark, period, etc.)

**Number of players**

The game works for 6 but we need to get this up to 8-10 players (the issue with having this as a party style is

    A. Component cost of the wooden meeple

    B. The table can get mighty crowded

Thanks for your hard work on this my dudes once again!

Talk soon :)

Best,
Marc Goldner
Founder & C.E.O.
www.GoldenBellStudios.com

This communication and any attachments, is intended for the addressee(s) named above and may contain confidential and legally privileged information. Unauthorized use, disclosure or copying is prohibited. If you have received this communication in error, please notify the sender immediately by replying to this communication and then deleting it from your system. Thank you.

Best,
Marc Goldner
Founder & C.E.O.
www.GoldenBellStudios.com

This communication and any attachments, is intended for the addressee(s) named above and may contain confidential and legally privileged information. Unauthorized use, disclosure or copying is prohibited. If you have received this communication in error, please notify the sender immediately by replying to this communication and then deleting it from your system. Thank you.

> On Jun 26, 2018, at 1:37 PM, Alex Norris <alexanderdnorris@gmail.com> wrote:
>
> This all sounds amazing! Yes when I thought of the bubble counters I imaging one being "oh yes" and one being "oh no" with the phrases printed on both sides, and figured it wouldn't matter too much if it was titled a bit of a character is in a weird place.
>
> Amazing! Yes the main thing I was trying to do when writing the cards wasn't make them vague in a way, but specific enough to make it varied, and also specific in a way that can Ben interpreted in different ways (eg antidote being for a magic potion or drugs but also for any emotional state etc). I haven't had a chance to play test yet as I've been at a con on the weekend and prepping hard for an event on Thursday, but will be printing out the cards tomorrow ready for play testing over the weekend, hopefully with a few groups.
>
> If from the play tests any particular cards seem like dead ends or could be tweaked, let me know! Sometimes in the last panel it isn't clear which blob is the subject because of the lack of colour so it might limit it a bit more. I might have messed up matching specific set-ups with the correct blob for the punchline so will investigate that when playing. This all sounds wonderful, very excited :))))
>
> Whilst writing I realised that people would love just to make their own comics without the actual group game element, so my anxieties of it not being the most incredible game to play were soothed, but I now feel like it will actually be very very fun to play!!! Excited for more feedback!
>
> Will get back to you as soon as I've playtested.
>
> Alex
>
>> On Tue, 26 Jun 2018 at 18:18, Drinking Quest: The Original Drinking RPG <drinkingquest@gmail.com> wrote:
>> Hey Alex,
>>
>> Not sure if Marc's reached out yet. We each did different playtesting sessions with groups on the weekend.

Mine was a 3 player group and I was very hands off looking for any kind of info... I was just wanted to see if players were having fun and grasping the rules. Since these rules are a riff on a very popular game that works well anyway, I was mainly looking at the new mechanics.

Mainly:

- Two types of cards instead of one (Panels 1&2 and Punchline Cards)
- The new word bubble mechanic

The only thing I really found that's valid was that the word bubble was kind of limited... it had to faces a certain direction.

I mentioned it to Marc when we touched base about it and his team had a suggestion to make them double sided. Solved!

Getting the punchlines to the judge are slightly more complex (not in a way that it breaks the game or that we need to worry) but I think an official rule where the judge closes their eyes would be best for getting the completed punchline cards over.

Marc was playing a 6 player game and mentioned some player notes to be. I'll let Marc take over with his own stuff but from what I heard, it was nothing game breaking. It's definitely great to have playtesters make suggestions but making the game means knowing which suggestions make the game better and which suggestions steer you from the game you're trying to make.

So if Marc hasn't reached out already, I'm sure he'll have some info on his game night in the near future.

Besides that, the reaction was overwhelmingly positive. This was a more finished demo than most and it was a delight to play with the artwork. Again, mechanically we're not trying a lot of new things here so the game lives or dies based on whether it's funny and it absolutely is.

I would even venture that the ratio of HIT combinations to MISS combinations vs Joking Hazard is higher. Joking Hazard is closer to my original card outlines where the set up cards are more generic but what we have with Webcomic Game is nearly every panel being funny on it's own and that's a huge benefit to the game. In the 3 games I was a part of, I think there was only one combination that didn't turn into anything satisfying and I think it's just due to the random nature of the cards. In Contrast, that happens quite a bit more with Joking Hazard.

I'll still be demoing every chance I get and will report back and when I have new feedback!

Now for my personal opinion: I've always had a lot of faith that this would be a great game but now I'm even more convinced than ever and think a lot of people will be having fun game nights with this!

Jason


--

- Jason Anarchy Games official site
- The Facebook page will change your life
- Much Twitter wisdom here
- Anarchy on Instagram

---

**Drinking Quest: The Original Drinking RPG** <drinkingquest@gmail.com>    Thu, Jun 28, 2018 at 11:38 AM
To: Marc Goldner <marc@goldenbellstudios.com>

Cc: Alex Norris <alexanderdnorris@gmail.com>, Robert Gross <rob@goldenbellstudios.com>, Rachel Korsen <rachel@goldenbellstudios.com>

Hey Alex, I had a chat with Marc about this after but I've just made some notes below of what I thought.

- The double sided idea was a great suggestion

- The Judge officially " closing their eyes" as a rule solves the problem of matching word bubble to the proper blob on the panels

- I wouldn't add duplicate cards at all, there are 400 completely original cards and that's a huge selling point. With this type of game you also need to know that you won't get repeat jokes happening over and over.

- Expansions, the sky's the limit. I like the idea of having each expansion be a different "Oh Something". I would let Alex lead on those ideas. I'm personally a fan of the general "Oh @#$%" or some kind of symbol-inspired cussing. Expansions are always a good excuse to run another Kickstarter too and drive sales of the base game (See Dragoon and Vast)

- Clutter I wouldn't about... that's just the nature of the game. Tabletop games all tend to clutter the table with their gameplay. If anything it's less cluttered than Joking Hazard because the cards are one inch shorter.

- More players, I would cap it at six... if players want an option for a party game then a multiplayer expansion with some new cards and more word bubbles could be a thing to consider. Again, adding these tokens is a seriously great idea that differentiates from JH and makes it a unique experience for the players.

- Blank cards are a great idea! Super fun! (Stretch goals for a Kickstarter maybe?) The blank cards for JH meant I could put in stupid inside jokes that only my friends and I knew about.

Jason

[Quoted text hidden]

---

**Marc Goldner** <marc@goldenbellstudios.com>  Fri, Jun 29, 2018 at 3:16 AM
To: "Drinking Quest: The Original Drinking RPG" <drinkingquest@gmail.com>
Cc: Alex Norris <alexanderdnorris@gmail.com>, Robert Gross <rob@goldenbellstudios.com>, Rachel Korsen <rachel@goldenbellstudios.com>

Yeah there are a lot of additional design elements that can definitely improve the game. We'll keep working at it!

Keep us posted Alex on how your play test went and what your estimated timeline is for finishing up the cards :D

Best,
Marc Goldner
Founder & C.E.O.
www.GoldenBellStudios.com

This communication and any attachments, is intended for the addressee(s) named above and may contain confidential and legally privileged information. Unauthorized use, disclosure or copying is prohibited.  If you have received this communication in error, please notify the sender immediately by replying to this communication and then deleting it from your system.  Thank you.

[Quoted text hidden]

---

**Alex Norris** <alexanderdnorris@gmail.com>  Sun, Jul 1, 2018 at 6:49 PM
To: Marc Goldner <marc@goldenbellstudios.com>
Cc: "Drinking Quest: The Original Drinking RPG" <drinkingquest@gmail.com>, Rachel Korsen <rachel@goldenbellstudios.com>, Robert Gross <rob@goldenbellstudios.com>

Hello all!

I've got the cards printed ready for a trip this week with some friends. I'll be by the coast for a much-needed holiday for a week so won't be very contactable, but will be back in touch straight after with post-play test thoughts and we can work out a timeline from

there!

Speak then!
Alex
[Quoted text hidden]

---

**Marc Goldner** <marc@goldenbellstudios.com>  Sun, Jul 1, 2018 at 10:42 PM
To: Alex Norris <alexanderdnorris@gmail.com>
Cc: "Drinking Quest: The Original Drinking RPG" <drinkingquest@gmail.com>, Rachel Korsen <rachel@goldenbellstudios.com>, Robert Gross <rob@goldenbellstudios.com>

Got it keep us posted and let me know what you think about all my notes below!

Best,
Marc Goldner
Founder & C.E.O.
www.GoldenBellStudios.com

This communication and any attachments, is intended for the addressee(s) named above and may contain confidential and legally privileged information. Unauthorized use, disclosure or copying is prohibited.  If you have received this communication in error, please notify the sender immediately by replying to this communication and then deleting it from your system.  Thank you.

[Quoted text hidden]

---

**Drinking Quest: The Original Drinking RPG** <drinkingquest@gmail.com>  Mon, Jul 2, 2018 at 11:01 AM
To: Alex Norris <alexanderdnorris@gmail.com>
Cc: Marc Goldner <marc@goldenbellstudios.com>, Rachel Korsen <rachel@goldenbellstudios.com>, Robert Gross <rob@goldenbellstudios.com>

Hope you get some good down time and have fun play testing in the process!

Jason
[Quoted text hidden]

---

**Alex Norris** <alexanderdnorris@gmail.com>  Tue, Jul 10, 2018 at 2:11 PM
To: "Drinking Quest: The Original Drinking RPG" <drinkingquest@gmail.com>
Cc: Marc Goldner <marc@goldenbellstudios.com>, Rachel Korsen <rachel@goldenbellstudios.com>, Robert Gross <rob@goldenbellstudios.com>

Hello all!

Back from holiday now and did a play test! (We ended up only having one free night in, but it was really good).

The main thing that I got out of it was that the game is so so fun to play! Here are some notes from my test plays:

-Yes, let's not have the multiple wordless cards, it doesn't suffer for not having them and I agree it's nice having all the cards as original art.

-Really loved how quick it is to play and how everyone is doing something all the time, the mechanics of that are wonderful Jason!

-Most people compared it to Cards Against Humanity, and I actually think it is more consistently funny and not dependent on shock or gross-out humour. I think we could really push this when showing it to people: Cards Aginst Humanity and Joking Hazard are both very edgy and adult-themed, and this occupies a different space. This is a similar party game except all the family can play it (I'm not sure if there are any sexual cards left i, I think I took them out for this reason) and the jokes can end up being sexual etc but only if that is the humour of the group!

-Some players in a couple of different groups felt very bogged down in their four punchline cards, would being able to burn their hand and get four new ones occasionally be too complicated/unnecessary?

-another rule that kept cropping up was people occasionally using the set-up cards as punchlines which often worked really well. Similar situation to before, could keep that as a house rule rather than official as might end up a bit clunky.

-Suggestions of an official blindfold for the judge which might be fun, but understand if it seems like an unnecessary accessory.

-a few dud cards that I felt while playing, which I will replace when working on the final draft.

-agree that six max works well, and a party expansion!

-About expansions: totally up for that, but as I have said to many people who I have collaborated with, we need to be picky with the punchlines. I think about these things all the time and I'm very careful to go with my comedy instincts. "Oh no" is funny because it is so flat and has a feeling of inevitability, and "o kay" works because it is flatter than an enthusiastic "oh yes". I really don't think that "oh %@#&!" is funny in this context, because it's too emotive. I know that it is a shame to miss the gimmick of having each expansion be "oh ___" but it dilute the power of the "oh no" by having too many variations. I can think of a funny formula for the expansion naming etc and will get back to you.

-However, I think we should do a very adult and sexy expansion/alternative deck, and that should have "oh no" and "oh yes" because in that context it is very funny (and sex should always be an "oh yes!") Any other ideas for expansions may help me focus this base deck so fire away! Thoughts so far are: sexy/adult, spooky (for Halloween?), but no further ideas yet.

-excited to design the backs of the cards also :) I drew a 3 on the backs of our cards and everyone called them "booty cards" which I loved. Would be nice to have something weird like that!

I think that's all for now!

Alex

[Quoted text hidden]

---

**Drinking Quest: The Original Drinking RPG** <drinkingquest@gmail.com>                    Wed, Jul 11, 2018 at 12:09 PM
To: Alex Norris <alexanderdnorris@gmail.com>
Cc: Marc Goldner <marc@goldenbellstudios.com>, Rachel Korsen <rachel@goldenbellstudios.com>, Robert Gross <rob@goldenbellstudios.com>

- Yeah, I am super happy with the existing cards and the balance of humour. We put a lot of time and though into to make sure we weren't giving you more time spent on art than needed and I think it really paid off.

- Burning the hand is a great idea... how about each player has a tiny wooden flame, a BURN TOKEN that lets you burn you hand? Can be used once per game for maximum simplicity.

- Yeah Cards Against Humanity will often be the comparison (even though I don't personally agree since I know it's Joking Hazard). That's just the casual crowd we're going after, and yes I agree. Having this not be an R-Rated game is a huge asset.

- The humour I was going for was more 10+ and I think your humour leaned toward 14+... I could be wrong though, it's definitely worth going through to flag any cards we might want to reevaluate if they'll single-handedly change the rating.

- Maybe there is YET ANOTHER WOODEN token of a Fist that lets you make a setup card a PUNCH-line. (Get it?) That would further differentiate the game, make it more sellable and most of all just make it better.

- Blindfold idea: THERE COULD BE A BLOB OVER EACH EYE! I'm sure those couldn't be too expensive to make.

- Do you want to put those in an official list? We'll have a DUD LIST? I haven't come across anything I felt was a bad "puzzle piece" but I'm definitely not against Alex making the cards funnier.

- I agree, Alex should be the "Oh ____" guy. Ha, they have to be a certain level of mundane.

- The backs of the cards just have Blob Bums? Good idea, may steer us away from a 10+ rating but I think it's hilarious.

- Wooden Cat Token: Let's you submit two comics that round instead of just one.

- Ended up chatting with Marc while I was putting together this email and we'd like to think of 6 SPECIAL ABILITIES that will be 6 different wooden tokens. Anyone want to suggest anything?

Jason

[Quoted text hidden]

> [Quoted text hidden]
> - The Facebook page will change your life!
> - Much Twitter wisdom here!
> - Anarchy on Instagram!

---

**Marc Goldner** <marc@goldenbellstudios.com>  Wed, Jul 11, 2018 at 4:08 PM
To: "Drinking Quest: The Original Drinking RPG" <drinkingquest@gmail.com>
Cc: Alex Norris <alexanderdnorris@gmail.com>, Rachel Korsen <rachel@goldenbellstudios.com>, Robert Gross <rob@goldenbellstudios.com>

Please see below. Check BOTH emails of notes from Alex and Jason I have a lot of stuff here I've been unpacking.

Best,
Marc Goldner
Founder & C.E.O.
www.GoldenBellStudios.com

This communication and any attachments, is intended for the addressee(s) named above and may contain confidential and legally privileged information. Unauthorized use, disclosure or copying is prohibited.  If you have received this communication in error, please notify the sender immediately by replying to this communication and then deleting it from your system.  Thank you.

> On Jul 11, 2018, at 12:09 PM, Drinking Quest: The Original Drinking RPG <drinkingquest@gmail.com> wrote:
>
> - Yeah, I am super happy with the existing cards and the balance of humour. We put a lot of time and though into to make sure we weren't giving you more time spent on art than needed and I think it really paid off.

This is great. One thing we need that's VERY important is getting some cards written that you didn't draw yet that will be stretch goal guest artist cards for the Kickstarter, this is one of the best selling points of Pretending to Grownup and needs to be replicated. Alex if you can get that for me it would be great.

> - Burning the hand is a great idea... how about each player has a tiny wooden flame, a BURN TOKEN that lets you burn you hand? Can be used once per game for maximum simplicity.

My suggestion for this is that it is in the middle of the table and can only be used by one player at a time, reason for this is otherwise it can get expensive possibly with so much wood. I'd like to play-test both ideas though (one where everyone has it one where there's only one.) I think the flame itself should be like a campfire with wood at the bottom and a fire and flame at the top so theres three colors of pantone to make this a really fun token.

- Yeah Cards Against Humanity will often be the comparison (even though I don't personally agree since I know it's Joking Hazard). That's just the casual crowd we're going after, and yes I agree. Having this not be an R-Rated game is a huge asset.

Yes but having the NSFW expansion is VERY important and is why a store like Spencers will either buy this game or won't. This is the Spencers market, the Urban Outfitters and Hot Topic, that is why the expansion for NSFW is necessary from the get go. The reason being is simple…we are not innovating or pioneering a new style of party game, since we're building on top of groundwork laid out by previous successes, their is a level of expectation in retail that people want options and if we only have one thing it can make or break a sale, especially if we offer an exclusive to a store for 6 months which can generate 10s of thousands of sales at a big store like Target which is what we're always aiming for to have a huge launch.

- The humour I was going for was more 10+ and I think your humour leaned toward 14+... I could be wrong though, it's definitely worth going through to flag any cards we might want to reevaluate if they'll single-handedly change the rating.

We didn't have this issue. I never heard of 14+ before. HOWEVER, the only card that is the reason we haven't won more awards of Pretending to grownup was because of the "unexpected pregnancy" card being too inappropriate. This is something to keep in mind of awards versus age rating. Its personally one of my favorite cards but the content of it is in relation to a kiddy unipegasaurus a lot of judges that are parents didn't find it fitting. A solution that I already came up with is to have a very dumbed down kids version of these mechanics that are VERY basic that is geared towards 6+ , to have a party game for kids like this has never been done and that is where we can pioneer something with a smaller deck. Very important to keep note of.

- Maybe there is YET ANOTHER WOODEN token of a Fist that lets you make a setup card a PUNCH-line. (Get it?) That would further differentiate the game, make it more sellable and most of all just make it better.

Yeah having a Blob wooden token that has a fist coming out of it wouldn't only be funny to have in the rulebook drawn but a great piece.

- Blindfold idea: THERE COULD BE A BLOB OVER EACH EYE! I'm sure those couldn't be too expensive to make.

I would recommend this is the placement of the cat eye and make the blindfold green.

- Do you want to put those in an official list? We'll have a DUD LIST? I haven't come across anything I felt was a bad "puzzle piece" but I'm definitely not against Alex making the cards funnier.

I would say to be making additions at this point not subtracting, i didn't think any were duds but again remember this will always depend on your playtest group as everyone has a different sense of humor, never forget this!

- I agree, Alex should be the "Oh ____" guy. Ha, they have to be a certain level of mundane.

Sure but remember having other's Oh ___ is very important tool for what makes this unique and not just the comic but something that expands on it from a brand building standpoint is something we should never underestimate as a way to generate additional sales to get something that they can't get online for free that we're offering whether its a e-book, a physical comic of webcomic name, etc.

- The backs of the cards just have Blob Bums? Good idea, may steer us away from a 10+ rating but I think it's hilarious.

My design note here is to make the regular cards have the "sexy blob" and then the Punchline card back are the "bum" get it as Jason says, you get your sexiness then the punchline is that butt. Worth a try think it will work well.

- Wooden Cat Token: Let's you submit two comics that round instead of just one.

My suggestion here is that we do the bag like in Dungeon Dice where since we have the wooden cat token and the punch and burn token, you can put your hand in to get something secretive. This could be optional if gamers want a "choice" of what they're taking from the center.; i also think about thinking if we want a player mat as a KS exclusive would be a lot of fun and that could maybe be the inside cover of the box that people can use to keep the tokens on;theres so many options for what this could look like.

- Ended up chatting with Marc while I was putting together this email and we'd like to think of 6 SPECIAL ABILITIES that will be 6 different wooden tokens. Anyone want to suggest anything?

Yes so the other abilities that I think will work is easy:

1. An arrow or some shit where you can swap out someones punchline if you want (prevents people from winning if they're about to and adds some fuckery"

2. a shield (contrasts to the fist) where you can protect your hand at all costs

Again: i think we have two different (or more) sets of rules here where we can have a more complex game but also the simple basic bitch way of how to play as it is; definitely looks like we even have two SKUS one that is more expensive and one that is JUST cards will be great to offer one exclusive to Spencers I think they'd shit bricks haha

MORE BELOW

Jason

On Tue, Jul 10, 2018 at 2:11 PM, Alex Norris <alexanderdnorris@gmail.com> wrote:
> Hello all!
>
> Back from holiday now and did a play test! (We ended up only having one free night in, but it was really good).

Glad to hear!

> The main thing that I got out of it was that the game is so so fun to play! Here are some notes from my test plays:
>
> -Yes, let's not have the multiple wordless cards, it doesn't suffer for not having them and I agree it's nice having all the cards as original art.

Wordless cards in what sense?

I think having the draw in make your own cards is a VERY good expansion and it can be Oh _____

Now thats a great idea!

> -Really loved how quick it is to play and how everyone is doing something all the time, the mechanics of that are wonderful Jason!

Yeah good shit J

> -Most people compared it to Cards Against Humanity, and I actually think it is more consistently funny and not dependent on shock or gross-out humour. I think we could really push this when showing it to people: Cards Aginst Humanity and Joking Hazard are both very edgy and adult-themed, and this occupies a different space. This is a similar party game except all the family can play it (I'm not sure if there are any sexual cards left i, I think I took them out for this reason) and the jokes can end up being sexual etc but only if that is the humour of the group!

That's true but still the Oh Yes NSFW version is a MUST! haha

> -Some players in a couple of different groups felt very bogged down in their four punchline cards, would being able to burn their hand and get four new ones occasionally be too complicated/unnecessary?

This was my design note as well, it's a must. Jason had one idea for the burn tokens, I do think though for basic bitch mode minus any tokens we allow people to burn cards and lose their turn if they want, there is no reason to always overcomplicate things just for making it more unique (hence the note above about having two different rule sets)

> -another rule that kept cropping up was people occasionally using the set-up cards as punchlines which often worked really well. Similar situation to before, could keep that as a house rule rather than official as might end up a bit clunky.

Yes this will be one of the design additions I'm adding as a house rules section as we were doing this when we were playing it too.

> -Suggestions of an official blindfold for the judge which might be fun, but understand if it seems like an unnecessary accessory.

Maybe a blind fold with two huge cat eyes idk well see I like the idea ; stated more above.

> -a few dud cards that I felt while playing, which I will replace when working on the final draft.

Which ones?

> -agree that six max works well, and a party expansion!

Six max what? Expansions? The ones I mentioned below? Yeah they are good.

What did you have in mind for the party expansion? The game design i have is decreasing the card count in players hands to make it go faster. Another mode is "co-op" where its 2v2 or 2v2v2 etc where you work with a friend to make the best strip (by combining hands) and your team is the one competing.

> -About expansions: totally up for that, but as I have said to many people who I have collaborated with, we need to be picky with the punchlines. I think about these things all the time and I'm very careful to go with my comedy instincts. "Oh no" is funny because it is so flat and has a feeling of inevitability, and "o kay" works because it is flatter than an enthusiastic "oh yes". I really don't think that "oh %@#&!" is funny in this context, because it's too emotive.

An emoji expansion may work, i wouldn't throw it off the table, I always like getting feedback but once we launch this on Kickstarter and it gets thousands of backers we'll have a great playtest audience where we can send out surveys like we do with "Unbroken" which has 17,000 backers!

> I know that it is a shame to miss the gimmick of having each expansion be "oh ___" but it dilute the power of the "oh no" by having too many variations. I can think of a funny formula for the expansion naming etc and will get back to you.

Okay think about it because from all our notes the other Oh ___ is what will make this stand out from cards against humanity that has the same formula and does get tiring. Again this is different than a comic that comes in daily doses, a game where you're saying the same thing over and over can lose its charm and the other Oh ___ are going to be necessary for making sure we don't ever get "boring" to consumers. That's what I'm always worried about, not to mention the marketing is going to be great to cross bleed.

> -However, I think we should do a very adult and sexy expansion/alternative deck, and that should have "oh no" and "oh yes" because in that context it is very funny (and sex should always be an "oh yes!")

HAHA INDEED IT SHOULD! OHHH YAAAA lolol YAAAS (that is meme worth too)

> ) Any other ideas for expansions may help me focus this base deck so fire away! Thoughts so far are: sexy/adult, spooky (for Halloween?), but no further ideas yet.

The expansions i Had below I'll recopy here (check all my notes below in case you missed them) but i"ll add the themes I have in mind for them too for you

> **Punchlines**
>
> 1. Oh No! - Exclamation Point
> 2. Oh Kay. - Period
>
> *Expansion 1*

LIFES QUESTIONS - think about when you ask yourself what happens when you die, things like that. The BIG thing here is that the PUNCTUATION should ALWAYS differ from expansions to expansion. I DO think that we should have some Oh No other punctuation if we want as one expansion. I.E. A call back to oh no after we do oh ___- where it's the Oh no?!.* or whatever it is haha

> 3. Oh? - Question Mark
> 4. Oh My… - dot dot dot - awkward type silence

Oh my should be those awkward moments in life where you can not believe someone just said that, it should be slice of life could be relationships, school, etc.

> *NSFW Expansion*

this one is the apocalypse we're all doomed expansion, when bad shit happens, the blobs are here to make us forget our worries and save the day

> 5. Oh Shi— - Bleeped out
> 6. Oh Fu*k - Starred out
>
> *Guest Artist Expansion*

> 7. Oh

Let the guest artists create the theme on each of the their cards, the reason this is funny because it breaks the mold of the consistency throughout and actually gives everyone a way to "teleport" to a new world, could pose it as a science time travel thing

> **CREATE YOUR OWN EXPANSION**
>
> 8. There will be an expansion that has Oh _____  - you will draw this in to each card (comes with black sharpie mini pens)
>
> *DON'T KNOW FOR WHAT - Maybe the NSFW Sexy Expansion #2*
>
> 9. Oh Yes

Obviously OH YES! Sex in the park, in the bed, on the moon, get risqué, think of voyeruism exhibitionsts for this, having sex everywhere because hey they're blobs and life is too short!

The kid expansion: what I have in mind is a superhero blob expansion because fuckign blobs are shape shifting alien superheroes here to protect the world and change our ways of life ; they'll bring some humor into our mundane fucking lifes we all ponder about.

> -excited to design the backs of the cards also :) I drew a 3 on the backs of our cards and everyone called them "booty cards" which I loved. Would be nice to have something weird like that!

Check out my note above about Sexy Blob + Bum!  But yeah booty works too.

> I think that's all for now!

Sorry for such a long email but we're getting there guys.

Alex do you have an idea of when you'll be able to complete the cards? Also remember to create a video for pre-marketing of outlining and coloring a bunch so we can post them on our youtube channel which has almost 20,000 subscribers right now!

Thanks!

Best Regards,
Marc
[Quoted text hidden]