# EXHIBIT – 15 –



Marc Goldner <marc@goldenbellstudios.com>

## Option of Future Book
2 messages

**Alex Norris** <alexanderdnorris@gmail.com>  Thu, Oct 4, 2018 at 8:49 AM
To: Marc Goldner <marc@goldenbellstudios.com>, Rachel Korsen <rachel@goldenbellstudios.com>, Robert Gross <rob@goldenbellstudios.com>

Hello,

I am currently self-publishing a book called "Animals" which is a 40-page book of comics about animals.

The contract says you require an option on my next work, so here it is. I am set on self-publishing but you get to have an option on it before I do.

It will be coming out very soon!

Alex

**Marc Goldner** <marc@goldenbellstudios.com>  Wed, Oct 31, 2018 at 6:45 AM
To: Alex Norris <alexanderdnorris@gmail.com>
Cc: Rachel Korsen <rachel@goldenbellstudios.com>, Robert Gross <rob@goldenbellstudios.com>

Hi Alex,

Yes we will be exercising our option on your next works. We do execute editorial, development, etc. on all of our books especially as we work with distributors and retailers to maximize sales of all of our books. We usually will bundle books as well with Stuffed Animals and Games to avoid consignment at book stores.

Please send all the files for review and we'll see what's next. Thanks!

Best Regards,
Marc
[Quoted text hidden]