## PURCHASE AGREEMENT

This AGREEMENT (hereinafter called the Agreement), made this 12 day of February, 2017, between Jason Wiseman ("CREATOR") and Golden Bell Entertainment, LLC ("COMPANY") (collectively, the "Parties") with respect to the production of the properties tentatively entitled "Pretending to Grownup", "Parenting", "Turtles Riding Airships", "Webcomic Name Game" (the "WORKS") to be created by CREATOR, and any tie-ins, spinoffs, or other commercial development of the WORKS such as Sequels, Prequels, Reboots, Remakes, and Expansions.

NOW, THEREFORE, in consideration of the execution of the Agreement, and the undertakings of the Parties, as hereinafter set forth, it is agreed as follows:

1. INTELLECTUAL PROPERTY ASSIGNMENT

    A.  Percentage, ownership, registration and assignment of "WORKS" with the United States Copyright Office and United States Patent and Trademark Office are defined and clarified as the work of the COMPANY.  Thus, "CREATOR" shall retain 0% of the copyright and 0% of the trademark WORKS, and COMPANY shall retain and/or be assigned 100% of the copyright and 100% of the trademark of the WORKS. CREATOR assigns to COMPANY their initial 100% of the WORKS upon signing of this AGREEMENT.

    B.  Prior to any advance payments being made for anything listed in this contract, the CREATOR will supply the COMPANY with each individual contract signed between the CREATOR and the third party artist or designer relating to the WORKS to ensure the COMPANY has the right to further use the works into perpetuity with no obligations to any third parties outside of this agreement.

    C.  Net Sales will be defined as gross sales less any discounts, returns, and allowances (such as a freight allowance, defective allowance, or anything of similar nature).

    D.  The CREATOR will be paid $5,000 upfront within 30 days of signing of this agreement for "Pretending to Grownup" by the COMPANY. In addition, the COMPANY will pay the CREATOR $5,000 upon delivery of each of the three expansion packs. All other future expansion packs must be approved by COMPANY prior to start of development. Furthermore, an additional $5,000 will be paid to the CREATOR by the COMPANY during the month of September 2018 once the CREATOR's non-exclusive right to sell "Pretending to Grownup" completely transfers to the COMPANY as the COMPANY's ability to exclusively sell "Pretending to Grownup" into perpetuity. The CREATOR will thus be responsible for obtaining the rights for the COMPANY to use the 'guest cards' and/or all affiliated art and/or design relating to "Pretending to Grownup" or any of the other WORKS that will be included in the "Pretending to Grownup" game which will be listed below in the appendix. In the event that the CREATOR can not obtain one of the given 'guest artists' he will be responsible for replacing them with a 'new guest artist' that is of equal or greater notoriety. The 32 'guest artists' will be paid up to $100 by the COMPANY upon 30 days of receipt and approval by COMPANY of each contract produced by the CREATOR. The COMPANY will pay the CREATOR a 10% royalty on net sales, paid quarterly, until September 2018 acting as an advance against royalties; after the first period leading up to September 2018, then the royalty on net sales paid to CREATOR by the COMPANY will decrease to 8% royalty on net sales and will be capped at $500,000. There will be 1,000 free units of the game "Pretending to Grownup" given to the CREATOR by the COMPANY on the initial print run of the game manufactured by COMPANY, as well as 250 free units of the game of the initial print run given to the CREATOR's artist Megan McKay of the webcomic 'Doodle for Food' by the COMPANY. The CREATOR will maintain the non-exclusive right to sell the remaining inventory of the game "Pretending to Grownup" which accounts for roughly 9,000 units; after the remaining units are sold by the CREATOR or on September 1, 2018 (whichever occurs first), CREATOR will no longer have any rights to sell any of the WORKS including but not limited to "Pretending to Grownup" and those rights will fully transfer to COMPANY. The CREATOR will also give 7,500 complimentary copies of his print-run of "Pretending to Grownup" at no cost to the COMPANY in return for the COMPANY covering all shipping costs for the roughly 6,000 Kickstarter backers and will also warehouse the CREATOR's additional 9,000 games at COMPANY expense. In addition, the CREATOR hereby gives the option to COMPANY to purchase 4,000 additional units of the CREATOR's print-run of "Pretending

Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

## PURCHASE AGREEMENT

to Grownup" at $2.05 USD at date chosen by COMPANY. The 7,500 free units of the CREATOR's print-run given to the COMPANY will exclude any royalty payments due to the CREATOR up front but the COMPANY will pay the royalties due as agreed upon once the sale of the units are made by the COMPANY.The 4,000 units that the COMPANY has an option to purchase at a later date will exclude royalty payments until a sale of the game "Pretending to Grownup" is made. The CREATOR will provide a BackerKit survey for fulfillment to be used by the COMPANY and if any units are sent incorrectly, the COMPANY will correct the situation; however, the CREATOR will handle 98% of Customer Service for these orders. If a delay arises on the CREATOR's end for an inability to secure any contracts with 'guest artists' or 'new guest artists' or there are faults or mistakes in the BackerKit surveys, the COMPANY will not be blamed privately, publicly, or financially responsible for any of these errors due to the CREATOR's mistakes. The CREATOR hereby certifies that around 9,000 units of the games will be sent directly to the CREATOR and/or Alliance Game Distributors at CREATOR's expense.

E.  At September 1, 2018, the full rights will transfer to the COMPANY and the remaining unsold units at the option of COMPANY will be purchased by the COMPANY at the cost the CREATOR paid and was invoiced by the factory.

F.  Immediately following the $5,000 upfront advance against royalties paid to the CREATOR by the COMPANY for "Pretending to Grownup", CREATOR will deliver to the COMPANY the final print-ready files, the PSD files, the AI files, the InDesign files, and any other files pertaining to the game "Pretending to Grownup" to the company within 72 hours of receipt.

G.  The CREATOR will receive a $7,500 upfront advance against net sales of royalties within 30 days of June 1, 2017 for the game "Turtles Riding Airships" paid by COMPANY. The COMPANY will then pay the CREATOR an additional $7,500 upon delivery to the COMPANY of the final print-ready files, the PSD files, the AI files, the InDesign files, and any other files pertaining to the game "Turtles Riding Airships". The CREATOR will receive a 10% royalty on net sales for the first 18 months after production of the game and then the royalty rate will reduce to 8% royalty on net sales thereafter and be capped at $500,000. Additionally, COMPANY will be supplying 1,100 free complimentary units of the game to CREATOR upon initial print run of the game, as well as giving 350 free complimentary units of the game to the artist Peter Chiykowski of 'Rock, Paper, Cynic' upon the initial print run of the game.

H.  The CREATOR will receive a $6,250 upfront advance against net sales royalties within 30 days of the COMPANY receiving the final files noted above for "Turtles Riding Airships" for a game created with the artist Alex Norris of 'Webcomic Name' paid by the COMPANY. The COMPANY will then pay the CREATOR an additional $5,000 upon delivery to the COMPANY of the final print-ready files, the PSD files, the AI files, the InDesign files, and any other files pertaining to the game created by the CREATOR and Alex Norris. The CREATOR will receive a 10% royalty on net sales for the first 18 months after production of the game and then the royalty rate will reduce to 8% royalty on net sales thereafter and be capped at $500,000. Additionally, COMPANY will be supplying 1,100 free complimentary units of the game created with Alex Norris to the CREATOR upon initial print run of the game, as well as giving 350 free complimentary units of the the game to the artist Alex Norris upon the initial print run of the game.

I.  The CREATOR will receive a $6,250 upfront advance against net sales royalties within 30 days of the COMPANY receiving the final files noted above for "Turtles Riding Airships" for a game developed with the artist Christopher Grady of Lunarboon tentatively titled "Parenting" by the COMPANY. The COMPANY will then pay an additional $5,000 to the CREATOR upon delivery to the COMPANY of the final print-ready files, the PSD files, the AI files, the InDesign Files, and any other files pertaining to the game created by the CREATOR and Christopher Grady. The CREATOR will receive a 10% royalty on net sales for the first 18 months after production of the game and then the royalty rate will reduce to 8% royalty on net sales thereafter and be capped at $500,000. Additionally, COMPANY will be supplying 1,100 free complimentary units of the game created with Christopher Grady to the CREATOR upon the initial print run of the game, as well as giving 350 free complimentary units of the game to the artist Christopher Grady upon the initial print run of the game.

## PURCHASE AGREEMENT

J.  All of the WORKS must be agreed by the parties to be completed prior to final files are delivered and payments made.

K.  COMPANY will disburse quarterly reports attached with each quarterly royalty payment to the CREATOR within 30 days at the start of each of the four quarters in a calendar year. These reports will include units sold by each specific customers with average price and will include less any credits for each customer.

L.  Copyright maintained by the CREATOR now or in the future relating to WORKS CANNOT be transferred without the express written consent of the COMPANY. This Agreement shall be binding on any successors of the parties. CREATOR shall not have the right to assign its interests in this Agreement to any other party without the prior written consent of COMPANY.

M.  If CREATOR creates a new work with a character or storyline that infringes on any of COMPANY's copyrighted properties, CREATOR agrees to transfer any copyright he may have in that new work to COMPANY.

N.  All future derivative works created by the parties will be defined by the percentages of the copyright and trademark defined in Section 1a of this Agreement listed above.

2.  RIGHTS ASSIGNED, CREDITS, AND SERVICES

A.  The Parties shall collaborate in the writing, drawing, illustration, animation if applicable, and sketches of the WORKS.

B.  It is understood and agreed that the Parties shall share hereunder, without limit to, unless otherwise herein stated, the proceeds from the sale or any and all other disposition of the WORKS and the rights, interest, and licenses therein and with respect thereto, including but not limited to the following: Comic Book Rights, Motion Picture Rights, Animation Rights, Graphic Rights, Sequel Rights, Remake Rights, Television Rights, Gaming Rights, Film Rights, Stage Rights, Radio Rights, Publication Rights, Interactive Rights, Music Rights, Merchandising Rights. CREATOR shall receive 8% of the net profits from the WORKS in relation to the different mediums it will be produced in as stated above. Additionally, COMPANY will also receive 92% net profits from the WORKS in relation to any mediums produced.

C.  COMPANY will have the right to exclusively tour select pieces of each of the WORKS to be used for promotion of the WORKS, and also the COMPANY and CREATOR shall share in the ownership of the original artwork used and created for the WORKS by either CREATOR or by COMPANY.

D.  The CREATOR can not compete in bad faith with the COMPANY and sell the WORKS now or in the future at any conventions that both parties attend.

E.  COMPANY will exclusively handle all worldwide distribution, production, marketing, reprinting, sales, logistics, warehousing, social media, and publication of the WORKS. CREATOR shall maintain sole access to the CREATOR's personal social media account with administrative privileges and COMPANY shall be the Domain Registrant and Administrator of any domains. CREATOR will additionally transfer ownership and all administrative access to the COMPANY for the "Pretending To Grownup" facebook page and any other social media pages relating to the WORKS. The CREATOR will grant the COMPANY "Advertising" access level on social media to run ads as per this agreement relating to the WORKS.

F.  The CREATOR will be allowed to have the non-exclusive right to sell the game "Pretending to Grownup" until September 1, 2018; after which the CREATOR will relinquish all rights and the COMPANY will solely have all rights transferred as stated throughout this agreement and the CREATOR will no longer maintain any rights for the WORKS. The CREATOR will also be allowed to sell to Alliance Game Distributors and to ThinkGeek his remaining units of "Pretending to Grownup" up until September 1, 2018 which at that point the rights revert solely to the COMPANY.

**PURCHASE AGREEMENT**

G.  COMPANY shall be the exclusive agent of the Parties for the purposes of sale or other disposition of the WORKS or any rights, interests, or licenses therein.  COMPANY will represent all of the Parties in any such sale or disposition with any studio, publisher, agency, distributor, or similar entity.

H.  CREATOR and COMPANY will jointly credit each party on all forms of publicity for WORKS, such as on social media, and accreditation.

I.  Any proprietary information, trade secrets, and working relationships between CREATOR and COMPANY and its clients must be considered strictly confidential, and may not be disclosed to any third party, either directly or indirectly without prior written consent of COMPANY.

J.  CREATOR grants the exclusive license to COMPANY in perpetuity of the WORKS as per the agreement and sections outlined in Section 1 of this agreement. The exclusive license period granted to COMPANY in perpetuity of the WORKS will take place on September 1, 2018 for "Pretending to Grownup", and for all other games part of the WORKS will be an immediate exclusive license in perpetuity granted to the COMPANY by the CREATOR.

K.  If, prior to the completion of the WORKS, any of the Parties shall voluntarily withdraw from the collaboration, then the other Party or Parties shall have the right to complete the WORKS alone or in conjunction with another collaborator(s), and ownership of the WORKS will revert solely to that Party or Parties. However, if both parties agree to have an agreement to terminate this agreement, both parties have to be in mutual agreement. This contract can not be broken without the express approval of all parties in a new written contract unless otherwise stated by COMPANY hereinafter.

L.  The failure of either party to exercise any of its rights under this Agreement for a breach thereof shall not be deemed to be a waiver of such rights, and no waiver by either party, whether written or oral, express or implied, of any rights under or arising from this Agreement shall be binding on any subsequent occasion; and no concession by either party shall be treated as an implied modification of the Agreement unless specifically agreed in writing.

M.  No addendum, amendment of, addition to or modification of this Agreement shall be effective unless reduced to writing and signed by the parties hereto.

N.  Characters in the WORKS may make cameo appearances in COMPANY properties that are owned exclusively by COMPANY such as in promotional material to increase awareness of the WORKS. Characters appearing in WORKS may be used in other properties of COMPANY with no financial obligations to or expectations by CREATOR.

O.  CREATOR may not publish, monetize, or reproduce the WORKS without the consent of COMPANY.

P.  CREATOR may not create any unaffiliated work that has the potential to damage the WORKS. This will be subjectively decided by the COMPANY based on whether any unaffiliated work is either inappropriate or damaging to the brand.

Q.  COMPANY shall have the right to use, publicly perform, and to license others to use, the CREATOR's name, image, likeness and biographical material for advertising, promotion, publishing publicizing, marketing, distribution, packaging and other exploitation of the WORKS and the other rights granted under this Agreement. COMPANY shall also have the right to use, and to license others to use, the WORKS image, likeness and biographical material for any use.

R.  The CREATOR's "Jason Anarchy Games" logo will all appear somewhere on box of each of the individual WORKS and inside the WORKS (i.e. Instructions, etc.).

PURCHASE AGREEMENT

S.   If the COMPANY decides to run a crowdfunding campaign related to any of the WORKS on a website such as Kickstarter or Indiegogo, then the CREATOR of the WORKS of each specific game shall "share" the campaigns to their followers on social media sites such as Facebook, Tumblr, Instagram, DeviantArt, Twitter, or any other platform they are active on, and will allow the COMPANY to promote the WORKS on CREATOR's pages with "Advertising status capabilities" on platforms such as Facebook Ad Managers or Twitter Ad Manager, and/or any other proprietary targeted ad platform that the CREATOR has used in the past to promote their creations. Thus, the COMPANY will pay for all advertising associated with these product advertisements and will give the CREATOR 10% of the funds raised of the crowdfunding campaign. However, please note that crowdfunding sites such as Kickstarter may not be used and there may be a pre-order method on our proprietary site or another crowdfunding platform or website like Amazon and that the CREATOR will share each of the said campaigns for each of the WORKS at least ten times during the duration of the order period of the WORKS.

3. SAMPLES AND COMPLETION OF WORKS AND FUTURE WORKS

A.   The beginning and samples of the WORKS have been provided by CREATOR to COMPANY as seen attached below.

B.   It is contemplated that the WORKS will be completed by the CREATOR. Each of the WORKS will have a set timeline attached to it such as ie. "Pretending to Grownup" to be completed by February 17, 2017; Other works will be discussed as far as deadlines for each of the above WORKS cited.

C.   CREATOR shall submit to COMPANY all sequels to the WORKS or other works using characters that appear in the WORKS and any other unrelated characters. COMPANY will take due diligence to copyright all said WORKS with the same percentages and profit splits as discussed above for future works relating to the WORKS above.  If COMPANY acquires the NEW WORK, the provisions of this Agreement shall apply to the NEW WORKS.

4. WARRANTIES

A.   CREATOR certifies that any material he contributes to the WORKS is their own, that CREATOR has good title to the copyright for that material, free of all liens and encumbrances, and/or CREATOR is authorized to contribute that material to the WORKS. CREATOR certifies that rights herein are not subject to a prior agreement and that the WORKS is original and not in public domain; that it does not violate the right of privacy of any person; that it contains no libelous, obscene, or other unlawful matter; and that it does not infringe upon the copyright or violate any other right of any person or party. CREATOR will indemnify COMPANY from any damage or loss, including attorney's fees, arising out of breach of this warranty.  Additionally, CREATOR certifies is the owner of all the rights granted to the COMPANY, and has full power to enter into this agreement. The CREATOR agrees to hold the COMPANY harmless against any damages, including attorney's fees, finally sustained in any suit involving the COMPANY or its licensees by reason of a violation of any of these warranties. CREATOR represents and warrants to COMPANY that the CREATOR concepts, ideas, copy sketches, artwork, electronic files, and other materials produced do not infringe on any copyright or personal or proprietary rights of others, and that CREATOR has the unencumbered right to enter into this AGREEMENT.

B.   To clarify, it is the responsibility of the CREATOR to pay and receive all rights and ownership of all designs, artwork, and copy text from each artist or designer of each of the WORKS. A contract will have to be produced and delivered to COMPANY prior to payments being made in order to establish the relationships of all the parties involved.

C.   CREATOR agrees that during the existence of this Agreement, CREATOR will not prepare or cause to be prepared or published in CREATOR name or otherwise under a potential pen name, any work that shall interfere with or injure the sale or distribution of the WORKS herein specified, unless such work is offered to the COMPANY to publish. This includes any styles created by the creator or other unassociated work that the CREATOR is involved with at any point in time now or later.

Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

### PURCHASE AGREEMENT

D. It is noted that Megan McKay also co-owns the rights to the character Unipegasaurus and she has the authority to non-exclusively pursue ventures with it outside of the context of the game "Pretending to Grownup".

## 5. CHOICE OF LAW

A. This Agreement shall be interpreted according to the laws and statutes of the United States of America and of the State of New York, except that its conflicts of law provisions shall not apply. Any litigation relating to this Agreement shall be pursued in the State of New York.

B. In the event one or more clauses of this Agreement are declared invalid, void, unenforceable or illegal, that shall not affect the validity of the remaining portions of this Agreement.

C. This Agreement sets forth the entire agreement of the parties, and replaces and supersedes any previous agreement between the parties on the subject, whether oral or written, express or implied.

D. Joint Creative Control will apply to the WORKS during the initial production of the WORKS. However, there will be a provision that if the COMPANY and the CREATOR can not come to an agreement and this prevents the COMPANY from being able to print any of WORKS, there will be a third party mediator assigned in order to not delay WORKS. After the initial production of the WORKS the COMPANY will have the sole right and authority to develop and control the WORKS however they so choose without having to consult the CREATOR for further advancing of the WORKS.

## 6. COMPLIMENTARY COPIES

A. Complimentary copies of the WORKS will be sent at the expense of COMPANY to any and all awards shows that are deemed appropriate by COMPANY for that work, as well as advance copies to News Sites and other media affiliated companies that will be decided upon by COMPANY.

B. The CREATOR will be given the number of items of each product produced free of charge courtesy of the COMPANY at the time of the WORKS release as listed throughout Section 1 above.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement the day and year first above written and shall be interpreted under the laws of the State of New York. Signed:

_____                                                      _____
Golden Bell Entertainment, LLC                                             Jason Wiseman, Creator
By: Marc Goldner

**PURCHASE AGREEMENT**



# GAME & SHIPPING
# $20 USA
# $26 CANADA

*USD converted from Canadian dollars
**Additional shipping outside of US and Canada



Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

**PURCHASE AGREEMENT**



Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

**PURCHASE AGREEMENT**



Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

**PURCHASE AGREEMENT**



Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

**PURCHASE AGREEMENT**



# GUEST CARDS!

## EVERY STRETCH GOAL WILL FEATURE A NEW BONUS CARD BEING ADDED WITH ARTWORK FROM SOME OF THE INTERNET'S TOP WEBCOMIC ARTISTS!
(GUESTS ARE IN RANDOM ORDER, GOALS ARE IN CANADIAN DOLLARS)

Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

**PURCHASE AGREEMENT**





# MR LOVENSTEIN

J L WESTOVER HAS A REALLY CLEAN AND LIKABLE STYLE THAT ONLY MAKES HIS UNEXPECTED PUNCHLINES HIT HARDER.





# DANEMEN

DAVID DANEMAN LIVES IN A BIZARRE WORLD POPULATED WITH MULTIPLE VERSIONS OF HIMSELF. ALSO IT'S A SILENT COMIC SO THERE IS A LOT OPEN TO INTERPRETATION.



# DANEMEN

DAVID DANEMAN LIVES IN A BIZARRE WORLD POPULATED WITH MULTIPLE VERSIONS OF HIMSELF. ALSO IT'S A SILENT COMIC SO THERE IS A LOT OPEN TO INTERPRETATION.

**PURCHASE AGREEMENT**

🔓 **$10,500**



# IMOGEN QUEST

OLIVIA WALCH DRAWS A DELIGHTFUL WEBCOMIC ABOUT MATH AND ADORABLE THINGS. NOT TO BE CONFUSED WITH DRINKING QUEST BUT MIXING BOTH MAY BE FUN.

🔓 **$12,000**



# CHEER UP EMO KID

ENZO HAS DRAWN OVER 500 OF THESE WONDERFUL COMICS WHICH AREN'T NEARLY AS SAD AS THE NAME IMPLIES. HE IS A RAD DUDE WHO MAKES GREAT COMICS.

🔓 **$13,500**



# EXTRA FABULOUS COMICS

ZACH STAFFORD DRAWS SOME OF THE MOST DISGUSTING FACES IN COMICS. HE'S KNOWN FOR HIS FLOATING EYES STYLE AND UNFLATTERING CHARACTER CLOSEUPS.

Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

**PURCHASE AGREEMENT**

🔓 **$15,000**



# FOWL LANGUAGE

BRIAN GORDON DRAWS A COMIC WITH DUCKS, FOUL LANGUAGE AND PARENTING. IT'S A GREAT COMBINATION.
ALSO HIS BOOK "WELCOME TO PARENTING" IS A SERIOUSLY FUN READ.

🔓 **$16,500**



# UBERTOOL

MARK GLAVIN HAS AN ABSOLUTELY INSANE ART STYLE. HIS CHARACTERS OFTEN HAVE A LIFELESS GAZE AND/OR MEET A HORRIBLE FATE BY THE END OF THE COMIC.

🔓 **$18,000**



# THINGS IN SQUARES

THE CREATOR OF THINGS IN SQUARES LEFT THE COMFORTS OF AN OFFICE JOB TO MAKE COMICS FOR A (LESS COMFORTABLE) LIVING. HE ALSO WRITES A REALLY DETAILED BLOG ON MAKING WEBCOMICS AND INTERVIEWS OTHER PROMINENT CARTOONISTS.

Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

**PURCHASE AGREEMENT**

🔓 **$19,500**



## ROCK PAPER CYNIC

PETER CHIYKOWSKI'S LONG RUNNING COMIC HAS A GREAT MIX OF OPTIMISM AND CYNICISM. HE IS A PRETTY LIGHTWEIGHT DRINKER AT PARTIES BUT DRAWS GREAT TURTLES RIDING AIRSHIPS. THAT COULD MAKE A GOOD GAME...

🔓 **$21,000**



## UNEARTHED COMICS

SARA ZIMMERMAN WRITES ABOUT LIFE, SCIENCE, PARENTING, INSPIRATION AND PLANETS HAVING CONVERSATIONS WITH EACH OTHER. SHE ALSO HAS A COUPLE OF BOOKS AND SOME COOL MERCH ON HER SITE.

🔓 **$22,500**



## DORRIS MCCOMICS

ALEX NORRIS DOES A LOT WITH A MINIMALIST STYLE. HE ALSO MAKES REPEATING CATCHPHRASES EVEN MORE FUNNY EVERY TIME THEY'RE UTTERED. HIS COMIC IS AS ADDICTIVE AS WEBCOMICS CAN GET.

Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

**PURCHASE AGREEMENT**

# 🔒 $24,000



## LUNARBABOON

CHRIS GRADY HAS A VERY IMAGINATIVE TAKE ON PARENTHOOD AND DOES HIS BEST TO PRETEND TO GROWNUP. HE HAS TWO AWESOME BOOKS WHICH COLLECT HIS BEST STUFF. ALSO LOTS OF STAR WARS REFERENCES!

# 🔒 $25,500



## THE AWKWARD YETI

### FEATURING: HEART & BRAIN

NICK SELUK'S COMIC SHOWS THE ETERNAL STRUGGLE BETWEEN ONE'S HEART AND BRAIN. HE ALSO JUST FINISHED A KICKSTARTER FOR ORGAN THEMED CARD GAME: ORGANATTACK!

# 🔒 $27,000



## OWLTURD COMIX

THE ARTIST CURRENTLY KNOWN AS "SHEN" BASICALLY OWNS THE FRONT PAGE OF REDDIT. YOU'D NEVER KNOW IT IN REAL LIFE THOUGH, HE'S A SUPER HUMBLE DUDE. HE LIKES TO DRAW ABSTRACT IDEAS AS PEOPLE AND IT'S REALLY FUNNY STUFF.

Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

PURCHASE AGREEMENT

# 🔒 $30,000



## NOOB THE LOSER

ANDY STUART IS A REALLY FUNNY DUDE. HE'S THE BRAINS BEHIND NOOB THE LOSER, YOUR D&D STORIES, BEN & STEPH, AND WEBTOON'S BEHIND THE GIFS. HE ALSO WORKS AT COLLEGE HUMOR DOING COOL STUFF!

# NEWLY ADDED STRETCH GOALS

## THE FIRST 15 WERE UNLOCKED ON DAY 1! HERE ARE SOME MORE GOALS FULL OF GROWNUP GOODNESS!

# 🔒 $45,000



## BOX GLOSS!

THE BOX FOR PRETENDING TO GROWNUP WILL GET A REALLY FANCY GLOSS UPGRADE!

Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

**PURCHASE AGREEMENT**

🔓 **$50,000**



# PIGEON GAZETTE

BONUS CARD! JANE ZEI HAS A COMIC ABOUT "NERDS, BIRDS, AND WORDS". HER STYLE IS REALLY EXPRESSIVE AND PUNCHLINES UNPREDICTABLE. SHE WILL BE DRAWING A DUNGEONS & DRAOGNS STYLE CARD FOR THE GAME :)

🔓 **$50,000**



# PIGEON GAZETTE

BONUS CARD! JANE ZEI HAS A COMIC ABOUT "NERDS, BIRDS, AND WORDS". HER STYLE IS REALLY EXPRESSIVE AND PUNCHLINES UNPREDICTABLE. SHE WILL BE DRAWING A DUNGEONS & DRAOGNS STYLE CARD FOR THE GAME :)

🔓 **$55,000**



# SAM & FUZZY

SAM LOGAN DRAWS A WONDERFUL SERIALIZED COMIC THAT HAS A BREEZY, WHIMSICAL STYLE. ALSO IF YOU SEE HIM AT A CONVENTION, YOU CAN COMISSION HIM TO DRAW YOUR PET! HE DOES GOOD WORK.

Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

**PURCHASE AGREEMENT**

# 🔓 $65,000



## CARD QUALITY UPGRADE

THE CARDS WILL GET A PREMIUM STOCK! SOMETHING REALLY IMPRESSIVE SOUNDING LIKE IVORY CORE OR BLACK CORE! I'LL LOOK AT SAMPLES AND DETERMINTE WHAT'S BEST FOR THE GAME!

# 🔓 $70,000



## BY CROM!

IMAGINE CONAN THE BARBARIAN FOLLOWING YOU AROUND IN YOUR EVERYDAY LIFE GIVING YOU CANDID ADVICE – THAT'S BASICALLY RACHEL'S COMIC. SHE JUST CAME OUT WITH A REALLY NICE COLLECTED EDITION TOO!

# 🔓 $75,000



## WHOMP!

BONUS CARD! BOTH OF THE COMICS WITH EXCLAMATION POINTS IN THEIR NAMES ARE RIGHT NEXT TO EACH OTHER! RONNIE'S COMIC "CHRONICLES LIFE'S UPS AND DOWNS THROUGH THE EYES OF A BIG HAIRY GUY WHO LOVE ANIME AND CHICKEN NUGGETS" MARVELOUS!

PURCHASE AGREEMENT

# 🔒 $85,000



## RULES UPGRADE

INSTEAD OF HAVING A NICELY FOLDED ONE SHEET, THE RULES WILL NOW BE A LITTLE BOOK! BUT NOT A BIG CLUMSY GROWNUP BOOK, IT WILL BE AN EASY READ.

# 🔒 $100,000



## SARAH'S SCRIBBLES

BONUS CARD! THE #1 GUEST ARTIST REQUESTED WHEN I ASKED WHO THE BACKERS WANTED TO SEE, SARAH ANDERSEN! SHE HAS A HUGELY POPULAR COMIC AND A FANTASTIC COLLECTED EDITION CALLED "ADULTHOOD IS A MYTH" APPROPRIATE RIGHT?

## EVEN MORE NEWLY ADDED STRETCH GOALS! WHAT IS EVEN HAPPENING HERE??

## HERE ARE 5 MORE POTENTIAL BONUS CARDS:

Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

PURCHASE AGREEMENT

🔒 **$120,000**



# PIE COMIC

JOHN MCNAMEE'S PIE COMIC IS FEATURED ON BOTH WEBTOON AND GO COMICS. HE'S ALSO A WRITER FOR THE ONION. HIS COMICS ARE CONSISTENTLY FUNNY AND ONCE IN A WHILE THEY MAKE YOU FEEL FEELINGS!

🔒 **$140,000**



# TINY SNEK COMICS

TINY SNEK COMICS JUST CAME OUT OF NOWHERE AND IT SEEMS LIKE IT WAS ALWAYS THERE. THIS IS THE DEFINITIVE ONLINE COMIC ABOUT TINY SNEKS.

🔒 **$160,000**



# TWISTED DOODLES

TWISTED DOODLES IS A COMIC FROM DUBLIN, IRELAND. IT'S REALLY FREE FORM AND USUALLY DOESN'T USE A PANEL FORMAT. THIS COMIC IS A REAL TREAT TO BROWSE THROUGH AND YOU CAN ALSO ORDER FUNNY GREETING CARDS!

Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

PURCHASE AGREEMENT

**$180,000**



## CYANIDE & HAPPINESS

KRIS WILSON IS PART OF THE CYANIDE & HAPPINESS EMPIRE WHICH FEATURES FUNNY COMICS, ANIMATED SHORTS AND PERSONALIZED SKETCHES AT COMIC CONS! ALSO LOOK FOR "JOKING HAZARD" WHICH IS A GAME THAT LETS YOU MAKE C & H COMICS YOURSELF!

**$180,000**



## CHANNELATE

RYAN HUDSON'S COMIC HAS A REALLY SMOOTH ANIMATION-LIKE STYLE. THIS WORKS OUT WONDERFULLY BECAUSE A SERIES OF CHANNALATE ANIMATED SHORTS ARE IN THE WORKS! RYAN AND KRIS' CARDS WILL HAVE JOKES THAT SUBTLY MIRROR EACH OTHER TOO.

**$200,000**



## JOHN KOVALIC

JOHN KOVALIC IS KNOWN FOR HIS WEBCOMIC, DORK TOWER AND ALSO THE MAIN ARTIST FOR SOME TABLETOP GAMES YOU MAY HAVE HEARD OF LIKE APPLES TO APPLES AND MUNCHKIN! JOHN ALSO HOLDS HIS OWN PLAYING DRINKING QUEST. HE IS THE CAMPAIGN FINAL BOSS!

Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

PURCHASE AGREEMENT





**PURCHASE AGREEMENT**





The added comic guest artists are:

As Per Usual

MercWorks

Ninja and Pirate

Nameless PCs

The Last Giant

Pear Shaped Comics

PURCHASE AGREEMENT



Doc ID: fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4

 **HELLOSIGN**

Audit Trail

| | |
|---|---|
| **TITLE** | Jason Anarchy Games Contract |
| **FILE NAME** | JasonAnarchyGamesContract (3).pdf |
| **DOCUMENT ID** | fa73d12aabbb6ff5c7b6c485f27c7c71f2c520d4 |
| **STATUS** | ● Completed |

## Document History

| | | |
|---|---|---|
| **SENT** | **02/12/2017**<br>02:03:41 UTC-5 | Sent for signature to Golden Bell (marc@goldenbell.tv) and Jason Wiseman (drinkingquest@gmail.com)<br>IP: 69.118.128.9 |
| **VIEWED** | **02/12/2017**<br>02:11:33 UTC-5 | Viewed by Jason Wiseman (drinkingquest@gmail.com)<br>IP: 24.141.50.125 |
| **SIGNED** | **02/12/2017**<br>02:19:44 UTC-5 | Signed by Jason Wiseman (drinkingquest@gmail.com)<br>IP: 24.141.50.125 |
| **VIEWED** | **02/12/2017**<br>02:20:33 UTC-5 | Viewed by Golden Bell (marc@goldenbell.tv)<br>IP: 69.118.128.9 |
| **SIGNED** | **02/12/2017**<br>02:22:22 UTC-5 | Signed by Golden Bell (marc@goldenbell.tv)<br>IP: 69.118.128.9 |
| **COMPLETED** | **02/12/2017**<br>02:22:22 UTC-5 | The document has been completed. |