**Alex Norris** <alexanderdnorris@gmail.com>
to me, rachel, rob

Wed, Oct 3, 2018, 11:41 AM

Would you let me know as soon as you have had a review meeting to keep me updated?

I assume that the "final files" was the pdf of sketches you approved, and then these files are the "print-ready files", as you have called them previously. In which case I was due the first advance payment when I sent those final card designs over pdf, which was more than 30 days ago. The further files to do with different versions of the game are surely expansions, which I have said throughout that we should be working on after the main game has been completed to prevent confusion like this.

I am willing to wait for the second part of my advance until after your review, but please give me due payment for my previous work in the mean time.

Thanks,
Alex

---

**Marc Goldner** <marc@goldenbellstudios.com>
to Alex, rachel, rob

Wed, Oct 3, 2018, 12:01 PM

Hey Alex!

Please export them as a batch PDF for comment reviews on Adobe Acrobat. They are all clip files and we are at NYCC (a show we invited you to at all expenses paid by us and ignored) and unable to provide feedback entirely.

We will send our notes again if you need me to next week that were sent over a month ago of requested changes. This is the editing process that publishers require. The game doesn't mean it's final when you submit files but when they approve edits made by publisher. Please understand that what Jason wants in the game as per numbers of cards or format isn't relevant, it's our decision and I'll say again, I am the other designer.

There are other things we must clear up first prior to any advances being paid such as determining promotion, having shared access to social media accounts, all situations that shouldn't come as a surprise at all.

Also most of the plush are done, the cat is going through a few more revisions, the Butt Plush is done and has a hilarious butthole! The sexy blob needs work so we're editing that, and the oh no double sided o Kay pillow is done. We should di we're doing the Kickstarter as well.

Lastly, files can't be considered final until we have the final editable assets for the box (front, back, sides), the rulebook, the back of the cards I haven't seen yet unless they're in a CLIP file. Hope all of this makes sense now.

---

**Alex Norris** <alexanderdnorris@gmail.com>
to me, rachel, rob

Thu, Oct 4, 2018, 8:51 AM

There's a lot to reply to here and I am currently away so I will get back to you when I can.

Just so you know I have had some medical advice to take some time off for mental health reasons, so I will be doing that soon.

---



**Alex Norris** <alexanderdnorris@gmail.com>
to me, rachel, rob

Mon, Oct 8, 2018, 8:25 AM

Hello!

I thought I had replied to that email- i wasn't able to come to NYCC at such short notice as I'm taking care of my mental health, which is very delicate at the moment.