

**REGAL**
COURT REPORTING
BIG ENOUGH TO DELIVER
SMALL ENOUGH TO CARE

In the Matter Of:

ALEXANDER NORRIS

vs

MARC GOLDNER et al.

ALEXANDER NORRIS

August 18, 2022

Case No: 1:19-CV-05491 - PAE

Case 1:19-cv-05491-PAE-SN   Document 131-3   Filed 12/16/22   Page 2 of 3

ALEXANDER NORRIS vs MARC GOLDNER et al.
Alexander Norris on 08/18/2022

## Page 21

1 will talk at conferences or festivals and things like
2 that. And I also have made books.
3   Q. And with reference to Webcomic Name comics have
4 you done collaborations with anyone?
5   A. What do you mean by "collaborations"?
6   Q. Have you collaborated with any other artists,
7 any other companies, anything like that for Webcomic
8 Name comics?
9       MS. PERDOMO: Objection.
10      THE WITNESS: I mean, I'm very involved with
11 the online community; so it -- we tend to work in lots
12 of different ways together.
13 BY MR. DOLAN:
14   Q. So for instance "Hello Kitty," have you ever
15 collaborated with them?
16   A. I did on one occasion.
17   Q. And what was that collaboration?
18   A. That was them asking me. This was outside of
19 my comic name; this was me. They asked me to create my
20 own version of Hello Kitty and to be put on a tote bag
21 and a print and a T-shirt, which is a very fun and
22 simple thing to do.
23   Q. Okay.
24      What revenue -- I know you kind of touched on
25 this already. What revenue sources do you currently

## Page 22

1 have tied to Webcomic Name?
2   A. Yeah. I think my answer to the previous one
3 covers that.
4   Q. Mr. Norris, what is your current long-term plan
5 for the Webcomic Name comics?
6      MS. PERDOMO: Objection.
7      THE WITNESS: My long-term plans have been
8 hugely stifled by this case.
9 BY MR. DOLAN:
10   Q. Okay.
11      But what -- what are those long-term --
12 long-term plans?
13   A. To finish this case and then grow -- and then
14 decide what I'm doing after that. I would love to have
15 more time and energy to grow Webcomic Name in whatever
16 way suits the time.
17   Q. Okay.
18      Do you have future plans to monetize the
19 Webcomic Name brand?
20      MS. PERDOMO: Objection.
21      THE WITNESS: Pretty much in the way I have
22 been previously and seeing what I want to do at the
23 time.
24 BY MR. DOLAN:
25   Q. Do you have any future plans to protect the

## Page 23

1 Webcomic Name brand?
2      MS. PERDOMO: Objection.
3      THE WITNESS: I'll let my attorneys decide what
4 is best for Webcomic Name going forward.
5 BY MR. DOLAN:
6   Q. In regards to the protection or in regards to
7 the whole brand?
8   A. Obviously in terms of the legal side.
9   Q. Mr. Norris, in your complaint you allege that
10 you've lost sales revenue due to this litigation.
11      Can you identify the sales revenue that you've
12 lost?
13   A. As I've outlined before, this has taken a huge
14 toll on my mental health and my energy and what time I
15 can put into Webcomic Name and other things I'm doing.
16 So I'm being very, you know, careful with that sort of
17 thing in terms of my mental health and stuff; so --
18 yeah.
19   Q. Okay.
20      But other than the time and energy that you've
21 been unable to expend on Webcomic Name, have you noticed
22 a direct tangible loss of revenue not simply from you
23 producing these comics but in any other way?
24      MS. PERDOMO: Objection.
25      THE WITNESS: Could you rephrase the question,

## Page 24

1 please?
2 BY MR. DOLAN:
3   Q. Other than not being able to spend time and
4 energy, have you noticed a loss in sales revenue?
5   A. Could you repeat the question?
6   Q. Yes.
7      Other than -- other than you not being able to
8 produce these comics, have you noticed a loss of sales
9 revenue?
10   A. Despite me not being able to grow the brand and
11 my not being able to do more work for those reasons
12 we've just been talking about, the -- things have been
13 going very up and down. My page has been growing
14 despite all of those things, but I -- you know, it would
15 be a lot more if this wasn't happening.
16   Q. And how do you know that it would be a lot more
17 if this wasn't happening?
18      MS. PERDOMO: Objection. Asked and answered.
19 BY MR. DOLAN:
20   Q. I think you can still answer the question,
21 Mr. Norris.
22      MS. PERDOMO: Yeah. You can.
23 BY MR. DOLAN:
24   Q. Mr. Norris, how -- how would you be making a
25 lot more if this hasn't happened? How would your page



Case 1:19-cv-05491-PAE-SN   Document 131-3   Filed 12/16/22   Page 3 of 3

ALEXANDER NORRIS vs MARC GOLDNER et al.
Alexander Norris on 08/18/2022

**Page 25**

 1  be growing more?
 2      MS. PERDOMO: Objection. Asked and answered.
 3      THE WITNESS: I would be able to put a lot more
 4  energy into growing my page, into making new work --
 5  that would -- and I would be able to be more productive,
 6  make more things. I already know things I do right now
 7  work, and if I were to do more of them, then that would
 8  be better.
 9  BY MR. DOLAN:
10      Q. Okay.
11      Is there a specific revenue stream that you've
12  missed out on because of this case?
13      A. There would be lot of things I could do, but I
14  haven't given them much thought. I'm just dealing with
15  the matters at hand presently. I would love to do more
16  things, and at the moment I don't feel able to do that.
17      Q. But there's not something specific that you can
18  point to? Like, there's no specific project that you
19  haven't been able to complete as a result of this case?
20      A. I'm currently working on this book that's
21  completely separate to Webcomic Name. And my mental
22  health has been really difficult and it's been taking a
23  long time to complete, and I could have done a lot more
24  things like that if this hasn't been happening.
25      I would also like to say I haven't been to any

**Page 26**

 1  conventions or making public appearances for the last
 2  couple of years for that reason as well, post-COVID,
 3  obviously, for the same reasons; so that would also be a
 4  lot of revenue.
 5      Q. Okay.
 6      Mr. Norris, do you have any other sources of
 7  revenue other than Webcomic Name?
 8      MS. PERDOMO: Objection. Asked and answered.
 9      THE WITNESS: Yes. I believe I've answered
10  that already.
11  BY MR. DOLAN:
12      Q. Okay.
13      Well, Mr. Norris, you mentioned that you are
14  working on a book that's unrelated to Webcomic Name.
15  Can you give us more information about that
16  book?
17      A. Yes.
18      Q. And so what is that book about?
19      A. It's called "How To Love." It is a book of
20  love advice for teenagers all in comic form.
21      Q. And how much revenue did you earn from that
22  book or do you intend to earn?
23      MS. PERDOMO: Objection.
24      THE WITNESS: I don't know if you're entitled
25  to specific numbers there. And I don't know if I can

**Page 27**

 1  give them.
 2  BY MR. DOLAN:
 3      Q. Okay.
 4      Is the publishing contract that you signed with
 5  them preventing you from disclosing those numbers?
 6      A. Not that I know of.
 7      Q. Okay.
 8      Is there any other reason that I wouldn't -- we
 9  wouldn't be entitled to those numbers?
10      A. I don't recall.
11      Q. Okay.
12      So, Mr. Norris, how much revenue have you
13  generated or do you intend to generate from that book
14  deal?
15      MS. PERDOMO: Objection.
16      You can answer. Only if you know.
17      THE WITNESS: I -- I'm not entirely sure of the
18  exact numbers. Approximately 50,000 pounds in advance,
19  but obviously there would be sales after that.
20  BY MR. DOLAN:
21      Q. Do you recall how much percentage of the sales
22  that you would get?
23      A. I don't recall.
24      Q. Do you know which publisher that book is
25  currently with?

**Page 28**

 1      MS. PERDOMO: I'm going to note my objection
 2  and I am going to move to strike this line of
 3  questioning for lack of relevance.
 4      The book is unrelated to Webcomic Name, that
 5  has been established; so you can continue the line of
 6  questioning, but we will move to strike.
 7      MR. DOLAN: Okay.
 8  BY MR. DOLAN:
 9      Q. Mr. Norris, do you know which publisher that
10  book is currently with?
11      A. Yes.
12      Q. And which publisher is that with?
13      A. Walker Books.
14      Q. Mr. Norris, do you have any other projects
15  currently going on outside of Webcomic Name?
16      A. I'm doing lots of volunteer work with my, like,
17  local pride, like, LGBT organization. That takes a lot
18  of my time. And then nothing I haven't talked about in
19  previous answers as far as I can recall.
20      Q. Mr. Norris, you mentioned that you typically
21  publish Webcomic Name comics on your social media;
22  correct?
23      A. Could you -- could you rephrase the question?
24      Q. Can you -- can you identify all the places in
25  which you publish Webcomic Name comics?