# EXHIBIT – 1 –

**I Alex Norris, hereby give Jason Wiseman and any successors or assigns full ownership of the single guest illustration I provided for the Pretending to Grownup game "bonus card" for any future use.**

**In addition, I am entitled to a bonus of $100 paid within 14 days, which can be paid out as a commission or donated to a charity of choice.**





Audit Trail

| | |
|---|---|
| **TITLE** | Pretending to Grownup Contract |
| **FILE NAME** | Webcomic NAme.docx |
| **DOCUMENT ID** | fe7fff5c040e9a8bac7ab6f72323d3a1c6904063 |
| **STATUS** | ● Completed |

Document History

| | | |
|---|---|---|
| SENT | **02/23/2017**<br>20:50:10 UTC | Sent for signature to Jason Wiseman (drinkingquest@gmail.com) and Alex Norris (webcomicname@gmail.com)<br>IP: 24.141.50.125 |
| VIEWED | **02/23/2017**<br>20:56:25 UTC | Viewed by Jason Wiseman (drinkingquest@gmail.com)<br>IP: 24.141.50.125 |
| SIGNED | **02/23/2017**<br>20:56:35 UTC | Signed by Jason Wiseman (drinkingquest@gmail.com)<br>IP: 24.141.50.125 |
| VIEWED | **02/27/2017**<br>08:48:43 UTC | Viewed by Alex Norris (webcomicname@gmail.com)<br>IP: 147.147.155.35 |
| SIGNED | **02/27/2017**<br>08:50:28 UTC | Signed by Alex Norris (webcomicname@gmail.com)<br>IP: 147.147.155.35 |
| COMPLETED | **02/27/2017**<br>08:50:28 UTC | The document has been completed. |