# EXHIBIT – 2 –

---------- Forwarded message ---------
From: **Marc Goldner** <marc@goldenbellstudios.com>
Date: Tue, 11 Jul 2017, 20:27
Subject: Re: Anarchy Update
To: Alex Norris <alexanderdnorris@gmail.com>


Hey Alex!

I am resending the contract with now with this new language and also specified its for game and stuffed animal.


A.         ARTIST has the right to pursue his Comic "Webcomic Name" outside of the context of this agreement.


To answer your question about copyright, Jason had agreed to us purchasing the rights for the game already and that part of the deal was already done. If you have any questions please let me know and I hope to work on any issues that may crop up and solve them as much as possible. You are obviously in the free and clear to work on your property outside of the context of our contract.

Thanks!

On Jul 3, 2017, at 7:30 AM, Alex Norris <alexanderdnorris@gmail.com> wrote:

Hi Marc!

I am excited too! Apologies for the slight delay, I was very busy at
the end of last week and wanted to give the contract a good look over
:)

The main query I have about the contract is the part about "the artist
will retain 0% of the copyright" and similar clauses. Obviously the
game will heavily feature elements that are part of Webcomic Name
already, and I want to make it clear that in no way does Golden Bell
take ownership of any of the characters, images or story content
except in its application in a tabletop game. At the moment the
wording is very broad and could apply to Webcomic Name in general,
rather than simply in relation to a tabletop game. I will be working
with publishers on a book and I am going to send them a copy of the
contract before signing to make sure there is no breach of my contract
with them. Obviously the book and tabletop game are very separate but
will contain the same elements and I don't want signing this contract
to come back to bite me in the future!

Let me know thoughts :)
Alex

On 1 July 2017 at 19:48, Marc Goldner <marc@goldenbellstudios.com> wrote:

Hey Alex!

Just wanted to check in to see if you got my last emails and if you had any questions. Would love to jump on the phone and talk about plans and get all signed & squared Away! We're super excited and now that we've signed Lunarbaboob (Chris) and Rock Paper Cynic (Peter) we know you're going to fit right into the family! Talk soon!

Thanks again buddy let's get started :)

Best,
Marc Goldner
Founder & C.E.O.
www.GoldenBell.TV

Sent from my iPhone 7 Plus

This communication and any attachments, is intended for the addressee(s) named above and may contain confidential and legally privileged information. Unauthorized use, disclosure or copying is prohibited.  If you have received this communication in error, please notify the sender immediately by replying to this communication and then deleting it from your system.  Thank you.