EXHIBIT – 5 –

Case 1:19-cv-05491-PAE-SN   Document 134-5   Filed 12/16/22   Page 2 of 8



# Legal fund for Alex Norris "oh no" comics



Alex Norris is organizing this fundraiser on behalf of Alex Norris.

I am Alex Norris, creator of the webcomic *Webcomic Name*. I am here to ask for help fighting a legal case to protect my ownership of *Webcomic Name*, so that I can continue to make my comics for my audience around the world.

I have been fighting this case since 2019. It arose out of an agreement to make a boardgame based on my webcomic in 2017 but the publishing company has used this as an opportunity to take *all* of my intellectual property, and has even claimed ownership of *Webcomic Name* as a whole. I can't go into more detail here, but the details of the case are publicly available to read online.

I created Webcomic Name in 2016, originally as a parody of relatable webcomics. For the past 6

£127,324 raised of £170,000 goal

6.1K donations

**Share**

**Donate now**

Anonymous
£20    • Recent donation

Arin Hanson
£2,000    • Top donation

Anonymous
£10    • First donation

See all    See top donations    See top

parody of relatable webcomics. For the past 8 years, the format has been the same: three panels long, featuring a silly pink blob, and ending every time with the punchline "oh no". Over time, it has increasingly become a commentary on issues close to my heart: social justice, gender and sexuality, internet culture, and what it means to be an artist on the internet.

I love making this webcomic, and I am so thrilled it has been amazingly popular with the internet and beyond. I am proud to have found something my readers love reading as much as I love making!

This lawsuit was filed in the U.S. and it has been incredibly expensive. I am a queer Welsh artist

based in the UK, from a working-class background. As you can imagine, this whole thing has been devastating to my mental health, and a massive struggle for the past 5 years. I have never been through anything like this before. I haven't posted so much recently, and this is why. It has had an overwhelming effect on my life, on my ability to work, and my ability to enjoy things day by day.

I am proud to have funded my way through this case so far through my own hard work, and the support of my incredible readers through my online shop, Patreon and appearances at comic conventions. I haven't felt able to talk about this much publicly, until now. Your kind donations will help cover the legal fees I currently owe, and support me until the end of the case. Any funds that may be left over once the case is finished will be given to a charity of my selection.

Thank you to everyone for your support- it means the world! I am grateful to have such a wonderful audience! And thank you to all of my amazing friends and family who have been an emotional support through the particularly rough times.

support through the particularly rough times.

Lots of love
Alex

## Updates (2)

**November 23, 2022** by Alex Norris, Organizer

Hello all,

We are a significant way to the current goal! Thank you so much for supporting so far. Please keep donating and sharing and supporting- I am desperate to pay off all these legal fees I owe by December. I am full of renewed hope to fight this, and to get out of my massive debts and allow the case to continue. With your support I can see this through and finally end this horrible situation.

Thank you so much
Alex

See older updates

Donate          Share

## Organizer and beneficiary



**Alex Norris**
Organizer

→

**Alex Norris**
Beneficiary

Fort Hill,

Margate

Contact

## Words of support (308)

Please donate to share words of support.



**Bryce Groves**
£50  •  16 d

I saw Alex speak about webcomicname at 'Nicer Tuesdays' event in 2019 and have followed ever since. I bought an 'oh no' pin and since relocating back to my home country of New Zealand in 2020, I wear it with a smile on jackets and hats. It might… Read more



**Francis Rodrigue**
£5  •  18 d

Revolting



**Immy Br**
£10  •  18 d

Sending love, support and a lil contribution



**Ember Stevens**
£40  •  19 d

Thank you so much for all the wonderful art over the years. I'm so sorry you're going through this!



**Curtis Jones**
£10  •  20 d

Your comics have brought me a lot of joy! Sucks to hear this is happening to you.



**Joe Robinson**
£30  •  21 d

Been a dan of your comics for a while and I hate to see stupid legal battles threatening creators like this. Want to try and help this time.



**natalie davies**
£10  •  22 d

Because it's the right thing to do. Good luck! This time turn oh no into oh yeh.



**David Badger**
£10  •  23 d

Alex has brought a lot of joy to me through his simple but somehow very Zen cartoon and I'd like him not be too sad to keep doing it! Oh no!



**Henea Billi**
£5  •  23 d

It's not much but I hope it can help. Oh no

**Heather Stevens**

Case 1:19-cv-05491-PAE-SN Document 134-5 Filed 12/16/22 Page 7 of 8


£10 • 23 d

Hi Alex. Not sure if you remember me but we met in Tenerife. I'm sad to hear your going through this. I really enjoy your comics and was ace to meet you. Good luck

Show more

Created November 8, 2022 •  Creative

 Report fundraiser

## Your easy, powerful, and trusted home for help

 **Easy**
Donate quickly and easily.

 **Powerful**
Send help right to the people and causes you care about.

 **Trusted**
Your donation is protected by the GoFundMe Giving Guarantee.



| Fundraise for | Learn more | Resources |
|---|---|---|
| Medical | How GoFundMe Works | Help center |
| Emergency | | Blog |
| Memorial | Why GoFundMe | GoFundMe Stories |
| Education | Common questions | Press center |
| Nonprofit | Success stories | Careers |
| Support COVID-19 fundraisers | Supported countries | About |
| | Charity fundraising | More resources ⌄ |
| Crisis Relief | Pricing | |

 United States · English

© 2010-2022 GoFundMe     Terms     Privacy     Legal

Accessibility Statement