# EXHIBIT – 6 –

To: Marc Goldner

oh no just submitted your form: Contact on goldenbell

**Message Details:**

Name: oh no

Message: STEALING INTELECTUAL PROPERTY IS FUN FOR YOU? FUCKING PIECES OF SHIT

Email: ohno@ohno.ohno

Subject: FUCKING ASHOLES

If you think this submission is spam, report it as spam.

To edit your email settings, go to your inbox on desktop.



YouTube   1:40 PM
To: Golden Bell Studios >

# New comment on "Avatar: The Last Airbender Oh, My Cabbages! How to Play Part 3"



R4dioS1lence commented on your video

 Avatar: The Last Airbender Oh, My Cabbages! How to Play Part 3

 R4dioS1lence
Is this some other IP that you manage to steal?

REPLY   MANAGE ALL COMMENTS

If you no longer wish to receive emails about comments and replies, you can unsubscribe.

© 2022 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066

