UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Plaintiff, Alexander Norris

-v-

Defendant. Marc Goldner, et al.

------------------------------------------------------------x

Amended

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

19cv5491   (PAE) (SN)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

[X] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

[ ] Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

[X] Settlement*

[ ] Inquest After Default/Damages Hearing

[ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

[ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:_____

[ ] Habeas Corpus

[ ] Social Security

[X] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion:_____
Dkt. 103, Dkt. 117, Dkt. 124

All such motions: Yes

*Do not check if already referred for general pretrial.

Dated December 19, 2022

SO ORDERED:

Paul A. Engelmayer
United States District Judge