UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDER NORRIS,

                                 **Plaintiff,**                                19-CV-05491(PAE)(SN)

        -against-                                             **ORDER**

**MARC GOLDNER, et al.,**

                                 **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On December 19, 2022, the Honorable Paul A. Engelmayer referred the Plaintiff's Motion for Partial Summary Judgment (ECF No. 117) and Defendants' Cross-Motion for Summary Judgment (ECF No. 124). Pursuant to Rule III(C) of my Individual Rules of Practice, the moving parties shall submit a courtesy copy of the memoranda of law and any supporting documents in a well-organized three-ring binder and clearly indicate the ECF docket number. In light of the cross-motions, the parties are ordered to coordinate this submission.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:      January 31, 2023
                  New York, New York