**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

ALEXANDER NORRIS,

                              Plaintiff,                    **19-CV-05491(PAE)(SN)**

              -against-                                     **ORDER**

MARC GOLDNER, et al.,

                              Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        In light of the Court's recent decision on the parties' cross-motions for summary

judgment, the parties are directed to contact Courtroom Deputy Rachel Slusher at

Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a

settlement conference if it would be productive at this time. Due to the Court's busy calendar,

settlement conferences must generally be scheduled at least six to eight weeks in advance. The

Court will likely be unable to accommodate last-minute requests for settlement conferences, and

the parties should not anticipate that litigation deadlines will be adjourned in response to late

requests for settlement conferences.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:        August 28, 2023
              New York, New York