**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

MARC GOLDNER, GOLDEN BELL
ENTERTAINMENT, LLC., et al.,

                                        Plaintiffs,

                        -against-

ALEXANDER NORRIS, ANDREWS MCMEEL
UNIVERSAL, LLC., and ANDREWS MCMEEL
PUBLISHING, LLC.,

                                Defendants.
------------------------------------------------------------X
------------------------------------------------------------X

ALEXANDER NORRIS,

                                Plaintiff,

                        -against-

MARC GOLDNER, et al.,

                                Defendants.

------------------------------------------------------------X

**23-CV-04078 (PAE)(SN)**

**CONFERENCE ORDER**

**19-CV-05491(PAE)(SN)**

**SARAH NETBURN, United States Magistrate Judge:**

On September 12, 2023, the Honorable Paul A. Engelmayer referred Goldner, et al., v. Alexander Norris, et al., 23-cv-4078, to my docket for general pretrial supervision. In light of this action's reassignment, the Initial Pretrial Conference scheduled before the Honorable Alvin K. Hellerstein for December 1, 2023, is ADJOURNED.

The Court notes that the parties have already stipulated that the corporate defendants may respond to the complaint by November 8, 2023. In advance of that deadline, the Court believes a conference would be appropriate. The purpose of this conference will be to discuss how the claims in this action relate to those pending in Norris v. Goldner, et al., 19-cv-5491, and how to

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___ 9/14/2023

manage this case consistent with the obligations set forth in Rule 1 of the Federal Rules of Civil Procedure.

Accordingly, all parties are ORDERED to appear at a telephone conference on Thursday, October 19, 2023, at 3:00 p.m. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at diljah_shaw@nysd.uscourts.gov.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      September 14, 2023
            New York, New York