UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER NORRIS,

                              Plaintiff,

-v-

MARC GOLDNER, *et al.*,

                              Defendants.

19 Civ. 5491 (PAE) (SN)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 24, 2023, the Court disposed of the parties' cross-motions for summary judgment. *See* Dkt. 150. In its order, the Court stated that Norris's two remaining claims will proceed to trial, and directed the parties to submit, by September 20, 2023, a joint pretrial order and motions *in limine*. That date has now come and passed without the filing of a joint pretrial order or any motions *in limine*.

The Court *sua sponte* extends the deadline for a joint pretrial order and motions *in limine* to **September 26, 2023**. Opposition briefs to motions *in limine* are due on **October 3, 2023**. Failure to meet these deadlines without prior authorization of the Court will result in the Court's dismissal of this case for failure to prosecute. All filings must conform to this Court's Individual Rules.

SO ORDERED.

                                                                                          *Paul A. Engelmayer*
                                                                                          Paul A. Engelmayer
                                                                                         United States District Judge

Dated: September 21, 2023
           New York, New York

1