UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER NORRIS,                           :
                                            :
           Plaintiffs,                      :
                                            :
    v.                                      :   Civil Action No.  1:19-CV-05491 -
                                            :   PAE
Marc Goldner, Individually and as Officer   :
of GOLDEN BELL ENTERTAINMENT,               :
LLC,  a  California  company  and           :
GOLDEN   BELL   STUDIOS,   LLC,             :
GOLDEN  BELL  ENTERTAINMENT,                :
LLC.,  a  California  Company  and          :
GOLDEN BELL STUDIOS, LLC.,                   :
                                            :
           Defendants,                      :
                                            :
                                            :

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that Defendants Marc Goldner, Golden Bell Entertainment, LLC, and Golden Bell Studios, LLC, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order granting in part Plaintiffs Motion for Summary Judgement (Dkt. No. 150) entered on August 24, 2023, as well as the Report and Recommendation (Dkt. No. 146) entered on May 22, 2023.

Dated: September 22, 2023                    GERARD FOX LAW, P.C.

NEW YORK, NEW YORK                    By: /s/ *Ryan Dolan*

Ryan Dolan
1345 6th Avenue, 33rd Floor
New York, NY 10105
Tel: (646) 690-4980
rdolan@gerardfoxlaw.com

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:19-cv-05491-PAE-SN

Norris v. Goldner et al
Assigned to: Judge Paul A. Engelmayer
Referred to: Magistrate Judge Sarah Netburn
Related Cases: 1:19-cv-01282-AJN
            1:23-cv-04078-PAE-SN
Cause: 17:501 Copyright Infringement

Date Filed: 06/12/2019
Jury Demand: Both
Nature of Suit: 820 Copyright
Jurisdiction: Federal Question

**Plaintiff**

**Alexander Norris**
*doing business as*
Webcomic Name

represented by **Christie Rita McGuinness**
Saul Ewing LLP
1270 Avenue of the Americas
Suite 2800
New York, NY 10020
212-980-7205
Email: christie.mcguinness@saul.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Antoaneta Velitchkova Tarpanova**
19-06 Ditmars
Apt. A
Astoria, NY 11105
718-690-1925
Email: atarpanova@chintaperdomo.com
*ATTORNEY TO BE NOTICED*

**Craig S Tarasoff**
Kirsch & Niehaus PLLC
950 Third Avenue
Suite 1900
New York, NY 10022
646-415-7541
Email: craig.tarasoff@kirschniehaus.com
*ATTORNEY TO BE NOTICED*

**Kyle George Kunst**
Gallet Dreyer & Berkey, LLP
845 Third Avenue
Ste 5th Floor
New York, NY 10022
212-935-3131
Email: kgk@gdblaw.com
*ATTORNEY TO BE NOTICED*

**Francelina Maria Perdomo**

Saul Ewing LLP
1270 Avenue of the Americas
Suite 2005
NY
New York, NY 10020
212-980-7200
Email:
Francelina.PerdomoKlukosky@saul.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Marc Goldner**
*individually*

represented by **Gerard Patrick Fox**
Gerard Fox Law, P.C.
1880 Century Park East
Suite 1410
Los Angeles, CA 90067
310-441-0500
Email: tnavarrete@gerardfoxlaw.com
*ATTORNEY TO BE NOTICED*

**Kevin Kehrli**
Garson, Segal, Steinmetz, Fladgate LLP
164 West 25th Street
New York, NY 10001
(570)-241-2152
Email: kk@gs2law.com
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Robert David Garson**
Garson, Segal, Steinmetz LLP
164 West 25th Street
New York, NY 10001
(347) 632-8525
Fax: (347) 537-4540
Email: rg@gs2law.com
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Ryan Dolan**
Gerard Fox Law P.C.
1345 Sixth Avenue
33rd Floor
10105
New York, NY 10006
661-364-7254
Email: rdolan@gerardfoxlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marc Goldner**
*as officer of Golden Bell Entertainment,*
*LLC, a California company*

represented by **Gerard Patrick Fox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Kehrli**
(See above for address)
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Robert David Garson**
(See above for address)
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Ryan Dolan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Marc Goldner**
*as officer of Golden Bell Studios, LLC*

represented by **Gerard Patrick Fox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Kehrli**
(See above for address)
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Robert David Garson**
(See above for address)
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Ryan Dolan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Golden Bell Entertainment, LLC**
*a California company*

represented by **Gerard Patrick Fox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Kehrli**
(See above for address)
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Robert David Garson**
(See above for address)
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Ryan Dolan**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Golden Bell Studios, LLC**                   represented by   **Gerard Patrick Fox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Kehrli**
(See above for address)
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Robert David Garson**
(See above for address)
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Ryan Dolan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Marc Goldner**                   represented by   **Gerard Patrick Fox**
*individually*                                     (See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Kehrli**
(See above for address)
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Robert David Garson**
(See above for address)
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Ryan Dolan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Golden Bell Entertainment, LLC**                   represented by   **Gerard Patrick Fox**
*a California company*                                             (See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Kehrli**
(See above for address)
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Robert David Garson**
(See above for address)

*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Ryan Dolan**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Counter Claimant**</u>

**Marc Goldner**        represented by   **Gerard Patrick Fox**
*as officer of Golden Bell Studios, LLC*       (See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Kehrli**
(See above for address)
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Robert David Garson**
(See above for address)
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Ryan Dolan**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Counter Claimant**</u>

**Marc Goldner**        represented by   **Gerard Patrick Fox**
*as officer of Golden Bell Entertainment,*    (See above for address)
*LLC, a California company*        *ATTORNEY TO BE NOTICED*

**Kevin Kehrli**
(See above for address)
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Robert David Garson**
(See above for address)
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Ryan Dolan**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Counter Claimant**</u>

**Golden Bell Studios, LLC**      represented by   **Gerard Patrick Fox**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin Kehrli**
(See above for address)
*TERMINATED: 10/04/2021*

*ATTORNEY TO BE NOTICED*

**Robert David Garson**
(See above for address)
*TERMINATED: 10/04/2021*
*ATTORNEY TO BE NOTICED*

**Ryan Dolan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**V.**

**Counter Defendant**

**Alexander Norris**                     represented by   **Christie Rita McGuinness**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Antoaneta Velitchkova Tarpanova**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig S Tarasoff**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kyle George Kunst**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Francelina Maria Perdomo**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2019 | 1 | COMPLAINT against Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company). (Filing Fee $ 400.00, Receipt Number ANYSDC-17070393)Document filed by Alexander Norris. (Attachments: # 1 Affidavit Alexander Norris, # 2 Exhibit 1 April 2015 Oh No Spiders, # 3 Exhibit 2 Webcomic Name as Weekly Comic July 2016, # 4 Exhibit 3 US Copyright Certificate, # 5 Exhibit 4 July 2017 Exchange with Marc Goldner re Publishing Agreement, # 6 Exhibit 5 Collaboration Agreement, # 7 Exhibit 6 E-mail Oct 2 2018, # 8 Exhibit 7 GB Application 87703934, # 9 Exhibit 7B 87703934 Statement of use, # 10 Exhibit 8 Registration 87703934, # 11 Exhibit 9 GB Application 88147369, # 12 Exhibit 10 GB Application Oh No 88975215, # 13 Exhibit 11 Appl 88216127, # 14 Exhibit 12 OA88216127 (1), # 15 Exhibit 13 Petition to Cancel ttabvue-92070899-CAN-1, # 16 Exhibit 14 Golden.Bell - Webcomic MTD 26903 , # 17 Exhibit 15 Copyrighted Works, # 18 Exhibit 16 GB use of Webcomic Name brand, # 19 Exhibit 17 032819- |

|  |  | McMeelLtr, # 20 Exhibit 18 032919-NorrisCounselLtr 23177 , # 21 Exhibit 19_Second Letter from Ds counsel to McMeel)(Perdomo, Francelina) (Entered: 06/12/2019) |
|---|---|---|
| 06/12/2019 | 2 | CIVIL COVER SHEET filed. (Perdomo, Francelina) (Entered: 06/12/2019) |
| 06/12/2019 | 3 | AO 121 FORM COPYRIGHT - NOTICE OF SUBMISSION BY ATTORNEY. AO 121 Form Copyright for case opening submitted to court for review.(Perdomo, Francelina) (Entered: 06/12/2019) |
| 06/13/2019 |  | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Katherine Polk Failla. Please download and review the Individual Practices of the assigned District Judge, located at http://nysd.uscourts.gov/judges/District. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at http://nysd.uscourts.gov/ecf_filing.php. (pne) (Entered: 06/13/2019) |
| 06/13/2019 |  | Magistrate Judge James L. Cott is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: http://nysd.uscourts.gov/forms.php. (pne) (Entered: 06/13/2019) |
| 06/13/2019 |  | Case Designated ECF. (pne) (Entered: 06/13/2019) |
| 06/13/2019 | 4 | AO 121 FORM COPYRIGHT - CASE OPENING - SUBMITTED. In compliance with the provisions of 17 U.S.C. 508, the Register of Copyrights is hereby advised that a court action has been filed on the following copyright(s) in the U.S. District Court Southern District of New York. Form e-mailed to Register of Copyrights. (pne) (Entered: 06/13/2019) |
| 06/13/2019 |  | ***NOTICE TO ATTORNEY REGARDING CIVIL CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Francelina Maria Perdomo. The following case opening statistical information was erroneously selected/entered: Cause of Action code motquash; Dollar Demand $200,000; County code Albany. The following correction(s) have been made to your case entry: the Cause of Action code has been modified to 17:501; the Dollar Demand has been modified to none; no dollar demand entered on civil cover sheet; the County code has been modified to XX Out of U.S.. (pne) (Entered: 06/13/2019) |
| 06/13/2019 |  | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Francelina Maria Perdomo. The party information for the following party/parties has been modified: Alexander Norris. The information for the party/parties has been modified for the following reason/reasons: party role was entered incorrectly; alias party information was entered incorrectly. (pne) (Entered: 06/13/2019) |
| 06/17/2019 | 5 | NOTICE OF APPEARANCE by Antoaneta Velitchkova Tarpanova on behalf of Alexander Norris. (Tarpanova, Antoaneta) (Entered: 06/17/2019) |
| 06/17/2019 | 6 | REQUEST FOR ISSUANCE OF SUMMONS as to GOLDEN BELL ENTERTAINMENT, LLC, re: 1 Complaint,,,,,. Document filed by Alexander Norris. (Perdomo, Francelina) (Entered: 06/17/2019) |
| 06/17/2019 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to GOLDEN BELL STUDIOS, LLC, re: 1 Complaint,,,,,. Document filed by Alexander Norris. (Perdomo, Francelina) (Entered: 06/17/2019) |

| 06/17/2019 | 8 | REQUEST FOR ISSUANCE OF SUMMONS as to Marc Goldner, re: 1 Complaint,,,,,. Document filed by Alexander Norris. (Perdomo, Francelina) (Entered: 06/17/2019) |
|---|---|---|
| 06/18/2019 | 9 | ELECTRONIC SUMMONS ISSUED as to Golden Bell Entertainment, LLC. (dnh) (Entered: 06/18/2019) |
| 06/18/2019 | 10 | ELECTRONIC SUMMONS ISSUED as to Golden Bell Studios, LLC. (dnh) (Entered: 06/18/2019) |
| 06/18/2019 | 11 | ELECTRONIC SUMMONS ISSUED as to Marc Goldner. (dnh) (Entered: 06/18/2019) |
| 06/18/2019 | 12 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 1:19-cv-01282-AJN. Document filed by Alexander Norris.(Perdomo, Francelina) (Entered: 06/18/2019) |
| 06/27/2019 | 13 | AFFIDAVIT OF SERVICE of Summons and Complaint,,,,,. Golden Bell Studios, LLC served on 6/25/2019, answer due 7/16/2019. Service was accepted by Kris "Doe", Administrative Assistant. Document filed by Alexander Norris. (Perdomo, Francelina) (Entered: 06/27/2019) |
| 06/27/2019 | 14 | AFFIDAVIT OF SERVICE of Summons and Complaint,,,,,. Golden Bell Entertainment, LLC served on 6/24/2019, answer due 7/15/2019. Service was accepted by Andrea Velasquez. Document filed by Alexander Norris. (Perdomo, Francelina) (Entered: 06/27/2019) |
| 07/05/2019 | 15 | AFFIDAVIT OF SERVICE of Summons and Complaint,,,,,. Marc Goldner(individually) served on 6/27/2019, answer due 7/18/2019; Marc Goldner(as officer of Golden Bell Studios, LLC) served on 6/27/2019, answer due 7/18/2019; Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company) served on 6/27/2019, answer due 7/18/2019. Service was made by mail. Document filed by Alexander Norris. (Perdomo, Francelina) (Entered: 07/05/2019) |
| 07/11/2019 | 16 | AFFIDAVIT OF SERVICE of Statement of Relatedness served on Marc Goldner, Golden Bell Entertainment LLC, Golden Bell Studios, LLC on 07/11/2019. Service was made by mail. Document filed by Alexander Norris. (Perdomo, Francelina) (Entered: 07/11/2019) |
| 07/15/2019 | 17 | NOTICE OF APPEARANCE by Kevin Kehrli on behalf of Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company). (Kehrli, Kevin) (Entered: 07/15/2019) |
| 07/15/2019 | 18 | CONSENT LETTER MOTION for Extension of Time to File Answer re: 1 Complaint,,,,, *until August 2, 2019* addressed to Judge Katherine Polk Failla from Kevin Kehrli dated July 15, 2019. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company).(Kehrli, Kevin) (Entered: 07/15/2019) |
| 07/15/2019 | 19 | ORDER granting 18 Letter Motion for Extension of Time to Answer re 1 Complaint. Application GRANTED. SO ORDERED. Golden Bell Entertainment, LLC answer due 8/2/2019; Golden Bell Studios, LLC answer due 8/2/2019; Marc Goldner (individually) answer due 8/2/2019; Marc Goldner (as officer of Golden Bell Studios, LLC) answer due 8/2/2019; Marc Goldner (as officer of Golden Bell Entertainment, LLC, a California company) answer due 8/2/2019. (Signed by Judge Katherine Polk Failla on 7/15/2019) (ne) (Entered: 07/15/2019) |
| 07/25/2019 | | CASE ACCEPTED AS RELATED. Create association to 1:19-cv-01282-AJN. Notice of Assignment to follow. (bcu) (Entered: 07/25/2019) |

| 07/25/2019 | | NOTICE OF CASE REASSIGNMENT to Judge Alison J. Nathan. Judge Katherine Polk Failla is no longer assigned to the case. (bcu) (Entered: 07/25/2019) |
|---|---|---|
| 07/25/2019 | | Magistrate Judge Sarah Netburn is so redesignated. (laq) (Entered: 08/27/2021) |
| 07/25/2019 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Sarah Netburn. Please note that this is a reassignment of the designation only. (laq) (Entered: 08/27/2021) |
| 08/02/2019 | 20 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company).(Kehrli, Kevin) (Entered: 08/02/2019) |
| 08/02/2019 | 21 | ANSWER to 1 Complaint,,,,, with JURY DEMAND. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company).(Kehrli, Kevin) (Entered: 08/02/2019) |
| 08/29/2019 | 22 | NOTICE OF INITIAL PRETRIAL CONFERENCE: Initial Conference set for 11/8/2019 at 03:00 PM in Courtroom 906, 40 Centre Street, New York, NY 10007 before Judge Alison J. Nathan. Parties ordered to submit via ECF proposed case management plan and joint letter seven days before conference. (As further set forth in this Order.) (Signed by Judge Alison J. Nathan on 8/29/2019) (cf) (Entered: 08/29/2019) |
| 11/01/2019 | 23 | PROPOSED CASE MANAGEMENT PLAN. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company). (Kehrli, Kevin) (Entered: 11/01/2019) |
| 11/01/2019 | 24 | LETTER addressed to Judge Alison J. Nathan from Kevin Kehrli and Francelina Perdomo dated November 1, 2019 re: IR 2b Joint Letter. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company).(Kehrli, Kevin) (Entered: 11/01/2019) |
| 11/06/2019 | 25 | ORDER: Due to the Court's calendar, the initial pretrial conference presently scheduled for November 8, 2019 at 3:00 p.m. is hereby adjourned to November 21, 2019, at 3:15 p.m. Parties ordered to submit via ECF proposed case management plan and joint letter seven days before conference. Initial Conference set for 11/21/2019 at 03:15 PM before Judge Alison J. Nathan. (Signed by Judge Alison J. Nathan on 11/6/2019) (mro) (Entered: 11/06/2019) |
| 11/21/2019 | | Minute Entry for proceedings held before Judge Alison J. Nathan. Initial pre-trial conference held. Case management plan entered. See transcript for complete details. (Court Reporter Eve Giniger) (qs) (Entered: 11/21/2019) |
| 12/02/2019 | 26 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial pursuant to 28 U.S.C. § 636(c). The parties have conferred pursuant to Fed. R. Civ. P. 26(f). The case is to be tried to a jury. Non-expert Depositions shall be completed by January 28, 2020. Expert Deposition due by 4/24/2020. Fact Discovery due by 3/7/2020. Expert Discovery due by 4/24/2020. Case Management Conference set for 3/27/2020 at 03:00 PM before Judge Alison J. Nathan. (Signed by Judge Alison J. Nathan on 11/21/2019) (kv) (Entered: 12/02/2019) |

| | | |
|---|---|---|
| 02/24/2020 | 27 | MOTION to Amend/Correct 1 Complaint,,,,, *Motion to Serve Supplemental Complaint*. Document filed by Alexander Norris..(Tarpanova, Antoaneta) (Entered: 02/24/2020) |
| 02/24/2020 | 28 | MEMORANDUM OF LAW in Support re: 27 MOTION to Amend/Correct 1 Complaint,,,,, *Motion to Serve Supplemental Complaint*. . Document filed by Alexander Norris..(Tarpanova, Antoaneta) (Entered: 02/24/2020) |
| 02/24/2020 | 29 | DECLARATION of Antoaneta Tarpanova in Support re: 27 MOTION to Amend/Correct 1 Complaint,,,,, *Motion to Serve Supplemental Complaint*.. Document filed by Alexander Norris. (Attachments: # 1 Exhibit 1 Proposed Supplemental Pleadings, # 2 Exhibit 2 Specimen of Use).(Tarpanova, Antoaneta) (Entered: 02/24/2020) |
| 03/27/2020 | 30 | ORDER: The conference currently scheduled for March 27, 2020 is hereby adjourned to May 1, 2020, at 3 p.m. ( Case Management Conference set for 5/1/2020 at 03:00 PM before Judge Alison J. Nathan.) (Signed by Judge Alison J. Nathan on 3/27/2020) (mro) (Entered: 03/27/2020) |
| 04/10/2020 | 31 | NOTICE OF CHANGE OF ADDRESS by Francelina Maria Perdomo on behalf of Alexander Norris. New Address: Gallet Dreyer & Berkey, LLP, 845 Third Avenue, 5th floor, New York, New York, United States 10022, 2129353131..(Perdomo, Francelina) (Entered: 04/10/2020) |
| 04/14/2020 | 32 | SECOND LETTER MOTION for Extension of Time to Complete Discovery *Joint Letter Motion* addressed to Judge Alison J. Nathan from Francelina M. Perdomo and Kevin Kehrli dated 04/14/2020. Document filed by Alexander Norris..(Perdomo, Francelina) (Entered: 04/14/2020) |
| 04/17/2020 | 33 | ORDER granting 32 Letter Motion for Extension of Time to Complete Discovery. The parties' request is hereby granted, and the post-discover conference scheduled for May 1, 2020 is hereby adjourned. By April 22, 2020, the parties shall submit a proposed amended civil case management plan. SO ORDERED. (Signed by Judge Alison J. Nathan on 4/17/2020) Deposition due by 9/29/2020. (ks) (Entered: 04/17/2020) |
| 04/20/2020 | 34 | NOTICE OF CHANGE OF ADDRESS by Antoaneta Velitchkova Tarpanova on behalf of Alexander Norris. New Address: Gallet Dreyer & Berkey, LLP, 845 Third Avenue, 5th floor, New York, New York, United States 10022, 2129353131..(Tarpanova, Antoaneta) (Entered: 04/20/2020) |
| 04/20/2020 | 35 | PROPOSED CASE MANAGEMENT PLAN. Document filed by Alexander Norris.. (Tarpanova, Antoaneta) (Entered: 04/20/2020) |
| 04/22/2020 | 36 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial pursuant to 28 U.S.C. § 636(c). This case is to be tried to a jury. Deposition due by 12/11/2020. Fact Discovery due by 11/12/2020. Expert Discovery due by 12/11/2020. Case Management Conference set for 12/4/2020 at 03:00 PM before Judge Alison J. Nathan. SO ORDERED. (Signed by Judge Alison J. Nathan on 4/22/2020) (ks) (Entered: 04/22/2020) |
| 07/13/2020 | 37 | ORDER granting 27 Motion to Amend/Correct. The Court hereby grants Plaintiff's motion for leave to serve a supplemental complaint alleging the occurrence of relevant facts subsequent to the filing of the original Complaint. This resolves Dkt. No. 27. SO ORDERED. (Signed by Judge Alison J. Nathan on 7/13/20) (yv) (Entered: 07/13/2020) |
| 08/06/2020 | 38 | NOTICE OF APPEARANCE by Kyle George Kunst on behalf of Alexander Norris.. (Kunst, Kyle) (Entered: 08/06/2020) |

| | | |
|---|---|---|
| 08/06/2020 | 39 | SUPPLEMENTAL COMPLAINT amending 1 Complaint,,,,, against Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company) with JURY DEMAND.Document filed by Alexander Norris. Related document: 1 Complaint,,,,,. (Attachments: # 1 Affidavit Declaration of Alexander D. Norris, # 2 Exhibit Ex. 1 - April 2015 Oh No Spiders, # 3 Exhibit Ex. 2 - Webcomic Name as Weekly Comic July 2016, # 4 Exhibit Ex. 3 - US Copyright Certificate, # 5 Exhibit Ex. 4 - July 2017 Exchange with Marc Goldner re Publishing Agreement, # 6 Exhibit Ex. 5 - Collaboration Agreement, # 7 Exhibit Ex. 6 - E-mail Oct. 2, 2018, # 8 Exhibit Ex. 7 - GB Application 87703934, # 9 Exhibit Ex. 7B - 87703934, # 10 Exhibit Ex. 8 - Registration 87703934, # 11 Exhibit Ex. 9 - GB Application 88147369, # 12 Exhibit Ex. 10 - GB Application Oh No 88975215, # 13 Exhibit Ex. 11 - 88216127, # 14 Exhibit Ex. 12 - OA88216127, # 15 Exhibit Ex. 13 - Petition to Cancel ttabvue-92070899-CAN-1, # 16 Exhibit Ex. 14 - Golden Bell - Webcomic MTD 26903 , # 17 Exhibit Ex. 15 - Copyrighted Works, # 18 Exhibit Ex. 16 - GB use of Webcomic Name brand, # 19 Exhibit Ex. 17 - 032819-McMeelltr 26040 , # 20 Exhibit Ex. 18 - 032919-NorrisCounselLtr 23177 , # 21 Exhibit Ex. 19 - Second Letter from Ds counsel to McMeel, # 22 Exhibit Exhibit 2 to Declaration in Support of Supplemental Pleadings).(Kunst, Kyle) Modified on 8/7/2020 (pne). (Entered: 08/06/2020) |
| 08/21/2020 | 40 | ANSWER to 39 Amended Complaint,,,,,,. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company)..(Kehrli, Kevin) (Entered: 08/21/2020) |
| 10/28/2020 | 41 | LETTER MOTION for Extension of Time addressed to Judge Alison J. Nathan from Antoaneta V. Tarpanova dated 10/28/2020. Document filed by Alexander Norris.. (Tarpanova, Antoaneta) (Entered: 10/28/2020) |
| 10/29/2020 | 42 | ORDER granting 41 LETTER MOTION for Extension of Time addressed to Judge Alison J. Nathan from Antoaneta V. Tarpanova dated 10/28/2020. Document filed by Alexander Norris. The parties' proposed modifications to the Case Management Plan and Scheduling Order are hereby adopted. The post-discovery conference scheduled for December 4, 2020 is hereby adjourned to January 22, 2021 at 3:00 p.m. SO ORDERED. (Deposition due by 12/18/2020). (Signed by Judge Alison J. Nathan on 10/28/2020) (rjm) (Entered: 10/29/2020) |
| 10/29/2020 | | Set/Reset Deadlines: (Expert Discovery due by 2/16/2021. Fact Discovery due by 1/29/2021.) Set/Reset Hearings: (Case Management Conference set for 1/22/2021 at 03:00 PM before Judge Alison J. Nathan.) (rjm) (Entered: 10/29/2020) |
| 01/11/2021 | 43 | ORDER: A post-discovery conference in the above-captioned related cases is currently scheduled for January 22, 2021. In light of the COVID-19 public health crisis, the Court will not hold the upcoming conference in person. Counsel should submit a joint status letter on ECF no later than seven days prior to the scheduled conference. The joint letter shall: as set forth herein. If the parties indicate that they can do without a conference, the conference will be cancelled. If a conference is held, it will be by telephone. The conference may be accessed by dialing (888) 363-4749 and entering access code 9196964. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan. SO ORDERED. (Signed by Judge Alison J. Nathan on 1/11/2021) (ama) (Entered: 01/11/2021) |
| 01/15/2021 | 44 | MEMO ENDORSEMENT on re: (64 in 1:19-cv-02272-AJN) Letter, filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner, ENDORSEMENT: T he |

| | | |
|---|---|---|
| | | Court hereby adopts the parties' proposed new schedules. The post-discovery conference in these two cases is adjourned to May 7, 2021 at 3:00 p.m. Because Chiykowski has already been referred to Magistrate Judge Sarah Netburn for settlement purposes, the parties shall comply with Judge Netburn's January 13, 2021 Order, Dkt. No. 63, for purposes of scheduling a settlement conference. The Court will refer Norris to Magistrate Judge James L. Cott by separate Order. SO ORDERED. (Signed by Judge Alison J. Nathan on 1/15/2021) ( Status Conference set for 5/7/2021 at 03:00 PM before Judge Alison J. Nathan.) (ks) (Entered: 01/15/2021) |
| 01/15/2021 | | Set/Reset Deadlines: Deposition due by 3/26/2021. Discovery due by 4/23/2021. Motions due by 5/21/2021. (ks) (Entered: 01/15/2021) |
| 01/15/2021 | 45 | ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for Settlement. Referred to Magistrate Judge Sarah Netburn. SO ORDERED. (Signed by Judge Alison J. Nathan on 1/15/2021) (ks) (Entered: 01/15/2021) |
| 01/20/2021 | 46 | ORDER: As directed in my January 13, 2021 Order in Chiykowski v. Goldner, et al., No. 19-cv-2272 (AJN) (ECF No. 63), the parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov with three (3) mutually convenient dates, to schedule a settlement conference for a time when they believe it would be productive. (Signed by Magistrate Judge Sarah Netburn on 1/20/2021) (ras) (Entered: 01/20/2021) |
| 05/04/2021 | 47 | LETTER MOTION to Adjourn Conference addressed to Judge Alison J. Nathan from Kevin Kehrli dated May 4, 2021. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company)..(Kehrli, Kevin) (Entered: 05/04/2021) |
| 05/05/2021 | 48 | ORDER granting 47 Letter Motion to Adjourn Conference. In light of the defendants' consented-to request to adjourn the post-discovery conference in Norris v. Goldner, et al., Case No. 19-cv-5491, Dkt. No. 47, the post-discovery conference in both matters is hereby ADJOURNED to June 11, 2021 at 3:00 p.m. Status Conference set for 6/11/2021 at 03:00 PM before Judge Alison J. Nathan.. (Signed by Judge Alison J. Nathan on 5/4/2021) (nb) Modified on 5/5/2021 (nb). (Entered: 05/05/2021) |
| 05/27/2021 | 49 | ORDER. In light of the COVID-19 public health crisis, the Court will not hold the upcoming post-discovery conference in this case in person. Counsel should submit a joint status letter on ECF no later than seven days prior to the scheduled conference. The joint letter shall as further set forth in this Order. If the parties indicate that they can do without a conference, the conference will be cancelled. If a conference is held, it will be by telephone. The conference may be accessed by dialing (888) 363-4749 and entering access code 9196964. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan. SO ORDERED. (Signed by Judge Alison J. Nathan on 5/27/21) (yv) (Entered: 05/27/2021) |
| 06/07/2021 | 50 | ORDER: On May 27, 2021, the Court directed the parties to submit a joint status letter on ECF no later than seven days prior to the upcoming post-discovery conference. Dkt. No. 49. As of the date of this order, the Court has not received the parties' letter. IT IS ORDERED that the parties comply with Dkt. No. 49 by June 9, 2021. SO ORDERED. (Signed by Judge Alison J. Nathan on 6/7/2021) (va) (Entered: 06/07/2021) |
| 06/09/2021 | 51 | LETTER MOTION to Adjourn Conference addressed to Judge Alison J. Nathan from Kevin Kehrli dated June 9, 2021., LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Alison J. Nathan from Kevin Kehrli dated June 9, 2021. |

| | | Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company)..(Kehrli, Kevin) (Entered: 06/09/2021) |
|---|---|---|
| 06/10/2021 | 52 | ORDER granting 51 Letter Motion to Adjourn Conference; granting 51 Letter Motion for Extension of Time to Complete Discovery. The request for an extension of time to complete discovery to July 26, 2021 is GRANTED. No further extensions will be granted. The post-discovery conference is hereby ADJOURNED to August 20, 2021 at 3:00 p.m. SO ORDERED. ( Status conference set for 8/20/2021 at 03:00 PM before Judge Alison J. Nathan., Discovery due by 7/26/2021.). (Signed by Judge Alison J. Nathan on 6/9/2021) (vfr) Modified on 7/20/2021 (vfr). (Entered: 06/10/2021) |
| 07/19/2021 | 53 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Alison J. Nathan from Francelina M. Perdomo dated July 19, 2021. Document filed by Alexander Norris..(Perdomo, Francelina) (Entered: 07/19/2021) |
| 07/20/2021 | 54 | ORDER granting 53 Letter Motion for Extension of Time to Complete Discovery. In light of the new information, the request for an extension of time to complete discovery to September 9, 2021 is GRANTED. No further extensions will be granted. The post-discovery conference is hereby ADJOURNED to September 17, 2021, at 3:00 p.m. SO ORDERED. Discovery due by 9/9/2021. (Signed by Judge Alison J. Nathan on 7/20/2021) (vfr) (Entered: 07/20/2021) |
| 07/20/2021 | | Set/Reset Hearings: Status Conference set for 9/17/2021 at 03:00 PM before Judge Alison J. Nathan. (vfr) (Entered: 07/20/2021) |
| 08/25/2021 | 55 | NOTICE OF APPEARANCE by Craig S Tarasoff on behalf of Alexander Norris.. (Tarasoff, Craig) (Entered: 08/25/2021) |
| 08/25/2021 | 56 | LETTER addressed to Judge Alison J. Nathan from Francelina M. Perdomo dated August 25, 2021 re: Requesting a Conference. Document filed by Alexander Norris..(Tarasoff, Craig) (Entered: 08/25/2021) |
| 08/26/2021 | 57 | AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) and Settlement. Referred to Magistrate Judge Sarah Netburn. The Clerk of Court is respectfully directed to close the original order of reference at Dkt. No. 45. SO ORDERED. (Signed by Judge Alison J. Nathan on 8/26/2021) (kv) (Entered: 08/27/2021) |
| 08/30/2021 | 58 | ORDER: On August 26, 2021, the Honorable Alison J. Nathan referred this matter to my docket for general pretrial supervision. In light of the issue raised in Plaintiff's August 25, 2021 letter, a conference is scheduled for Friday, September 3, 2021, at 11:30 a.m. At the scheduled time, the parties shall dial the Court's teleconferencing line at (877) 402-9757 and enter access code 7938632, followed by the pound (#) sign. Defendants shall file their response by August 31, 2021. (Telephone Conference set for 9/3/2021 at 11:30 AM before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 8/30/2021) (ras) (Entered: 08/30/2021) |
| 08/31/2021 | 59 | LETTER addressed to Magistrate Judge Sarah Netburn from Craig S. Tarasoff dated August 31, 2021 re: Conference Date. Document filed by Alexander Norris..(Tarasoff, Craig) (Entered: 08/31/2021) |
| 08/31/2021 | 60 | LETTER addressed to Magistrate Judge Sarah Netburn from Kevin Kehrli dated August 31, 2021 re: Plaintiff's August 25, 20221 Letter and Court's August 30, 2021 Order. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc |

| | | |
|---|---|---|
| | | Goldner(as officer of Golden Bell Entertainment, LLC, a California company)..(Kehrli, Kevin) (Entered: 08/31/2021) |
| 09/01/2021 | 61 | ORDER: In light of defense counsel's August 31, 2021 letter, the conference scheduled for Friday, September 3, 2021, at 12:30 p.m. is ADJOURNED pending confirmation from defense counsel of who will be representing the Defendants. Defense counsel shall either file a motion to withdraw or a status letter by September 10, 2021. (Signed by Magistrate Judge Sarah Netburn on 9/1/2021) (ras) (Entered: 09/01/2021) |
| 09/03/2021 | 62 | ORDER: A post-discovery status conference is scheduled in this case for September 17, 2021 at 3:00 p.m. The proceeding will be held in-person in Courtroom 906 of the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York. If either counsel believe that the proceeding should be held remotely, counsel should confer with the other side and, no later than five days from this Order, submit a letter request to that effect. It is hereby ORDERED that within seven days prior to the post-discovery status conference, the parties shall meet and confer and submit a joint letter to the Court. The joint letter shall:1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions); 2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions; 3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP; and 4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates. SO ORDERED. ( Status Conference set for 9/17/2021 at 03:00 PM in Courtroom 906, 40 Centre Street, New York, NY 10007 before Judge Alison J. Nathan.) (Signed by Judge Alison J. Nathan on 9/3/2021) (vfr) (Entered: 09/03/2021) |
| 09/08/2021 | 63 | LETTER addressed to Judge Alison J. Nathan from Craig S. Tarasoff dated September 8, 2021 re: Post-Discovery Status Conference. Document filed by Alexander Norris.. (Tarasoff, Craig) (Entered: 09/08/2021) |
| 09/09/2021 | 64 | MOTION for Kevin Kehrli to Withdraw as Attorney . Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company)..(Kehrli, Kevin) (Entered: 09/09/2021) |
| 09/09/2021 | 65 | DECLARATION of Robert Garson in Support re: 64 MOTION for Kevin Kehrli to Withdraw as Attorney .. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company)..(Kehrli, Kevin) (Entered: 09/09/2021) |
| 09/09/2021 | 66 | CERTIFICATE OF SERVICE of Motion to Withdraw; Declaration in Support served on Marc Goldner, Golden Bell Entertainment, LLC and Golden Bell Studios, LLC on September 9, 2021. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company)..(Kehrli, Kevin) (Entered: 09/09/2021) |
| 09/09/2021 | 67 | MEMO ENDORSEMENT on re: 63 Letter filed by Alexander Norris. ENDORSEMENT: In light of the discovery issues pending before Judge Netburn, the September 17 conference scheduled before the Court is ADJOURNED sine die. SO ORDERED. (Signed by Judge Alison J. Nathan on 9/9/2021) (tg) (Entered: 09/10/2021) |

| 09/10/2021 | 68 | ORDER: In light of defense counsel's motion to withdraw as counsel, ECF No. 64, a conference is scheduled for Wednesday, September 15, 2021, at 1:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. Counsel for the parties as well as the individual Defendant are directed to appear, although the Court may engage in ex parte conversations with defense counsel and Defendant Goldner. (Status Conference set for 9/15/2021 at 01:00 PM before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 9/10/2021) (ras) (Entered: 09/10/2021) |
|---|---|---|
| 09/14/2021 | 69 | NOTICE OF APPEARANCE by Robert David Garson on behalf of Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company)..(Garson, Robert) (Entered: 09/14/2021) |
| 09/15/2021 | 70 | ORDER: The conference previously scheduled for September 15, 2021, at 1:00 p.m. is RESCHEDULED for Monday, October 4, 2021, at 2:00 p.m. At that time, the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. The Court expects Mr. Goldner and counsel for the parties to appear. (Status Conference set for 10/4/2021 at 02:00 PM before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 9/15/2021) (ras) (Entered: 09/15/2021) |
| 10/04/2021 | 71 | ORDER granting 64 Motion to Withdraw as Attorney. Counsel has established cause for withdrawal. Accordingly, Counsel Kevin Kehrli and Robert Garson are terminated from this action. The case is STAYED for 30 days to permit defendants to locate new counsel. During the stay, however, the parties are ORDERED to discuss whether a settlement conference would be productive at this time. If so, the parties should jointly email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov. Attorney Robert David Garson and Kevin Kehrli terminated. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (Netburn, Sarah) (Entered: 10/04/2021) |
| 10/04/2021 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 10/4/2021. (ras) (Entered: 10/27/2021) |
| 10/25/2021 | 72 | SETTLEMENT CONFERENCE ORDER: A settlement conference is scheduled for Thursday, October 28, 2021, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information before the conference. The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by Wednesday, October 27, 2021 by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately. (Settlement Conference set for 10/28/2021 at 10:00 AM before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 10/25/2021) (ras) (Entered: 10/25/2021) |
| 10/28/2021 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Settlement Conference held on 10/28/2021. (ras) (Entered: 11/08/2021) |
| 12/08/2021 | 73 | SETTLEMENT CONFERENCE ORDER: A settlement conference is scheduled for Monday, January 31, 2022, at 2:00 p.m. In the weeks prior to the conference, the Court will confirm whether the conference will be held telephonically or in person. The parties are directed to review and comply with the Procedures for Cases Referred for Settlement |

|  |  | to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by Monday, January 24, 2022. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately. (Settlement Conference set for 1/31/2022 at 02:00 PM before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 12/8/2021) (ras) (Entered: 12/08/2021) |
|---|---|---|
| 01/31/2022 |  | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Settlement Conference held on 1/31/2022. (ras) (Entered: 02/02/2022) |
| 02/01/2022 | 74 | ORDER: On January 31, 2022, the parties reached a settlement in principle. The parties shall file either a stipulation of settlement or a status letter by no later than March 2, 2022. (Signed by Magistrate Judge Sarah Netburn on 2/1/2022) (ras) (Entered: 02/01/2022) |
| 03/02/2022 | 75 | LETTER addressed to Judge Alison J. Nathan from All Parties dated March 2, 2022 re: Joint Status Update. Document filed by Alexander Norris..(Tarasoff, Craig) (Entered: 03/02/2022) |
| 03/03/2022 | 76 | MEMO ENDORSEMENT on re: 75 Letter filed by Alexander Norris. ENDORSEMENT: The parties' request for an extension of time to file is GRANTED. The parties shall file either a stipulation of settlement or a status letter by no later than March 23, 2022. (Signed by Magistrate Judge Sarah Netburn on 3/3/2022) (ras) (Entered: 03/03/2022) |
| 03/23/2022 | 77 | LETTER addressed to Judge Alison J. Nathan from Craig S. Tarasoff dated March 23, 2022 re: Status. Document filed by Alexander Norris..(Tarasoff, Craig) (Entered: 03/23/2022) |
| 03/24/2022 | 78 | MEMO ENDORSEMENT on re: 77 Letter filed by Alexander Norris. ENDORSEMENT: The parties' request for an extension of time to file is GRANTED. The parties shall either file a stipulation of settlement or a status letter by April 22, 2022. (Signed by Magistrate Judge Sarah Netburn on 3/24/2022) (ras) (Entered: 03/24/2022) |
| 04/10/2022 |  | NOTICE OF CASE REASSIGNMENT to Judge Paul A. Engelmayer. Judge Alison J. Nathan is no longer assigned to the case. (vba) (Entered: 04/10/2022) |
| 04/22/2022 | 79 | LETTER addressed to Judge Paul A. Engelmayer from Craig S. Tarasoff dated April 22, 2022 re: Joint Status Update. Document filed by Alexander Norris..(Tarasoff, Craig) (Entered: 04/22/2022) |
| 04/25/2022 | 80 | MEMO ENDORSEMENT on re: 79 Letter filed by Alexander Norris. ENDORSEMENT: Granted. The parties are to file a stipulation of settlement, or further status update describing any impediment to finalizing the settlement by May 6, 2022. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 4/25/2022) (va) (Entered: 04/25/2022) |
| 05/09/2022 | 81 | LETTER addressed to Judge Paul A. Engelmayer from Craig S. Tarasoff dated May 6, 2022 re: Status Update. Document filed by Alexander Norris..(Tarasoff, Craig) (Entered: 05/09/2022) |
| 05/09/2022 | 82 | MEMO ENDORSEMENT on re: 81 Letter filed by Alexander Norris. ENDORSEMENT:The parties are to file a stipulation of settlement by May 23, 2022. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 5/9/2022) (tg) (Entered: 05/09/2022) |
| 05/23/2022 | 83 | LETTER addressed to Judge Paul A. Engelmayer from Francelina M. Perdomo dated May 23, 2022 re: Status Update. Document filed by Alexander Norris..(Tarasoff, Craig) |

| | | (Entered: 05/23/2022) |
|---|---|---|
| 05/24/2022 | 84 | MEMO ENDORSEMENT on re: 83 Letter filed by Alexander Norris. ENDORSEMENT: The parties are to submit a stipulation of settlement or a status update describing any impediment to finalizing settlement by June 6, 2022. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 5/24/2022) (va) (Entered: 05/24/2022) |
| 06/06/2022 | 85 | LETTER addressed to Judge Paul A. Engelmayer from Alexander Norris dated June 6, 2022 re: Settlement Status. Document filed by Alexander Norris..(Kunst, Kyle) (Entered: 06/06/2022) |
| 06/06/2022 | 86 | MEMO ENDORSEMENT on re: 85 Letter filed by Alexander Norris. ENDORSEMENT: Granted. The parties are to submit a stipulation of settlement by June 21, 2022. If the parties are not able to do so, they are to file a detailed status update as to the progress of settlement by that date. Following any such status update, Judge Netburn will schedule a conference to discuss the settlement process and any impediments to finalizing the settlement. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 6/6/2022) (vfr) (Entered: 06/06/2022) |
| 06/21/2022 | 87 | EX PARTE LETTER addressed to Judge Paul A. Engelmayer from Francelina Perdomo dated June 21, 2022 re: Status Letter - Settlement. Document filed by Alexander Norris.. (Perdomo, Francelina) (Entered: 06/21/2022) |
| 06/24/2022 | 88 | SETTLEMENT CONFERENCE ORDER: A settlement conference is scheduled for Wednesday, July 6, 2022, at 2:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The parties are required to comply with the Courts most recent COVID-19 safety guidance, including courtroom and entry protocols available at: https://nysd.uscourts.gov/covid-19-coronavirus. The parties are directed to submit ex parte letters on the status of settlement negotiations and the outstanding issues via e-mail to Netburn_NYSDChambers@nysd.uscourts.gov by June 30, 2022. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately. SO ORDERED. Settlement Conference set for 7/6/2022 at 02:30 PM in Courtroom 219, 40 Centre Street, New York, NY 10007 before Magistrate Judge Sarah Netburn. (Signed by Magistrate Judge Sarah Netburn on 6/24/2022) (mml) (Entered: 06/24/2022) |
| 07/01/2022 | 89 | NOTICE OF APPEARANCE by Ryan Dolan on behalf of Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company)..(Dolan, Ryan) (Entered: 07/01/2022) |
| 07/05/2022 | 90 | NOTICE OF APPEARANCE by Ryan Dolan on behalf of Golden Bell Entertainment, LLC, Golden Bell Studios, LLC..(Dolan, Ryan) (Entered: 07/05/2022) |
| 07/21/2022 | 91 | ORDER: The Court is advised that settlement efforts have collapsed. By July 25, 2022, the parties shall file a letter detailing any outstanding discovery and setting a schedule for any remaining depositions. All discovery shall be complete by August 24, 2022. No extensions will be granted. Any party that wishes to file a motion for summary judgment shall file a pre-motion letter with the Hon. Paul A. Engelmayer by September 7, 2022. (Signed by Magistrate Judge Sarah Netburn on 7/21/2022) (ras) (Entered: 07/21/2022) |
| 07/25/2022 | 92 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Francelina M. Perdomo dated July 25, 2022 re: Discovery. Document filed by Alexander Norris.. (Perdomo, Francelina) (Entered: 07/25/2022) |
| 07/26/2022 | 93 | MEMO ENDORSEMENT on re: 92 Letter filed by Alexander Norris. ENDORSEMENT: On July 21, 2022, the Court ordered the parties to file a letter detailing any outstanding discovery and setting a schedule for any remaining depositions. While Plaintiff has |

| | | |
|---|---|---|
| | | provided his availability, Mr. Goldner has not done so. Mr. Goldner is reminded that court-ordered deadlines are not suggestions and must provide Plaintiff with his availability for his deposition by July 27, 2022. The parties shall file the schedule for depositions by July 28, 2022. The deadline for discovery remains August 24, 2022, and all remaining discovery must be complete by that date. No extensions will be granted. (Signed by Magistrate Judge Sarah Netburn on 7/26/2022) (ras) (Entered: 07/26/2022) |
| 07/28/2022 | 94 | JOINT LETTER addressed to Magistrate Judge Sarah Netburn from Alexander Norris dated July 28, 2022 re: Deposition Schedule. Document filed by Alexander Norris.. (Kunst, Kyle) (Entered: 07/28/2022) |
| 07/29/2022 | 95 | MEMO ENDORSEMENT on re: 94 Letter filed by Alexander Norris. ENDORSEMENT: SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 7/29/2022) (ras) (Entered: 07/29/2022) |
| 08/12/2022 | 96 | LETTER addressed to Magistrate Judge Sarah Netburn from Alexander Norris dated August 12, 2022 re: Conference Request. Document filed by Alexander Norris..(Kunst, Kyle) (Entered: 08/12/2022) |
| 08/16/2022 | 97 | LETTER addressed to Magistrate Judge Sarah Netburn from Counsel for Defendants, Ryan P. Dolan dated August 16, 2022 re: Response to Plaintiff's Letter [Dkt. 96]. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company). (Attachments: # 1 Exhibit to Letter to Hon. Judge Netburn).(Dolan, Ryan) (Entered: 08/16/2022) |
| 08/17/2022 | 98 | ORDER TO SHOW CAUSE: Defendants and their counsel are ORDERED TO SHOW CAUSE why they should not be sanctioned for unauthorized use of material and information provided in the context of settlement negotiations that have since collapsed (the Settlement Material). By Friday, August 19, 2022, Defendants must either return all material provided on July 13, 2022, and confirm under penalty of perjury, that all electronic versions have been destroyed, or show cause why the Court should not sanction both the parties and counsel for their conduct. Possible sanctions may include a fine, an award of attorneys fees or striking Defendants answer. As Defendants even acknowledge in their letter, the Settlement Material are subject to the contract at issue in this matter. Thus, unless the parties settle this action, Defendants are not entitled to such materials until questions regarding the enforceability of the contract at issue are resolved. For the avoidance of doubt, Defendants cannot show good cause on the ground that they might later be entitled to the Settlement Material under the parties contract. SO ORDERED. (Signed by Magistrate Judge Sarah Netburn on 8/17/2022) (mml) (Entered: 08/17/2022) |
| 08/18/2022 | 99 | AFFIDAVIT of Ryan Dolan re: 98 Order to Show Cause,,,, . Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company)..(Dolan, Ryan) (Entered: 08/18/2022) |
| 08/18/2022 | 100 | AFFIDAVIT of Marc Goldner re: 99 Affidavit, 98 Order to Show Cause,,,, . Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company)..(Dolan, Ryan) (Entered: 08/18/2022) |
| 08/22/2022 | 101 | MOTION for Gerard P. Fox to Appear Pro Hac Vice *on behalf of Defendants Marc Goldner, Golden Bell Entertainment, LLC and Golden Bell Studios, LLC*. Filing fee $ 200.00, receipt number ANYSDC-26580637. **Motion and supporting papers to be** |

| | | |
|---|---|---|
| | | **reviewed by Clerk's Office staff.** Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company). (Attachments: # 1 Affidavit Notarized Affidavit of Gerard P. Fox, # 2 Exhibit CA Certificate of Good Standing, # 3 Exhibit MD Certificate of Good Standing, # 4 Exhibit DC Certificate of Good Standing, # 5 Text of Proposed Order Granting Gerard P. Fox Admission to Appear PHV).(Fox, Gerard) (Entered: 08/22/2022) |
| 08/23/2022 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 101 MOTION for Gerard P. Fox to Appear Pro Hac Vice *on behalf of Defendants Marc Goldner, Golden Bell Entertainment, LLC and Golden Bell Studios, LLC.* Filing fee $ 200.00, receipt number ANYSDC-26580637. Motion and suppo. The document has been reviewed and there are no deficiencies. (aea) (Entered: 08/23/2022)** |
| 08/24/2022 | 102 | ORDER granting 101 Motion for Gerard P. Fox to Appear Pro Hac Vice. Gerard P. Fox may appear pro hac vice on behalf of Defendants Marc Goldner, Golden Bell Entertainment, LLC, and Golden Bell Studios, LLC. (HEREBY ORDERED by Magistrate Judge Sarah Netburn) (Text Only Order) (ras) (Entered: 08/24/2022) |
| 09/07/2022 | 103 | LETTER MOTION for Conference *for Plaintiff's Anticipated Motion for Summary Judgment* addressed to Judge Paul A. Engelmayer from Alexander Norris dated September 7, 2022. Document filed by Alexander Norris..(Kunst, Kyle) (Entered: 09/07/2022) |
| 09/07/2022 | 104 | AMENDED ORDER OF REFERENCE TO A MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) and Dispositive Motion (i.e., motion requiring a Report and Recommendation). Particular Motion: Dkt. 103. All such motions: Yes. and Settlement. Referred to Magistrate Judge Sarah Netburn. Motions referred to Sarah Netburn. (Signed by Judge Paul A. Engelmayer on 9/7/2022) (kv) (Entered: 09/07/2022) |
| 09/07/2022 | 105 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** LETTER MOTION for Conference *for Defendants' Anticipated Motion for Summary Judgment and Motion for Leave to Amend Answer to include Counterclaims* addressed to Judge Paul A. Engelmayer from Ryan Dolan dated September 7, 2022. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company)..(Dolan, Ryan) Modified on 9/8/2022 (kj). (Entered: 09/07/2022) |
| 09/08/2022 | | **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Ryan Dolan to RE-FILE Document 105 LETTER MOTION for Conference *for Defendants' Anticipated Motion for Summary Judgment and Motion for Leave to Amend Answer to include Counterclaims* addressed to Judge Paul A. Engelmayer from Ryan Dolan dated September 7, 2022.. Use the event type Other Filings - Other Documents found under the event list LETTER. (kj)** (Entered: 09/08/2022) |
| 09/08/2022 | 106 | LETTER addressed to Judge Paul A. Engelmayer from Ryan Dolan dated September 7, 2022 re: Defendants' Anticipated Motion for Summary Judgment and Motion for Leave to Amend Answer to include Counterclaims. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company)..(Dolan, Ryan) (Entered: 09/08/2022) |

| 09/09/2022 | 107 | ORDER: On September 8, 2022, Defendants filed a motion to amend their answer to add additional counterclaims. See ECF No. 106. By Monday, September 12, 2022, Defendants shall file a letter stating with specificity which counterclaims they are seeking to add and what discovery, if any, would likely be required. Plaintiff shall respond no later than Wednesday, September 14, 2022. A call is scheduled for Friday, September 16, 2022, at 3:00 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286. SO ORDERED. (Telephone Conference set for 9/16/2022 at 03:00 PM before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 9/9/2022) (mml) (Entered: 09/09/2022) |
|---|---|---|
| 09/12/2022 | 108 | LETTER addressed to Magistrate Judge Sarah Netburn from Ryan Dolan dated September 12, 2022 re: Defendants' Letter Addressing Specific Counterclaims and Anticipated Discovery pursuant to the Court's Order [Dkt. 107]. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company)..(Dolan, Ryan) (Entered: 09/12/2022) |
| 09/14/2022 | 109 | LETTER addressed to Magistrate Judge Sarah Netburn from Alexander Norris dated September 14, 2022 re: Response to Defendants' Letter, Doc. No. 108. Document filed by Alexander Norris..(Kunst, Kyle) (Entered: 09/14/2022) |
| 09/16/2022 | 110 | ORDER terminating 103 Letter Motion for Conference. Plaintiff shall file his motion for summary judgment by no later than October 14, 2022, which shall be no longer than 25 pages. Defendants shall file their cross-motion for summary judgment and opposition by November 16, 2022, which shall be no more than 45 pages. Plaintiff shall file his opposition and reply to Defendants' motion by no later than December 16, 2022, which shall be no more than 35 pages. Defendants shall file their reply by no later than January 6, 2023, which shall be no more than 15 pages. If Defendants choose to file their motion to amend the answer, they shall do so by no later than October 14, 2022. Defendants' brief shall be no longer than 25 pages. Plaintiff shall file his opposition by November 16, 2022, which shall be no more than 25 pages. Defendants' reply, if any, shall be filed by December 16, 2022, and shall not exceed 10 pages. The parties are directed to contact Courtroom Deputy Rachel Slusher by email at Rachel_Slusher@nysd.uscourts.gov to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. The Clerk of Court is respectfully directed to close the gavel at ECF No. 103. (Signed by Magistrate Judge Sarah Netburn on 9/16/2022) (ras) (Entered: 09/16/2022) |
| 09/16/2022 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Telephone Conference held on 9/16/2022. (ras) (Entered: 10/05/2022) |
| 10/06/2022 | 111 | MOTION to Amend/Correct *Defendants' Answer*., MOTION for Leave to File Defendants' Counterclaims against Plaintiff . Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company)..(Dolan, Ryan) (Entered: 10/06/2022) |
| 10/06/2022 | 112 | MEMORANDUM OF LAW in Support re: 111 MOTION to Amend/Correct *Defendants' Answer*. MOTION for Leave to File Defendants' Counterclaims against Plaintiff . . Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc |

| | | Goldner(individually), Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company)..(Dolan, Ryan) (Entered: 10/06/2022) |
|---|---|---|
| 10/06/2022 | 113 | COUNTERCLAIM against Alexander Norris.Document filed by Marc Goldner(individually), Golden Bell Entertainment, LLC, Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company), Golden Bell Studios, LLC. (Attachments: # 1 Exhibit 1 - to Defendants' Proposed Counterclaims, # 2 Exhibit 2 - to Defendants' Proposed Counterclaims, # 3 Exhibit 3 - to Defendants' Proposed Counterclaims, # 4 Exhibit 4 - to Defendants' Proposed Counterclaims, # 5 Exhibit 5 - to Defendants' Proposed Counterclaims, # 6 Exhibit 6 - to Defendants' Proposed Counterclaims, # 7 Exhibit 7 - to Defendants' Proposed Counterclaims, # 8 Exhibit 8 - to Defendants' Proposed Counterclaims, # 9 Exhibit 9 - to Defendants' Proposed Counterclaims, # 10 Exhibit 10 - to Defendants' Proposed Counterclaims, # 11 Exhibit 11 - to Defendants' Proposed Counterclaims, # 12 Exhibit 12 - to Defendants' Proposed Counterclaims).(Dolan, Ryan) (Entered: 10/06/2022) |
| 10/06/2022 | 114 | PROPOSED ORDER. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company), Marc Goldner(individually). Related Document Number: [Dkt. 111, Dkt. 112, Dkt. 113].. (Dolan, Ryan) **Proposed Order to be reviewed by Clerk's Office staff.** (Entered: 10/06/2022) |
| 10/07/2022 | | ***NOTICE TO COURT REGARDING PROPOSED ORDER. Document No. 114 Proposed Order was reviewed and approved as to form. (km) (Entered: 10/07/2022)** |
| 10/11/2022 | 115 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement), Dispositive Motion (i.e., motion requiring a Report and Recommendation): Dkts. 103, 111 and Settlement. Referred to Magistrate Judge Sarah Netburn. Motions referred to Sarah Netburn. (Signed by Judge Paul A. Engelmayer on 10/11/2022) (tg) (Entered: 10/11/2022) |
| 10/14/2022 | 116 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Summary Judgment *Or Alternatively*., MOTION for Partial Summary Judgment .( Responses due by 11/16/2022, Return Date set for 12/16/2022 at 09:30 AM.) Document filed by Alexander Norris. (Attachments: # 1 Supplement Rule 56.1 Statement, # 2 Affidavit Norris Declaration, # 3 Affidavit KGK Declaration, # 4 Exhibit Ex. 1 - Oh No Spiders, # 5 Exhibit Ex. 2 - Webcomic Name July 2016, # 6 Exhibit Ex. 3 - Copyright Registration, # 7 Exhibit Ex. 4 - Goldner Exchange 2017, # 8 Exhibit Ex. 5 - Collaboration Agreement, # 9 Exhibit Ex. 6 - 2018 Exchange, # 10 Exhibit Ex. 7 - Webcomic Name Registration, # 11 Exhibit Ex. 7B - TM Application, # 12 Exhibit Ex. 8 - Webcomic Name TM Registration, # 13 Exhibit Ex. 9 - Webcomic Name TM Application, Comics, # 14 Exhibit Ex. 10 - Oh No TM Application, Comics, # 15 Exhibit Ex. 11 - YES TM Application, # 16 Exhibit Ex. 12 - Response to Office Action, # 17 Exhibit Ex. 13 - Petition to Cancel, # 18 Exhibit Ex. 14 - Goldner Motion to Dismiss, # 19 Exhibit Ex. 15 - Further Works Used by Defendants, # 20 Exhibit Ex. 16 - Goldner Use of Copyrighted Works, # 21 Exhibit Ex. 17 - McMeel C and D, # 22 Exhibit Ex. 18 - FMP C and D, # 23 Exhibit Ex. 19 - Second McMeel C and D, # 24 Exhibit Ex. 20 - FMP Response to Timpone, # 25 Exhibit Ex. 21 - Goldner Deposition, # 26 Exhibit Ex. 22 - Amended Complaint, # 27 Exhibit Ex. 23 - Answer to Amended Complaint).(Kunst, Kyle) Modified on 10/17/2022 (kj). (Entered: 10/14/2022) |

| 10/17/2022 | | ***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - DEFICIENT DOCKET ENTRY ERROR.** Notice to Attorney Kyle Kunst to RE-FILE Document 116 MOTION for Summary Judgment *Or Alternatively*. MOTION for Partial Summary Judgment .. ERROR(S): Supporting Documents are filed separately, each receiving their own document #. (Supporting Documents are found under the Event Type - Replies, Opposition and Supporting Documents; Rule 56.1 Statement is found under Other Answers). (kj) (Entered: 10/17/2022) |
|---|---|---|
| 10/17/2022 | 117 | MOTION for Partial Summary Judgment *or Alternatively*., MOTION for Summary Judgment .( Responses due by 11/16/2022, Return Date set for 12/16/2022 at 09:30 AM.) Document filed by Alexander Norris..(Kunst, Kyle) (Entered: 10/17/2022) |
| 10/17/2022 | 118 | RULE 56.1 STATEMENT. Document filed by Alexander Norris..(Kunst, Kyle) (Entered: 10/17/2022) |
| 10/17/2022 | 119 | DECLARATION of Alexander Norris in Support re: 117 MOTION for Partial Summary Judgment *or Alternatively*. MOTION for Summary Judgment .. Document filed by Alexander Norris. (Attachments: # 1 Exhibit No. 1 - Oh No Spiders, # 2 Exhibit No. 2 - Wecomic Name July 2016, # 3 Exhibit No. 3 - Copyright Registration, # 4 Exhibit No. 4 - Goldner Exchange 2017, # 5 Exhibit No. 5 - Collaboration Agreement, # 6 Exhibit No. 6 - 2018 Exchange, # 7 Exhibit No. 7 - Webcomic Name TM Registration, # 8 Exhibit No. 8 - Webcomic Name TM, # 9 Exhibit No. 9 - Webomic Name App. Comics, # 10 Exhibit No. 10 - Oh No Name App. Comics, # 11 Exhibit No. 11 - YES TM App. Comics, # 12 Exhibit No. 12 - Response to Office Action, # 13 Exhibit No. 13 - Petition to Cancel, # 14 Exhibit No. 14 - Motion to Dismiss, # 15 Exhibit No. 15 - Additional Works Used by Defendants, # 16 Exhibit No. 16 - Defendants' Use of Copyrighted Works, # 17 Exhibit No. 17 - McMeel C and D, # 18 Exhibit No. 18 - FMP C and D, # 19 Exhibit No. 19 - Second McMeel C and D, # 20 Exhibit No 20 - FMP Response to Timpone).(Kunst, Kyle) (Entered: 10/17/2022) |
| 10/17/2022 | 120 | DECLARATION of Kyle G. Kunst in Support re: 117 MOTION for Partial Summary Judgment *or Alternatively*. MOTION for Summary Judgment .. Document filed by Alexander Norris. (Attachments: # 1 Exhibit No. 7B - TM App., # 2 Exhibit No. 20 - Goldner Deposition, # 3 Exhibit No. 21 - Amended Complaint, # 4 Exhibit No. 22 - Answer to Amended Complaint).(Kunst, Kyle) (Entered: 10/17/2022) |
| 10/17/2022 | 121 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement), Settlement, and Dispositive Motion (i.e., motion requiring a Report and Recommendation). Referred to Magistrate Judge Sarah Netburn. Motions Dkts. 103, 111, 117 referred to Sarah Netburn. All such motions: Yes. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 10/17/2022) (vfr) (Entered: 10/17/2022) |
| 10/17/2022 | | MOTIONS REFERRED: 117 MOTION for Partial Summary Judgment *or Alternatively*. MOTION for Summary Judgment ., 111 MOTION to Amend/Correct *Defendants' Answer*. MOTION for Leave to File Defendants' Counterclaims against Plaintiff . Motions referred to Sarah Netburn. (vfr) (Entered: 10/17/2022) |
| 11/16/2022 | 122 | MEMORANDUM OF LAW in Opposition re: 111 MOTION to Amend/Correct *Defendants' Answer*. MOTION for Leave to File Defendants' Counterclaims against Plaintiff . . Document filed by Alexander Norris. (Attachments: # 1 Affidavit of Francelina M. Perdomo in Opposition to Defendants' Motion to Dismiss, # 2 Exhibit A - March 29, 2019 Cease and Desist Letter from Defendants, # 3 Exhibit B- Plaintiff's Responses to Defendants' Requests for Production, # 4 Exhibit C- Response to Defendants' Discovery Letter).(Kunst, Kyle) (Entered: 11/16/2022) |

| 11/16/2022 | 123 | NOTICE of CROSS-MOTION FOR SUMMARY JUDGMENT by Defendants. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company), Marc Goldner(individually)..(Dolan, Ryan) (Entered: 11/16/2022) |
|---|---|---|
| 11/16/2022 | 124 | CROSS MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment*. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company), Marc Goldner(individually). Responses due by 12/16/2022.(Dolan, Ryan) (Entered: 11/16/2022) |
| 11/16/2022 | 125 | MEMORANDUM OF LAW in Support re: 124 CROSS MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment*. . Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company), Marc Goldner(individually)..(Dolan, Ryan) (Entered: 11/16/2022) |
| 11/16/2022 | 126 | RULE 56.1 STATEMENT. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company), Marc Goldner(individually)..(Dolan, Ryan) (Entered: 11/16/2022) |
| 11/16/2022 | 127 | DECLARATION of Marc Goldner in Support re: 124 CROSS MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment*.. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company), Marc Goldner(individually). (Attachments: # 1 Exhibit 1 to Declaration of Marc Goldner, # 2 Exhibit 2 to Declaration of Marc Goldner, # 3 Exhibit 3 to Declaration of Marc Goldner, # 4 Exhibit 4 to Declaration of Marc Goldner, # 5 Exhibit 5 to Declaration of Marc Goldner, # 6 Exhibit 6 to Declaration of Marc Goldner, # 7 Exhibit 7 to Declaration of Marc Goldner, # 8 Exhibit 8 to Declaration of Marc Goldner, # 9 Exhibit 9 to Declaration of Marc Goldner, # 10 Exhibit 10 to Declaration of Marc Goldner, # 11 Exhibit 11 to Declaration of Marc Goldner, # 12 Exhibit 12 to Declaration of Marc Goldner, # 13 Exhibit 13 to Declaration of Marc Goldner, # 14 Exhibit 14 to Declaration of Marc Goldner, # 15 Exhibit 15 to Declaration of Marc Goldner).(Dolan, Ryan) (Entered: 11/16/2022) |
| 11/16/2022 | 128 | DECLARATION of Ryan Dolan in Support re: 124 CROSS MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment*.. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company), Marc Goldner(individually). (Attachments: # 1 Exhibit 16 to Declaration of Ryan Dolan).(Dolan, Ryan) (Entered: 11/16/2022) |
| 11/16/2022 | 129 | COUNTER STATEMENT TO 118 Rule 56.1 Statement. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company), Marc Goldner(individually)..(Dolan, Ryan) (Entered: 11/16/2022) |
| 12/16/2022 | 130 | MEMORANDUM OF LAW in Opposition re: 124 CROSS MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment. and in further Reply of Plaintiff's Motion for Summary Judgment, or Alternatively, Partial Summary Judgment*. Document filed by Alexander Norris..(Kunst, Kyle) (Entered: 12/16/2022) |

| 12/16/2022 | 131 | DECLARATION of Alexander Norris in Opposition re: 124 CROSS MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment*.. Document filed by Alexander Norris. (Attachments: # 1 Exhibit 23 - Wiseman Contract, # 2 Exhibit 24 - Email Exchange re Files, # 3 Exhibit 25 - Norris Transcript).(Kunst, Kyle) (Entered: 12/16/2022) |
|---|---|---|
| 12/16/2022 | 132 | COUNTER STATEMENT TO 126 Rule 56.1 Statement,. Document filed by Alexander Norris..(Kunst, Kyle) (Entered: 12/16/2022) |
| 12/16/2022 | 133 | REPLY MEMORANDUM OF LAW in Support re: 111 MOTION to Amend/Correct *Defendants' Answer*. MOTION for Leave to File Defendants' Counterclaims against Plaintiff . . Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company), Marc Goldner(individually).. (Dolan, Ryan) (Entered: 12/16/2022) |
| 12/16/2022 | 134 | DECLARATION of Marc Goldner in Support re: 111 MOTION to Amend/Correct *Defendants' Answer*. MOTION for Leave to File Defendants' Counterclaims against Plaintiff .. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company), Marc Goldner(individually). (Attachments: # 1 Exhibit 1 to Declaration of Marc Goldner, # 2 Exhibit 2 to Declaration of Marc Goldner, # 3 Exhibit 3 to Declaration of Marc Goldner, # 4 Exhibit 4 to Declaration of Marc Goldner, # 5 Exhibit 5 to Declaration of Marc Goldner, # 6 Exhibit 6 to Declaration of Marc Goldner).(Dolan, Ryan) (Entered: 12/16/2022) |
| 12/19/2022 | 135 | AMENDED ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) and Settlement and Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: Dkt. 103, Dkt. 117, Dkt. 124. Referred to Magistrate Judge Sarah Netburn. Motions referred to Sarah Netburn. (Signed by Judge Paul A. Engelmayer on 1219/2022) (va) (Entered: 12/19/2022) |
| 01/06/2023 | 136 | CROSS MEMORANDUM OF LAW in Opposition re: 117 MOTION for Partial Summary Judgment *or Alternatively*. MOTION for Summary Judgment . *and in Support of Defendants Motion for Summary Judgment*. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company), Marc Goldner(individually). (Attachments: # 1 Affidavit Declaration of Marc Goldner In Support, # 2 Exhibit Exhibit 1 to Declaration of Marc Goldner, # 3 Exhibit Exhibit 2 to Declaration of Marc Goldner).(Dolan, Ryan) (Entered: 01/06/2023) |
| 01/31/2023 | 137 | ORDER: On December 19, 2022, the Honorable Paul A. Engelmayer referred the Plaintiff's Motion for Partial Summary Judgment (ECF No. 117) and Defendants' Cross-Motion for Summary Judgment (ECF No. 124). Pursuant to Rule III(C) of my Individual Rules of Practice, the moving parties shall submit a courtesy copy of the memoranda of law and any supporting documents in a well-organized three-ring binder and clearly indicate the ECF docket number. In light of the cross-motions, the parties are ordered to coordinate this submission. (Signed by Magistrate Judge Sarah Netburn on 1/31/2023) (ras) (Entered: 01/31/2023) |
| 03/07/2023 | 138 | OPINION AND ORDER re: 111 MOTION to Amend/Correct *Defendants' Answer*, MOTION for Leave to File Defendants' Counterclaims against Plaintiff, filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner. Defendants' motion to amend their answer and add counterclaims is DENIED. The Clerk of Court is |

| 04/14/2023 | 139 | ORDER: A hearing on the parties' cross-motions for summary judgment will be held on Wednesday, April 19, 2023, at 11:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. Counsel should be prepared to address the following issues and provide relevant citations to controlling authority: (See document.) If the parties believe it would be productive, they may submit letters in advance of the hearing. The letters should be no more than three pages in length and shall be filed no later than noon on April 18, 2023. (Status Conference set for 4/19/2023 at 11:00 AM in Courtroom 219, 40 Centre Street, New York, NY 10007 before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 4/14/2023) (ras) (Entered: 04/14/2023) |
|---|---|---|
| 04/18/2023 | 140 | LETTER addressed to Magistrate Judge Sarah Netburn from Alexander Norris dated April 18th, 2023 re: Response to the Court's April 14th, 2023 Order. Document filed by Alexander Norris..(Perdomo, Francelina) (Entered: 04/18/2023) |
| 04/18/2023 | 141 | NOTICE OF APPEARANCE by Christie Rita McGuinness on behalf of Alexander Norris..(McGuinness, Christie) (Entered: 04/18/2023) |
| 04/18/2023 | 142 | LETTER MOTION for Oral Argument *and Opposition to Plaintiff's Motion for Summary Judgment* addressed to Magistrate Judge Sarah Netburn from Ryan Dolan dated 4/18/2023. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company), Marc Goldner(individually).. (Dolan, Ryan) (Entered: 04/18/2023) |
| 04/18/2023 | 143 | NOTICE OF CHANGE OF ADDRESS by Francelina Maria Perdomo on behalf of Alexander Norris. New Address: Saul Ewing LLP, 1270 Avenue of the Americas, Suite 2005, New York, New York, United States of America 11103, 1-212-980-7200.. (Perdomo, Francelina) (Entered: 04/18/2023) |
| 04/19/2023 | | Minute Entry for proceedings held before Magistrate Judge Sarah Netburn: Status Conference held on 4/19/2023. (ras) (Entered: 05/05/2023) |
| 05/02/2023 | 144 | TRANSCRIPT of Proceedings re: Conference held on 4/19/2023 before Magistrate Judge Sarah Netburn. Court Reporter/Transcriber: Adrienne Mignano, 92120 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 5/23/2023. Redacted Transcript Deadline set for 6/2/2023. Release of Transcript Restriction set for 7/31/2023. (nmo) (Entered: 05/02/2023) |
| 05/02/2023 | 145 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a Conference proceeding held on 04/19/2023 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days... (nmo) (Entered: 05/02/2023) |
| 05/22/2023 | 146 | REPORT AND RECOMMENDATION re: 117 MOTION for Partial Summary Judgment *or Alternatively* MOTION for Summary Judgment filed by Alexander Norris, 124 CROSS MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment,* filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner. I recommend that Plaintiff's motion for summary judgment be |

| | | |
|---|---|---|
| | | GRANTED in part, and Defendants' cross-motion for summary judgment be DENIED. (Objections to R&R due by 6/5/2023.) (Signed by Magistrate Judge Sarah Netburn on 5/22/2023) (ras) (Entered: 05/22/2023) |
| 06/05/2023 | 147 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** FIRST MOTION for Report and Recommendations *Rule 72(b) Objections to the Magistrate's May 22, 2023 Report and Recommendations*. Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company), Marc Goldner(individually)..(Dolan, Ryan) Modified on 6/6/2023 (kj). (Entered: 06/05/2023) |
| 06/06/2023 | | **\*\*\*NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Ryan Dolan to RE-FILE Document** 147 **FIRST MOTION for Report and Recommendations** *Rule 72(b) Objections to the Magistrate's May 22, 2023 Report and Recommendations*.**. Use the event type Initial Pleadings and Service -> Other Answers found under the event list Objection to Report and Recommendations. (kj)** (Entered: 06/06/2023) |
| 06/06/2023 | 148 | OBJECTION to 146 Report and Recommendations Document filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner(as officer of Golden Bell Studios, LLC), Marc Goldner(as officer of Golden Bell Entertainment, LLC, a California company), Marc Goldner(individually)..(Dolan, Ryan) (Entered: 06/06/2023) |
| 06/20/2023 | 149 | OPPOSITION BRIEF re: 148 Objection to Report and Recommendations, . Document filed by Alexander Norris..(McGuinness, Christie) (Entered: 06/20/2023) |
| 08/24/2023 | 150 | OPINION & ORDER re: 117 MOTION for Partial Summary Judgment *or Alternatively*. MOTION for Summary Judgment . filed by Alexander Norris, 124 CROSS MOTION for Summary Judgment *and Opposition to Plaintiff's Motion for Summary Judgment*. filed by Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, Marc Goldner. For the foregoing reasons, the Court grants Norris's motion for summary judgment as to Count 1 (copyright infringement) and Count 3 (cancellation of the '281 Mark), and grants defendants' cross-motion as to Count 2 (false designation of origin). The Court otherwise denies both parties' motions. This case will now proceed to trial on Norris's two remaining claims. The Court directs the parties promptly to confer, and, by September 20, 2023, to submit a joint pretrial order consistent with the Court's Individual Rules governing jury trials. Any motions in limine are due on the same date as the joint pretrial order; opposition briefs are due one week later. SO ORDERED. (Signed by Judge Paul A. Engelmayer on 8/24/2023) (rro) (Entered: 08/24/2023) |
| 08/28/2023 | 151 | ORDER: In light of the Court's recent decision on the parties' cross-motions for summary judgment, the parties are directed to contact Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference if it would be productive at this time. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least six to eight weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences. (Signed by Magistrate Judge Sarah Netburn on 8/28/2023) (ras) (Entered: 08/28/2023) |
| 09/07/2023 | 152 | LETTER addressed to Magistrate Judge Sarah Netburn from Alexander Norris dated September 7, 2023 re: Defendants' Filing Of A New Lawsuit. Document filed by Alexander Norris. (Attachments: # 1 Exhibit A, # 2 Exhibit B).(McGuinness, Christie) (Entered: 09/07/2023) |

| 09/14/2023 | [153](#) | CONFERENCE ORDER: Accordingly, all parties are ORDERED to appear at a telephone conference on Thursday, October 19, 2023, at 3:00 p.m. At that time, the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Diljah Shaw immediately at diljah_shaw@nysd.uscourts.gov. SO ORDERED. ( Telephone Conference set for 10/19/2023 at 03:00 PM before Magistrate Judge Sarah Netburn.) (Signed by Magistrate Judge Sarah Netburn on 9/14/2023) (dsh) (Entered: 09/14/2023) |
| --- | --- | --- |
| 09/21/2023 | [154](#) | ORDER: On August 24, 2023, the Court disposed of the parties' cross-motions for summary judgment. See Dkt. 150. In its order, the Court stated that Norris's two remaining claims will proceed to trial, and directed the parties to submit, by September 20, 2023, a joint pretrial order and motions in limine. That date has now come and passed without the filing of a joint pretrial order or any motions in limine. The Court sua sponte extends the deadline for a joint pretrial order and motions in limine to September 26, 2023. Opposition briefs to motions in limine are due on October 3, 2023. Failure to meet these deadlines without prior authorization of the Court will result in the Court's dismissal of this case for failure to prosecute. All filings must conform to this Court's Individual Rules. SO ORDERED. Motions due by 9/26/2023. Responses due by 10/3/2023. Pretrial Order due by 9/26/2023. (Signed by Judge Paul A. Engelmayer on 9/21/2023) (mml) (Entered: 09/21/2023) |
| 09/22/2023 | [155](#) | JOINT LETTER MOTION for Extension of Time *To Submit Pre-Trial Filings* addressed to Judge Paul A. Engelmayer from Alexander Norris dated September 22, 2023. Document filed by Alexander Norris..(McGuinness, Christie) (Entered: 09/22/2023) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 09/22/2023 16:08:16 | | | |
| PACER Login: | Rdolan24 | Client Code: | 1919.2166 |
| Description: | Docket Report | Search Criteria: | 1:19-cv-05491-PAE-SN |
| Billable Pages: | 27 | Cost: | 2.70 |