IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alexander Norris,<br><br>                       Plaintiff,<br><br>- against –<br><br>Marc Goldner, Individually and as Officer of Golden Bell Entertainment, LLC, a California Company and Golden Bell Studios, LLC, Golden Bell Entertainment, LLC, a California Company and Golden Bell Studios, LLC,<br><br>                       Defendants. | Civil Action No.: 1:19-cv-05491-PAE-SN<br><br>**PROPOSED ORDER GRANTING PLAINTIFF'S LETTER MOTION TO WITHDRAW THEIR BREACH OF CONTRACT CLAIM (NO. 4) AND CLAIM SEEKING DECLARATORY RELIEF (NO. 5)** |

Upon consideration of the Plaintiff's Letter Motion to Withdraw Their Breach Of Contract Claim (Claim No. 4) and Claim Seeking Declaratory Relief (Claim No. 5), filed by Plaintiff Alexander Norris ("Plaintiff"), **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Letter Motion to Withdraw is **GRANTED**;

(2) The Clerk of Court is directed to mark Plaintiff's Breach of Contract Claim (Claim No. 4) as withdrawn <u>with</u> <u>prejudice</u> (Doc. No. 39);

(3) The Clerk of Court is directed to mark Plaintiff's Claim Seeking Declaratory Relief (Claim No. 5) as withdrawn <u>without</u> <u>prejudice</u> (Doc. No. 39); and

(4) The Parties are to submit a proposed briefing schedule on their position on Plaintiff's claim for statutory damages under the Copyright Act of 1976 on or before Friday November 3, 2023.

Dated: _____                                                              _____

                                                                                                                            Paul A. Engelmayer, U.S.D.J.