UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER NORRIS,

                              Plaintiff,

-v-

MARC GOLDNER, *et al.*,

                             Defendants.

19 Civ. 5491 (PAE) (SN)

ORDER

PAUL A. ENGELMAYER, District Judge:

On October 30, 2023, plaintiff Alexander Norris filed a letter motion seeking to dismiss Count 4 with prejudice and Count 5 without prejudice. Dkt. 158. Pursuant to Rule 41(a)(2), the Court grants Norris's unopposed motion. As a result, no claims remain for trial, the Court having resolved Norris's other claims in its summary judgment decision of August 24, 2023. Dkt. 150. The Court accordingly vacates its earlier order of September 25, 2023, Dkt. 157, setting a deadline for a joint pretrial order and motions *in limine*.

The Court orders that the parties confer and, by November 3, 2023, submit a proposed briefing schedule for Norris's claim for statutory damages under the Copyright Act of 1976.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: October 31, 2023
       New York, New York

1