

Christie R. McGuinness
Phone: (212) 980-7205
christie.mcguinness@saul.com
www.saul.com

November 2, 2023

The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

     **RE:**   *Alexander Norris v. Marc Goldner, et al.*
              Case No. 19-cv-5491 (PAE)(SN)

Dear Judge Engelmayer:

    In accordance with Your Honor's October 30, 2023 Order, the parties write jointly to request the Court set the following briefing schedule for Plaintiff's Motion For Statutory Damages Under The Copyright Act of 1976: Plaintiff shall file their Motion For Statutory Damages by ***December 8, 2023***; Defendants shall file their Opposition to the Motion For Statutory Damages by ***January 12, 2024***; and Plaintiff shall file their Reply in Further Support of their Motion For Statutory Damages by ***January 26, 2024***.

    The parties thank the Court for its attention to this matter.

Respectfully submitted,

| | |
|---|---|
| /s/ *Christie R. McGuinness* | /s/ *Ryan P. Dolan* |
| Christie R. McGuinness, Esq. | Ryan P. Dolan, Esq. |
| **Saul Ewing LLP** | **Gerard Fox Law P.C.** |
| 1270 Avenue of the Americas, Suite 2800 | 1345 Avenue of the Americas, 33rd Floor |
| New York, New York 10020 | New York, New York 10105 |
| christie.mcguinness@saul.com | rdolan@gerardfoxlaw.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

1270 Avenue of the Americas, Suite 2800 ◆ New York, NY 10020 ◆ Phone: (212) 980-7200 ◆ Fax: (212) 980-7292

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP