

Christie R. McGuinness
Phone: (212) 980-7205
christie.mcguinness@saul.com
www.saul.com

November 30, 2023

The Honorable Paul A. Engelmayer, U.S.D.J.
United States District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

      RE:    *Alexander Norris v. Marc Goldner, et al.*
              Case No. 19-cv-5491 (PAE)(SN)

Dear Judge Engelmayer:

      As your Honor is aware, we represent Plaintiff Alexander Norris ("Plaintiff") in the above-referenced matter. We write today, jointly with Defendants, to request a one-week extension of all deadlines related to Plaintiff's anticipated Motion For Statutory Damages Pursuant To The Copyright Act of 1976. Accordingly, the new briefing schedule would be as follows: Plaintiff shall file their Motion For Statutory Damages by ***December 15, 2023***; Defendants shall file their Opposition to the Motion For Statutory Damages by ***January 19, 2024***; and Plaintiff shall file their Reply in Further Support of their Motion For Statutory Damages by ***February 2, 2024***. The parties request this extension because Mr. Dolan is leaving Gerard Fox Law P.C. and a new member of Gerard Fox Law P.C. will be taking over this matter. The parties have not sought any prior extension of their time to file any briefing related to Plaintiff's Motion for Statutory Damages, and this extension will not affect any other deadlines in this case.

      The parties thank the Court for its attention to this matter.

Respectfully submitted,

/s/ *Christie R. McGuinness*
Christie R. McGuinness, Esq.
**Saul Ewing LLP**
1270 Avenue of the Americas, Suite 2800
New York, New York 10020
christie.mcguinness@saul.com

*Attorneys for Plaintiff*

/s/ *Ryan P. Dolan*
Ryan P. Dolan, Esq.
**Gerard Fox Law P.C.**
1345 Avenue of the Americas, 33rd Floor
New York, New York 10105
rdolan@gerardfoxlaw.com

*Attorneys for Defendants*

GRANTED. SO ORDERED.

Dated: December 1, 2023
New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge