IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alexander Norris,<br><br>　　　　　　　　Plaintiff,<br><br>　- against –<br><br>Marc Goldner, Individually and as Officer of Golden Bell Entertainment, LLC, a California Company and Golden Bell Studios, LLC, Golden Bell Entertainment, LLC, a California Company and Golden Bell Studios, LLC,<br><br>　　　　　　　　Defendants. | Civil Action No.: 1:19-cv-05491-PAE-SN |

## MOTION FOR STATUTORY DAMAGES AND ATTORNEYS' FEES

NOW COMES Plaintiff Alexander Norris ("Plaintiff"), by and through their undersigned attorneys, and respectfully submits this Motion For Statutory Damages and Attorneys' Fees Pursuant To The Copyright Act of 1976.

WHEREFORE, for the reasons set forth in the accompanying Memorandum of Law, Plaintiff respectfully requests that this Court:

1. Pursuant to 17 U.S.C. § 504(c)(1) and (c)(2), award Plaintiff $450,000 in statutory damages;

2. Pursuant to 17 U.S.C. § 505, award Plaintiff $273,509.49 in attorneys' fees; and

3. Award any additional relief the Court deems just and proper.

Respectfully submitted this 22nd day of December, 2023.

　　　　　　　　　　　　　　　　　　　　*/s/ Christie R. McGuinness*
　　　　　　　　　　　　　　　　　　　　Christie R. McGuinness
　　　　　　　　　　　　　　　　　　　　SAUL EWING LLP
　　　　　　　　　　　　　　　　　　　　1270 Avenue of the Americas, Suite 2800
　　　　　　　　　　　　　　　　　　　　New York, NY 10020
　　　　　　　　　　　　　　　　　　　　(212) 980-7200

christie.mcguinness@saul.com
*Attorneys for Plaintiff*
*Alexander Norris*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Motion For Statutory Damages and Attorneys' Fees Pursuant To The Copyright Act of 1976 was filed with the Clerk on this date and sent to all counsel via CM/ECF as follows:

>Gerard Fox, Esq.
>Kathryn Lunn, Esq.
>GERARD FOX LAW P.C.
>1880 Century Park East, Suite 1410
>Los Angeles, California 90067
>*Counsel for Defendants*
>*Marc Goldner, Golden Bell Entertainment, LLC and Golden Bell Studios, LLC*

This the 22nd day of December, 2023.

>*/s/ Christie R. McGuinness*
>Christie R. McGuinness