# EXHIBIT
# 2

For assistance with TSDR, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**STATUS**    **DOCUMENTS**      Back to Search      Print

**Generated on:** This page was generated by TSDR on 2023-12-15 10:36:22 EST

**Trademark Docs:** 19      **Proceedings Docs:** click to load proceedings

**Assignments Docs:** click to load assignments

## Trademark Documents

| Select All ☐ | Create/Mail Date | Document Description | Document Category | Document Type |
|---|---|---|---|---|
| ☐ | Jan. 04, 2021 | Notice of Abandonment | | XML |
| ☐ | Jun. 20, 2020 | Offc Action Outgoing | | XML |
| ☐ | Jun. 20, 2020 | XSearch Search Summary | | XML |
| ☐ | Jun. 03, 2020 | Amendment and Mail Process Complete | | MULTI |
| ☐ | May 18, 2020 | Notice Of Revive Application | | XML |
| ☐ | May 18, 2020 | Specimen | | JPEG |
| ☐ | May 18, 2020 | TEAS Petition to Revive Abandon Applic | | MULTI |
| ☐ | Apr. 02, 2020 | Notice of Abandonment | | XML |
| ☐ | Sep. 17, 2019 | Offc Action Outgoing | | XML |
| ☐ | Sep. 17, 2019 | XSearch Search Summary | | XML |
| ☐ | Aug. 26, 2019 | Notice Of Revive Application | | XML |
| ☐ | Aug. 25, 2019 | TEAS Petition to Revive Abandon Applic | | MULTI |
| ☐ | Aug. 19, 2019 | Notice of Abandonment | | XML |
| ☐ | Jan. 21, 2019 | Examiners Amendment Priority | | XML |
| ☐ | Jan. 21, 2019 | Notation to File | | XML |
| ☐ | Jan. 21, 2019 | XSearch Search Summary | | XML |
| ☐ | Oct. 09, 2018 | Drawing | | JPEG |
| ☐ | Oct. 09, 2018 | Specimen | | JPEG |
| ☐ | Oct. 09, 2018 | TEAS Plus New Application | | MULTI |

## Proceedings Documents - Click to Load

**Assignments Documents - Click to Load**