# EXHIBIT
# 3









COLLECTIONS



theohnoshop.com/products/oh-no-book-signed-by-alex-norris



ALEX NORRIS)

Sold out

-

pre-order ▾

SOLD OUT

The first book of Webcomic Name comics, "oh no"!

It is a collection of the best comics from the first year of Webcomic Name, plus 50% new book-exclusive comics.

Pre-orders will be shipped in 3-4 weeks.

Every copy lovingly signed by Alex Norris with a cat and a blob <3

————

Amazon Book Reviews By People Who Have Never Seen My Comics Before:

theohnoshop.com/products/oh-no-book-signed-by-alex-norris



# "OH NO" BOOK (SIGNED BY ALEX NORRIS)

Sold out

-

pre-order

SOLD OUT

The first book of Webcomic Name comics, "oh no"!

It is a collection of the best comics from the first year of Webcomic Name, plus 50% new book-exclusive comics.

Pre-orders will be shipped in 3-4 weeks.

Every copy lovingly signed by Alex Norris with a cat and a blob <3







theohnoshop.com/collections/stickers

A5 "CLASSIC" STICKER SHEET
£4.95

A6 "APPLE LAPTOP" STICKER SHEET
£3.50

A5 "RA
£4.95



A5 "ANIMAL" STICKER SHEET
£4.95

theohnoshop.com/collections/book

1 product                                                                                      Sort ⌄



"OH NO" BOOK (SIGNED BY ALEX NORRIS)

Sold out