# EXHIBIT 4

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

| STATUS | DOCUMENTS | | **Back to Search** | Print |
|---|---|---|---|---|

**Generated on:** This page was generated by TSDR on 2023-12-15 10:31:39 EST

**Trademark Docs:** 20         **Proceedings Docs:** **click to load proceedings**

**Assignments Docs:** **click to load assignments**

## Trademark Documents

| Select All ☐ | Create/Mail Date | Document Description | Document Category | Document Type |
|---|---|---|---|---|
| ☐ | May 05, 2021 | **Notice of Abandonment** | | XML |
| ☐ | Oct. 22, 2020 | **Offc Action Outgoing** | | XML |
| ☐ | Oct. 22, 2020 | **XSearch Search Summary** | | XML |
| ☐ | Sep. 30, 2020 | **Notice Of Revive Application** | | XML |
| ☐ | Jul. 28, 2020 | **TEAS Petition to Revive Abandon Applic** | | MULTI |
| ☐ | Jun. 29, 2020 | **Notice of Abandonment** | | XML |
| ☐ | Dec. 15, 2019 | **Offc Action Outgoing** | | XML |
| ☐ | Nov. 26, 2019 | **Amendment and Mail Process Complete** | | MULTI |
| ☐ | Nov. 18, 2019 | **Response to Office Action** | | MULTI |
| ☐ | Nov. 18, 2019 | **Specimen** | | JPEG |
| ☐ | May 19, 2019 | **Offc Action Outgoing** | | MULTI |
| ☐ | Apr. 27, 2019 | **TRAM Snapshot of App at Pub for Oppostn** | | MULTI |
| ☐ | Apr. 25, 2019 | **Offc Action Outgoing** | | XML |
| ☐ | Mar. 23, 2019 | **Request to Divide** | | XML |
| ☐ | Jan. 21, 2019 | **Priority Action** | | XML |
| ☐ | Jan. 21, 2019 | **Notation to File** | | XML |
| ☐ | Jan. 21, 2019 | **XSearch Search Summary** | | XML |
| ☐ | Nov. 08, 2018 | **Drawing** | | JPEG |
| ☐ | Nov. 08, 2018 | **Specimen** | | JPEG |
| ☐ | Nov. 08, 2018 | **TEAS Plus New Application** | | MULTI |

**Proceedings Documents - Click to Load**

**Assignments Documents - Click to Load**