# EXHIBIT 5















## "OH NO" BOOK (SIGNED BY ALEX NORRIS)

Sold out

-

| pre-order ∨ |

**SOLD OUT**

The first book of Webcomic Name comics, "oh no"!

It is a collection of the best comics from the first year of Webcomic Name, plus 50% new book-exclusive comics.

Pre-orders will be shipped in 3-4 weeks.

Every copy lovingly signed by Alex Norris with a cat and a blob <3







theohnoshop.com/collections/stickers

A5 "CLASSIC" STICKER SHEET
£4.95

A6 "APPLE LAPTOP" STICKER SHEET
£3.50

A5 "RA
£4.95



A5 "ANIMAL" STICKER SHEET
£4.95

theohnoshop.com/collections/book

1 product                                                                                              Sort



"OH NO" BOOK (SIGNED BY ALEX NORRIS)
Sold out