# Exhibit A

Motion For Leave To File Under Seal Pending