# Exhibit B

Motion For Leave To File Under Seal Pending