## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alexander Norris,<br><br>　　　　　　　　Plaintiff,<br><br>　- against –<br><br>Marc Goldner, Individually and as Officer of Golden Bell Entertainment, LLC, a California Company and Golden Bell Studios, LLC, Golden Bell Entertainment, LLC, a California Company and Golden Bell Studios, LLC,<br><br>　　　　　　　　Defendants. | Civil Action No.: 1:19-cv-05491-PAE-SN |

### [Proposed] Order Granting Plaintiff's Letter Motion To Seal

Upon consideration of the Letter Motion, filed by Plaintiff Alexander Norris ("Plaintiff"), seeking to seal Exhibits "A" and "B" (also attached as "Exhibit A" to Plaintiff's Letter Motion to Seal) to the Declaration of Francelina M. Perdomo Klukosky In Support Of Plaintiff's Motion For Statutory Damages Pursuant To The Copyright Act of 1976,

**IT IS HEREBY ORDERED** that:

(1) The Letter Motion is **GRANTED**; and

(2) The Clerk of Court is directed to seal Exhibits "A" and "B" to the Declaration of Francelina M. Perdomo Klukosky In Support Of Plaintiff's Motion For Statutory Damages Pursuant To The Copyright Act of 1976.


Dated: _____	_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Paul A. Engelmayer, U.S.D.J.

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Proposed Order Granting Plaintiff's Letter Motion To Seal Exhibits A and B to the Declaration of Francelina M. Perdomo Klukosky In Support Of Plaintiff's Motion For Statutory Damages and Attorneys' Fees Pursuant To The Copyright Act of 1976 was filed with the Clerk on this date and sent to all counsel via CM/ECF as follows:

    Gerard Fox, Esq.
    Kathryn Lunn, Esq.
    GERARD FOX LAW P.C.
    1880 Century Park East, Suite 1410
    Los Angeles, California 90067
    *Counsel for Defendants*
    *Marc Goldner, Golden Bell Entertainment, LLC and Golden Bell Studios, LLC*

This the 22nd day of December, 2023.

                                                        */s/ Christie R. McGuinness*
                                                        Christie R. McGuinness