UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ALEXANDER NORRIS,

                                   Plaintiff,

-v-

MARC GOLDNER, *et al.*,

                                   Defendants.

19 Civ. 5491 (PAE) (SN)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      On December 28, 2023, the Court denied plaintiff's motion to file plaintiff's counsels' timesheets under seal. Dkt. 172. In its order, the Court explained that it would permit limited redactions to omit the content of attorney-client communications. Since then, plaintiff has failed to refile counsels' timesheets, despite the fact that defendants' response to plaintiff's motion for statutory damages and attorneys' fees is due January 26, 2024. Given this rapidly impending deadline, the Court orders plaintiff to file counsels' timesheets by January 11, 2024.

      SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 9, 2024
         New York, New York