UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

Plaintiff, Alexander Norris

-v-

Defendant. Marc Goldner

x
-----------------------------------------------------------------

AMENDED
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

19 Civ. 5491   (PAE)(SN)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose:

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: Motion for Attorneys' Fees and Statutory Damages - Dkt. 166

All such motions: Yes

*Do not check if already referred for general pretrial.

Dated January 23, 2024

SO ORDERED:

*Paul A. Engelmayer*

United States District Judge