AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

ALEXANDER NORRIS d/b/a **District of** Southern District of New York

WEBCOMIC NAME

Plaintiff (s),

V.

MARC GOLDNER, et. al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

**CASE NUMBER:** 1:19--cv-05491

Notice is hereby given that, subject to approval by the court, __Gerard Fox Law, P.C.__ substitutes
(Party (s) Name)

__Eleanor Lackman__, State Bar No. __4219598__ as counsel of record in
(Name of New Attorney)

place of __Gerard Fox Law, P.C. - Gerard Patrick Fox; Ryan Dolan (no longer at Gerard Fox Law, P.C.)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Mitchell Silberberg & Knupp LLP |
| Address: | 437 Madison Ave., 25th Floor, New York, NY 10022 |
| Telephone: | (212) 878-4890        Facsimile |
| E-Mail (Optional): | eml@msk.com |

I consent to the above substitution.

Date: 1/23/2024

Marc Goldner On behalf of Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, and as an Individual
*Digitally signed by Marc Goldner On behalf of Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, and as an Individual*
*Date: 2024.01.23 18:15:48 -05'00'*

(Signature of Party (s))

I consent to being substituted.

Date: 1/24/2024

Gerard P. Fox
*Digitally signed by Gerard P. Fox*
*Date: 2024.01.24 09:58:38 -08'00'*

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/22/2024

Eleanor M. Lackman
*Digitally signed by Eleanor M. Lackman*
*Date: 2024.01.22 20:33:21 -05'00'*

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**