AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| | | |
|---|---|---|
| ALEXANDER NORRIS d/b/a | District of | Southern District of New York |

WEBCOMIC NAME

Plaintiff (s),

V.

MARC GOLDNER, et. al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 1:19--cv-05491

Notice is hereby given that, subject to approval by the court, __Marc Goldner et al.__ substitutes
(Party (s) Name)

__Eleanor Lackman__, State Bar No. __4219598__ as counsel of record in
(Name of New Attorney)

place of __Gerard Fox Law, P.C. - Gerard Patrick Fox; Ryan Dolan (no longer at Gerard Fox Law, P.C.)__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Mitchell Silberberg & Knupp LLP |
| Address: | 437 Madison Ave., 25th Floor, New York, NY 10022 |
| Telephone: | (212) 878-4890    Facsimile |
| E-Mail (Optional): | eml@msk.com |

I consent to the above substitution.

Date: 1/23/2024

Marc Goldner On behalf of Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, and as an Individual
Digitally signed by Marc Goldner On behalf of Golden Bell Entertainment, LLC, Golden Bell Studios, LLC, and as an Individual
Date: 2024.01.23 18:15:46 -05'00'

(Signature of Party (s))

I consent to being substituted.

Date: 1/24/2024

Gerard P. Fox
Digitally signed by Gerard P. Fox
Date: 2024.01.24 09:58:38 -08'00'

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 1/22/2024

Eleanor M. Lackman
Digitally signed by Eleanor M. Lackman
Date: 2024.01.22 20:33:21 -05'00'

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/24/24

Paul A. Engelmayer
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]