# EXHIBIT C

# Re: Option of Future Book

From: **Marc Goldner** | marc@goldenbellstudios.com    Wednesday, Oct 31, 2018, 6:45 AM

To: **Alex Norris** | alexanderdnorris@gmail.com

Cc: **Rachel Korsen** | rachel@goldenbellstudios.com, **Robert Gross** | rob@goldenbellstudios.com

Hi Alex,

Yes we will be exercising our option on your next works. We do execute editorial, development, etc. on all of our books especially as we work with distributors and retailers to maximize sales of all of our books. We usually will bundle books as well with Stuffed Animals and Games to avoid consignment at book stores.

Please send all the files for review and we'll see what's next. Thanks!

Best Regards,
Marc

> From: **Alex Norris** | alexanderdnorris@gmail.com    Thursday, Oct 4, 2018, 8:49 AM
>
> Hello,
>
> I am currently self-publishing a book called "Animals" which is a 40-page book of comics about animals.
>
> The contract says you require an option on my next work, so here it is. I am set on self-publishing but you get to have an option on it before I do.
>
> It will be coming out very soon!
>
> Alex