# EXHIBIT E



Preview just need the game box it's for the catalog and the stuffies we'll handle can u get this by sunday the LATEST 00:36

Feb 12, 2018

**alex norris Webcomic Name**
Hello! Apologies, I'm only seeing this now 09:39

I'm going to send you some box comic sketches now 09:39

And can get them done ASAP 09:39

**alex norris Webcomic Name**

  









