# EXHIBIT F

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VAu 1-337-956**

**Effective Date of Registration:**
December 04, 2018

## Title

| | |
|---|---|
| **Title of Work:** | Webcomic Name Collection Volume 1 |
| **Content Title:** | Webcomic Name Collection Volume 1-Different |
| | Webcomic Name Collection Volume 1-Dog |
| | Webcomic Name Collection Volume 1-Imagination |
| | Webcomic Name Collection Volume 1-Impossible |
| | Webcomic Name Collection Volume 1-Procrastination |

## Completion/Publication

**Year of Completion:** 2018

## Author

- **Author:** Alexander Norris
  **Pseudonym:** Dorris McComics
  **Author Created:** 2-D artwork, text
  **Citizen of:** United Kingdom
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Alexander Norris
2 Homerton Grove, London, E96BX, United Kingdom

## Rights and Permissions

**Organization Name:** Chinta Perdomo Berks & Fratangelo LLP
**Name:** Francelina Perdomo
**Email:** fperdomo@chintaperdomo.com

Telephone: (212)244-1261
Address: 17 State Street
Suite 4000
New York, NY 10004 United States

## Certification

Name: /Francelina M. Perdomo/
Date: December 04, 2018
Applicant's Tracking Number: 21331

Copyright Office notes: Basis for Registration: Unpublished collection