# EXHIBIT H













