# EXHIBIT I











**New**



Add this account to your Accounts Center with rachelkorsen.art to more easily switch between your Instagram accounts. 24s

raiseusfromperdition mentioned you in a comment: @cfkorsen probably because @goldenbellstudios bullies artists and steals their intellectual property 31m

Reply Send

**notmishfan** 18w

can someone drop the company name so we can publicly call them out and shit on them

Reply



















