# EXHIBIT J



# Legal fund for Alex Norris "oh no" comics

£273,384 raised of £300,000 goal • 13.7K donations



I am Alex Norris, creator of the webcomic *Webcomic Name*. I am here to ask for help fighting a legal case to protect my ownership of *Webcomic Name*, so that I can continue to make my comics for my audience around the world.

I have been fighting this case since 2019. It arose out of an agreement to make a boardgame based on my webcomic in 2017 but the publishing company has used this as an opportunity to take *all* of my intellectual property, and has even claimed ownership of *Webcomic Name* as a whole. I can't go into more detail here, but the details of the case are publicly available to read online.

I created Webcomic Name in 2016, originally as a parody of relatable webcomics. For the past 6 years, the format has been the same: three panels long, featuring a silly pink blob, and ending every time with the punchline "oh no". Over time, it has increasingly become a commentary on issues close to my heart: social justice, gender and sexuality, internet culture, and what it means to be an artist on the internet.

I love making this webcomic, and I am so thrilled it has been amazingly popular with the internet and beyond. I am proud to have found something my readers love reading as much as I love making!

This lawsuit was filed in the U.S. and it has been incredibly expensive. I am a queer Welsh artist based in the UK, from a working-class background. As you can imagine, this whole thing has been devastating to my mental health, and a massive struggle for the past 5 years. I have never been through anything like this before. I haven't posted so much recently, and this is why. It has had an overwhelming effect on my life, on my ability to work, and my ability to enjoy things day by day.

I am proud to have funded my way through this case so far through my own hard work, and the support of my incredible readers through my online shop, Patreon and appearances at comic conventions. I haven't felt able to talk about this much publicly, until now. Your kind donations will help cover the legal fees I currently owe, and support me until the end of the case. Any funds that may be left over once the case is finished will be given to a charity of my selection.

Thank you to everyone for your support- it means the world! I am grateful to have such a wonderful audience! And thank you to all of my amazing friends and family who have been an emotional support through the particularly rough times.

Lots of love
Alex

---

## Updates (5)

**October 6th, 2023**  by Alex Norris, Organizer

We made it!!!!

We hit the goal of £260,000 in under 24 hours! This means I can pay my recent legal fees and also fund the next stage of the case. I am so so grateful.

If you were planning to donate but haven't yet- your donation is still appreciated and useful. I have raised the goal again because I will likely have to fundraise again at some point- the case is complicated and frustrating. But we are heading in the right direction and I am determined!

I couldn't do this without you.

Alex x



See older updates

Donate          Share

## Organizer and beneficiary

**Alex Norris →**
Organizer
England

**Alex Norris**
Beneficiary

Contact

## Words of support (592)

Please donate to share words of support.

**Brett Beutell**
£10  •  3 mos

Oh no

**Mr Dino**
£10  •  4 mos

Your comics belong to you. I wish you the best of luck in keeping your property.

**christina dideriksen**
£30  •  4 mos

Your art has brought me such joy over the years. I hope you are able to win your rights back.

**tracy Saulino**
£25  •  4 mos

When companies try to steal from the creatives the top level of the company and their legal team belong in pillories and a carnival set-up around them where the winners' prizes are all rotten fruits for beaning the pilloried jackass thieves. I…
Read more

**Ana Cabrera Soca**
£20  •  4 mos

No one should go through something like this. He doesn't deserve this


**joseph foster**
£15 • 4 mos

Always solidarity with good people subject to this awful nonsense. Solidariaeth!


**Jack Harvey**
£5 • 4 mos

Creators rights matter.


**Nhi Andrews**
£16 • 4 mos

I love the "Oh No" comics :c I've just been thinking lately how I haven't seen them recently and it's sad to hear that this is the reason why. We're on your side! Keep up the good fight ♥


**Melissa Van Daalen Wetters**
£5 • 4 mos

From one artist to another, you deserve to be at peace and not having to fight this crazy legal battle for what is rightfully your creation.


**Carmine Gnolo**
£50 • 4 mos

What happened to Alex is beyond disgusting, a true capitalist nightmare from people that do not deserve to be in business.


**Ange Patuła**
£10 • 4 mos

no artist should ever be put in a situation like that


**Theo Worsley**
£20 • 4 mos

I've been following Alex's work for a while and this whole situation is so ridiculously unjust! I hope the judge sees sense and finds in your favour!


**Emilie Perdrizat**
£20 • 4 mos

Car cela me touche que des gens doivent se battrent en justice contre des grandes entreprises qui ont beaucoup d'argent de leur côté pour payer les frais d'avocat etc. C'est David contre Goliath.


**Michael Stenmark**
£10 • 4 mos

I really stand with Alex, the creator! ..and it is a David against Goliath battle. We have to give our support, as creators, fan and fellow humans. Good luck with the case Alex!


Jessica Cantlope
£5  •  4 mos

Oh no!


robert kremer
£5  •  4 mos

muss blob helfen


Sara Knowles
£50  •  4 mos

Webcomic Name has been one of my favorites for years. Wishing you the best in this difficult situation. You've got this!


Meghan Ellis
£5  •  4 mos

Keep fighting!


Keaven Normandin Racine
£10  •  4 mos

God fucking dammit...


יגאל טבצ'ניק
£25  •  4 mos

Went rummaging through for a book then saw this. I admit I had completely forgotten getting this many years ago, but the "oh no" blob will always belong to Alex and their Webcomic Name!




Gordon Wagner
£10  •  4 mos

Cartoonists are important


Peter Melvin
£10  •  4 mos

Thanks for all the free entertainment over the years, hope all goes well


Antonin ADELINE
£5  •  4 mos

I want to help the rare artists that entertained me with nice content while I could have been wasting my time scrolling shit instead


Gabriela Poveda
£7  •  4 mos


I love this comics, the phrase is now iconic! I wanna help Alex Norris keep their rights to their work! Best of luck


**Micah Miles**
£20 • 4 mos

I'm a long-time fan (from back in the Johand days) and a full time shipper of Alex and Ruby


**Jodie de-Lancey**
£10 • 4 mos

I wish I could donate more. Good luck in your fight against The Man xxx


**Fabiana Figueiredo**
£30 • 4 mos

I'm so sorry you are going thought this Alex! Let's show this assholes the power of the collective. ;)


**Brittany Noordman**
£10 • 4 mos

support artists and their work


**Sharon Rey-Barreau**
£20 • 4 mos

I love Webcomic Name and I hate that you're having to fight a bunch of lowlife intellectual property thieves!


**Георги Иванов**
£10 • 4 mos

oh no


**Jackie Butler**
£5 • 4 mos


**Chester Holme**
£5 • 4 mos




**Jennifer Beer**
£5 • 4 mos

I'm so sorry to hear this Alex! I love your work and I hope you keep up the good fight.

**Rick Palm**
£5 • 4 mos

Case 1:19-cv-05491-PAE-SN   Document 184-10   Filed 02/16/24   Page 8 of 20

love the comics, hate the reckless companies! fighting legal battles is a struggle
on it's own, but fighting for artistic property is the headache on top of the
headache!


Claire Copping
£10  •  4 mos

Get em, Alex.


Samuel Hussey
£20  •  4 mos

This is important, we're all behind you Alex!


Jessica Brown
£5  •  4 mos




Nikolai Vasilev
£10  •  4 mos

When it's over I hope to see an "Oh YES" comic :D


Lauren Matthews
£5  •  4 mos

Wishing you all the best with the case, how evil of the company to do this!!


Trudi Topham
£50  •  4 mos

How dare they? Get them, then get all THEIR money as compensation for this
nonsense!


Pablo Peña
£25  •  4 mos

Your comics have brought me so much joy ❤️ I hope this helps in your fight.


Dominic Kealey
£5  •  4 mos

the idea that a company can come along and take someones entire body of work
makes me feel ill.


Allison Sheldon
£10  •  4 mos

Love your work, wishing you all the best and good luck in your fight.


Sophie Christophe
£10  •  4 mos

Love your work, I hope it will help you get better


**Mary Hill**
£20 • 4 mos

this is so unfair, you have all my support!!! best of luck to you, friend!!


**Daniel Guerriero**
£20 • 4 mos

It's despicable that companies try garbage like this, I hope you get what you are owed several times over.


**Eline Krus**
£20 • 4 mos

We little ones have to support each other! I really enjoy your comics and I hope you will win the case 


**Felicity Reilly**
£30 • 4 mos

i love your comic. good luck, and i have everything crossed x


**Jana Ross**
£25 • 4 mos

♥


**Sonja Hatanpää**
£20 • 4 mos

Hopefully the case would close soon on your win and you could continue on with your life. Stay strong


**Feras Sobh**
£20 • 4 mos

Artists need to create art in peace


**Elle Vargas**
£10 • 4 mos

Art can't exist without artists. I hope you win your case!


**VERONICA ABREU ZANUZZO**
£15 • 4 mos


**Beatriz Espinazo Benvenuty**
£15 • 4 mos

I have been following you for years and I love the "Oh no" webcomic. After years of funny and delightful mini comics this is my way to thank you for that and also I know I am supporting you when you really need it. I hope you success


**Jessica Taylor**
£15 • 4 mos

Capitalism can suck my balls Beat the man


Sheila Spiker
£5  •  4 mos

Screw big corporations trying to steal from artists! Sorry mate. It's not much, but hope it helps some!


Frida Hentschel
£50  •  4 mos

I know how legal battles can be exhausting, especially when someone nasty (and with deeper pockets) is fighting against you. But you should own what is rightfully yours! Stay strong


Kara Marin
£10  •  4 mos

It's time to make the evil companies who think they can steal from and bully artists say "oh no"


Ariel Owens
£15  •  4 mos

Honestly God told me I was supposed to donate to a fundraiser today but He never said where. I was scrolling on my phone Isaw your post, and actually kept scrolling, but I remembered what He said and went back. Unfortunately I can't give more right... Read more


Reegan Moore
£15  •  4 mos

Oh no!


Richard Chancellor
£25  •  4 mos

We support you.


Sam Bull
£5  •  4 mos

Good luck Alex! I love your comics, they've genuinely brought me many moments of joy and laughter. Stick it to the man hun. Love a fellow Welsh they/them xox


Eric Duerr
£5  •  4 mos

New to your comic, love it. Happy to help queer artists, go get em!


Alexander Elliott-Welch
£5  •  4 mos

I liked it.



**Brenden Owen**

£5 • 4 mos

oh no!!



**Ermy Rukmana**

£25 • 4 mos

Thank you for some of the funniest and heart-warming comics! Blob for the win!



**Jordan King-Lacroix**

£50 • 4 mos

Fighting greedy corporations, and for the rights of artists, is always worthwhile!



**Steve Anderson**

£5 • 4 mos

Long time fan. Thank you for the funnies, love you you crazy meat-covered-skeleton



**Mario Panighetti**

£40 • 4 mos

I've gotten free entertainment from Webcomic Name for years and am happy to help support a fight to protect creator's rights!



**Leo Elso**

£20 • 4 mos

Donated again because your comic is one of the most original and relevant art the internet has produced in a while and that you deserve to own ALL OF YOUR GENIUS GO GET THEM



**Christianna Pate**

£25 • 4 mos

Love your work, Alex. Wishing you all the luck.



**Jayde Perkin**

£20 • 4 mos

Alex's "oh no" comics are legendary & artistic integrity is crucial xxx really hope you manage to gather the funds in time xx



**Maya Tomlinson**

£10 • 4 mos

Sorry I can't donate a higher amount, but I hope this helps! Good luck with the case!



**Matthew Juggins**

£10 • 4 mos

Keep fighting the good fight


**Alex Mallinson**
£30 • 4 mos

Alex's comics are so immediately relatable and shared so widely, yet still the work of one person. We should celebrate and support individual creators against exploitation. ♥♥♥


**Rayan Haindl**
£5 • 4 mos

Go get 'em!


**Laura Rezko**
£10 • 4 mos

Go kick butt! Your comic is amazing!


**Kimberly Bull**
£20 • 4 mos

Down with the corporate elite


**Marcela Sandoval**
£20 • 4 mos

GOOD LUCK ❤️


**Fin Dennis**
£10 • 4 mos

Give 'em heck


**Andia Newton**
£5 • 4 mos

I have enjoyed these comics for many years and I am also an artist. Good luck!


**Keira Shear**
£20 • 4 mos

Fuck the big corporations. Rooting for you!


**Lia Leozappa**
£5 • 4 mos

The underdog should always win. Fuck the big, stealing corporations. Plus fellow Margz local x


**Alex Murphy**
£15 • 4 mos

Go get em!


**Morgan Clymer**
£5 • 4 mos

I LOVE "OH NO" COMICS



**Hannah Earl-Sayers**
£5 • 4 mos

You're doing good work in the face of great difficulty



**Nils Thüsing**
£5 • 4 mos

corporations taking advantage of artists deserve to be legally obliterated.



**Andrea Cano**
£20 • 4 mos

Fight those rascals! Kick their butts! I don't know currency exchange so not sure how much I donated but hope it helps.



**Jack DeWald**
£10 • 4 mos

Kick their butts



**Catherine Wilson**
£15 • 4 mos

Get em



**William Quale**
£10 • 4 mos

I want you to be able to say a big "OH YES" someday when this is all over, Alex!



**Kate Roberts**
£5 • 4 mos

Oh no :(



**Veronique Ayme**
£20 • 4 mos

Get them. And set an example. Hoping artists in future years will not have to fight as hard as you did...



**Eric Schwarz**
£5 • 4 mos

Oh Yes!



**Timmy Ejdetjärn**
£10 • 4 mos

this webcomic is great and what is happening to its creator is unfair


**Chris Saucier**
£15 • 4 mos

Oh yes!


**Laura Gall**
£10 • 4 mos

Good luck, you've got this! :)


**Steven Tunney**
£25 • 4 mos

O na! Pwb lwc Alex, you can do it!


**Lena Rosenkranz**
£10 • 4 mos

Keep on going Alex! Greetings from Germany 


**Essi Salomaa**
£10 • 4 mos

I really want you to win this case! Keep pushing! (And I live "oh no")


**Teresa Sisamon**
£5 • 4 mos

Keep going!!


**Joanne Patricia Davis**
£15 • 4 mos

Donating again, as a fellow creative person, we need to have each others backs! x


**Iain Wilson**
£10 • 4 mos

Have another donation, because we cannot lose 'oh no' like this!


**Sophie Renner**
£10 • 4 mos

good luck


**Roman Alberto Romano Ramos**
£10 • 4 mos

Get that evil corp!


**Hai Dang Duong**
£15 • 5 mos

Thanks for making the world to a better one! Love your work and thousands of others do as well. Stay Strong ❤


siu ho leung
£20 • 5 mos

Go Alex! Great news so far. Keep fighting!


Lucia Juarez
£10 • 5 mos

Don't give up :) i hope artists can win against corporate greed for once


Joanne Chang
£50 • 5 mos

Love your comics!


Matteo Basso
£10 • 5 mos

Love what you do! Keep on keeping on!


Akhila Krishnan
£10 • 5 mos




Donald Dudding
£10 • 5 mos

I believe it's important for independent webcartoonists to stick together.


Liubov Ermolaeva
£10 • 5 mos

Thank Alex Norris for such a charming cat and good luck in the legal case




Cloe Crettaz
£10 • 5 mos

I have been loving your work for years. I am really sorry this is happening to you and hope with all my heart you will win this case. Much love and strength to you!


esther vreeland
£10 • 5 mos

You're a philosopher and a poet and you help people make sense of the world. Stay strong!


Tim Mackenzie
£15 • 5 mos

Hope this weekend's gin and ciggies fund goes some way to helping. All the best.


Miguel concha
£5 • 5 mos

His work is great!


Nick Giordano
£20 • 5 mos

Sending some Elle Woods energy your way. Kick some legal ass!




Ron Stephens
£10 • 5 mos

I support artists.


Jeroen Funke
£10 • 5 mos

Hey big stupid companies, keep your big stupid hands off of our comic artists!


Matthew Romano
£15 • 5 mos

This comic has meant a lot to me...cute AND smart and so "on point"!!


Sebastian Marshall
£50 • 5 mos

Don't let the bastards get you down. We're rooting for you


Lucy MacLeavy
£5 • 5 mos

Alex is the best!


Ellen Evers
£6 • 5 mos

their last words will be: oh no!


Davdi Poole
£20 • 5 mos

I support this creator and all creators!


Alasdair Ferguson
£10 • 5 mos

Make sure you read the fine print next time!

2/15/24, 10:15 AM
Case 1:19-cv-05491-PAE-SN   Document 184-10   Filed 02/16/24   Page 17 of 20
Fundraiser for Alex Norris by Alex Norris : Legal fund for Alex Norris Poulpe comics



**Iain Wilson**
£10 • 5 mos

Keep going Alex, all the best!



**Martin Muller**
£10 • 8 mos

I've been following your work for years. Good luck in your fight from Prague, Czechia.



**Andrew Fabian**
£5 • 9 mos

I miss your comics, hope this helps.



**George Langham**
£10 • 1 yr

It's shit that large American corporations feel like they can bully independent creators like yourself. Show them that they can't!



**Tyler Pool**
£20 • 1 yr

Dude that is fucked, I had no idea. Hope this helps, best of luck.



**Brett Brooks**
£20 • 1 yr

No mercy, get em!!



**Emily Rohrlach**
£10 • 1 yr

Get their ass!



**Andrew Reade**
£20 • 1 yr

SUE THEM INTO THE GROUND ALEX



**Barbara FERRERES**
£5 • 1 yr

Sorry for the small amount. I wish you to be able to settle this soon. There is nothing worse than art-thieves. You are one of my favorite artists and I wish you nothing but thrive!



**JAMES STAFFORD**
£20 • 1 yr

My autistic 6 year old loves your comics and they help him understand his feelings, so I owe you a lot. Wish we had more to give. Good luck.


Jose Renato Evangelista
£5 • 1 yr

Good luck.


Christian Cardinaux
£5 • 1 yr

Thanks for the laughs all these years! Go get them!


Colette Roach
£10 • 1 yr

My favourite comic ever. I hope you win x


Janet Choi
£20 • 1 yr

oh no! love your art. you got this!


Michael Rebok
£50 • 1 yr

I love these comics and I want to see more!


Callum Buckland
£10 • 1 yr

To hell with them. You got this!


Leo Elso
£5 • 1 yr

Show them what you've got! We're all behind you.


Carlos Sagasti
£50 • 1 yr

Wishing you all the luck!


Léa ASsako Assako
£5 • 1 yr

Fuck Em.


Jacqueline Yeo
£10 • 1 yr

heck those guys


Marianela Ruiz Guinea
£5 • 1 yr

I love u so much

**James Raines**
£20 • 1 yr

oh no

**Ella-Meï Tabernero Chaudet**
£20 • 1 yr

Hell no!

**Joshua Bennett**
£25 • 1 yr

To hell with IP thieves.

Show more

Created November 8th, 2022 · Creative

Report fundraiser

## Your easy, powerful, and trusted home for help

**Easy**
Donate quickly and easily.

**Powerful**
Send help right to the people and causes you care about.

**Trusted**
Your donation is protected by the GoFundMe Giving Guarantee.

# More ways to make a difference. Find fundraisers inspired by what you care about.

Nearby



**stephaniejay_uk** 65w · ♥ by author

How much do you need total?

Reply

♡
1



**webcomic_name** ✓ 65w

@stephaniejay_uk it's unclear- the case is ongoing. But the amount raised so far will cover my legal fee debts and a bit more! 💕

Reply

♡
10



**stephaniejay_uk** 65w

@webcomic_name donated some yesterday to hooefully help. America is crazy in fees for everything!

Reply

♡

— Hide replies

 ig_deeds 65w