

Francelina M. Perdomo Klukosky
Phone:  (212) 980-7206
Francelina.PerdomoKlukosky@saul.com
www.saul.com

March 6, 2024

*Via ECF*
The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square, Room 430
New York, New York 10007

      Re:   *Alexander Norris v. Marc Goldner, et al.*
             Case No. 19-cv-05491-PAE-SN

Dear Judge Netburn,

    As Your Honor is aware, we represent Plaintiff Alexander Norris ("Plaintiff") in the above-referenced matter, and write today in opposition to Defendants Marc Goldner, Golden Bell Studios, LLC and Golden Bell Entertainment, LLC's (collectively, "Defendants") Letter Motion For Permission To File A Sur-Reply (the "Letter Motion").

    *First*, Defendants entirely failed to meet and confer with Plaintiff regarding their Letter Motion in contravention of the standardized practice in this District of first trying to work out issues amongst the parties before engaging with the Court.

    *Second*, while fundamentally, unequivocally disagreeing with Defendants' assertions in their Letter Motion and need for a Sur-Reply, Plaintiff requests that if this Court grants the Letter Motion, Plaintiff be provided an opportunity to respond to Defendants' submission.

Respectfully Submitted,

/s/ Francelina M. Perdomo Klukosky

CC:

All Counsel Of Record VIA ECF.

1270 Avenue of the Americas, Suite 2800 ◆ New York, NY  10020 ◆ Phone: (212) 980-7200 ◆ Fax: (212) 980-7292

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

51881201.1