UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDER NORRIS,

                    Plaintiff,              19-CV-05491 (PAE)(SN)

      -against-                    **ORDER**

MARC GOLDNER, et al.,

                    Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Oral argument on the Plaintiff's motion for statutory damages and attorneys' fees will be held on Thursday, July 18, 2024, at 2:00 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007. Counsel should be prepared to address the following issues and provide relevant citations to controlling authority:

- Which works are the subject of the copyright infringement found in the District Court's August 24, 2023 Opinion & Order?

- May Plaintiff recovery all attorneys' fees expended in this litigation while succeeding only on the copyright infringement and cancellation claims?

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    July 1, 2024
                New York, New York