

MITCHELL SILBERBERG & KNUPP LLP
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

July 3, 2024

**By ECF**
The Honorable Judge Netburn, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

**Re:**   *Norris v. Goldner, et al.,* **19-cv-5491 (PAE)(SN)**

Dear Judge Netburn:

Our firm represents the defendants in the above-referenced action. We write pursuant to Your Honor's Individual Rule I.G., seeking to reschedule the hearing presently set for July 18, 2024 (ECF 190), due to a scheduling conflict that is unlikely to be resolved. Out of an abundance of caution, Plaintiff's counsel consents to an adjournment to the following week (i.e., the week of July 22) and advises that she is available then. Except for July 25, 2024 between 12 and 3 and July 26, 2024 between 1 and 3 due to a prescheduled motion hearing, I am also generally available during the week of July 22.

This is the first request for an adjournment of the July 18 hearing.

We thank the Court for its consideration of this request.

Respectfully submitted,

Eleanor M. Lackman


cc: All counsel of record (Via ECF)