UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDER NORRIS,

                    **Plaintiff,**                    **19-CV-05491 (PAE)(SN)**

        **-against-**                                   **ORDER**

**MARC GOLDNER, et al.,**

                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        The Plaintiff's motion for statutory damages and attorney's fees is STAYED pending supplemental briefing by the parties.

        The parties are directed to submit supplemental briefing addressing which works are the subject of the copyright infringement found in the District Court's August 24, 2024 Opinion & Order. The Court will not consider arguments that were either previously raised and rejected or that could have been raised and are now waived.

        As part of the supplemental briefing, the Court seeks an attorney declaration that identifies by exhibit which documents were submitted to the Patent & Trademark Office and when. Parties shall also support their position by identifying by citation to the summary judgment submissions where in the briefs and the record evidence the argument or factual support is found.

        Plaintiff shall file their supplemental submission by August 9, 2024, and Defendants shall file their submission by August 23, 2024. Memoranda of law shall not exceed ten double-spaced pages.

2

Additionally, to the extent the parties believe a settlement may be possible, they may seek a stay of these deadlines and a referral to the Court's Mediation Program.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   July 26, 2024
         New York, New York