

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

August 20, 2024

**By ECF**
The Honorable Judge Netburn, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

**Re:** *Norris v. Goldner, et al.*, **19-cv-5491 (PAE)(SN)**

Dear Judge Netburn:

Our firm represents the defendants in the above-referenced action. We write pursuant to Your Honor's Individual Rule I.G. to request a two-week extension of time to respond to plaintiff's supplemental filing of August 9, 2024. The current deadline is this Friday, August 23, 2024, which defendants need to extend due to some unexpected and urgent travel on the part of defendants' principals that will delay their ability to assist me with key factual issues pertaining to the response. Plaintiff's counsel has consented to the requested extension of time, which will put the deadline at September 6, 2024.

This is the first request for an extension of the deadline for responding to plaintiff's supplemental filing.

We thank the Court for its consideration of this request.

Respectfully submitted,

Eleanor M. Lackman


cc: All counsel of record (Via ECF)

20119983.1

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: www.msk.com