

Christie R. McGuinness
Phone: (212) 980-7205
christie.mcguinness@saul.com
www.saul.com

September 12, 2024

*Via ECF*

The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square, Room 430
New York, New York 10007

      Re:   *Alexander Norris v. Marc Goldner, et al.*
              Case No. 19-cv-05491-PAE-SN

Dear Judge Netburn,

      As Your Honor is aware, we represent Plaintiff Alexander Norris ("Plaintiff") in the above-referenced matter. With consent of Defendants Marc Goldner, Golden Bell Entertainment, LLC and Golden Bell Studios, LLC ("Defendants")'s counsel, Plaintiff writes to briefly adjourn the telephonic conference currently scheduled for Monday September 16, 2024 at 11:00 A.M. due to a scheduling conflict. *See* Doc. No. 203. The Parties are available for a telephonic conference on Tuesday September 17, 2024 from 2:30 P.M. to 4:00 P.M. and Wednesday September 18, 2024 from 9:00 A.M. to 11:00 A.M.; 12:15 P.M. to 2:00 P.M. The Parties thank the Court for its attention to this matter.

                                                Sincerely,

                                                *Christie R. McGuinness*

                                                Christie R. McGuinness

CC:

All Counsel Of Record Via ECF.

1270 Avenue of the Americas, Suite 2800 ◆ New York, NY 10020 ◆ Phone: (212) 980-7200 ◆ Fax: (212) 980-7292

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP