```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/18/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDER NORRIS,

                              Plaintiff,                       19-CV-05491 (PAE)(SN)

        -against-                                      **ORDER**

MARC GOLDNER, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court is available on September 23, 2024, or September 25, 2024, to hold a conference to settle this action and related case, Goldner, et al. v. Norris, 23-cv-04078-PAE-SN. The parties are directed to meet and confer about when they are available for a settlement conference and notify the Court no later than Friday, September 20, 2024.

       If the settlement conference is unsuccessful, Plaintiff shall file a motion for summary judgment, award of damages, and attorneys' fees by October 9, 2024. The Defendants shall file any opposition by October 23, 2024. Any reply shall be filed by October 30, 2024.

       The Clerk of Court is respectfully directed to lift the stay and terminate the motion at ECF No. 166 as moot.

**SO ORDERED.**

                                                            _____
                                                             SARAH NETBURN
                                                             United States Magistrate Judge

DATED:     September 18, 2024
                  New York, New York