USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/29/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

ALEXANDER NORRIS,

                              Plaintiff,                        19-CV-05491 (PAE)(SN)

              -against-                               ORDER

MARC GOLDNER, et al.,

                              Defendants.

-----------------------------------------------------------------X

-----------------------------------------------------------------X

MARC GOLDNER, GOLDEN BELL
ENTERTAINMENT, LLC., et al.,

                             Plaintiffs,                   23-CV-04078 (PAE)(SN)

              -against-

ALEXANDER NORRIS, ANDREWS MCMEEL
UNIVERSAL, LLC., and ANDREWS MCMEEL
PUBLISHING, LLC.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A conference is scheduled for Thursday, November 14, 2024, at 2:30 P.M. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. All parties must appear in person. Any counsel who intends to sign any settlement agreement must appear in person. This conference will be adjourned only upon the filing of a stipulation of dismissal.

**SO ORDERED.**

                                                                           SARAH NETBURN
                                                                            United States Magistrate Judge

DATED:  New York, New York
              October 29, 2024