USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ALEXANDER NORRIS,

                            Plaintiff,                  19-CV-05491 (PAE)(SN)

      -against-                              ORDER

MARC GOLDNER, et al.,

                            Defendants.
-----------------------------------------------------------------X

-----------------------------------------------------------------X

MARC GOLDNER, GOLDEN BELL
ENTERTAINMENT, LLC., et al.,

                            Plaintiffs,               23-CV-04078 (PAE)(SN)

      -against-

ALEXANDER NORRIS, ANDREWS MCMEEL
UNIVERSAL, LLC., and ANDREWS MCMEEL
PUBLISHING, LLC.,

                            Defendants.
-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiffs' counsel, Gerard P. Fox, seeks leave to be excused from the in-person conference on November 18, 2024, and instead requests that Eleanor M. Lackman, as counsel for Defendants in Norris v. Goldner, et al., appear on his behalf. Ms. Lackman has not entered an appearance in Goldner, et al. v. Norris, et al. and therefore may not appear on behalf of Mr. Fox.

2

Accordingly, Mr. Fox must appear at the conference unless Ms. Lackman enters an appearance in this case.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   New York, New York
           November 14, 2024