```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARC GOLDNER, GOLDEN BELL
ENTERTAINMENT, LLC, et al.,

                        Plaintiffs,                                 23-CV-04078 (PAE)(SN)

        -against-                                                   ORDER

ALEXANDER NORRIS, ANDREWS MCMEEL
UNIVERSAL, LLC, and ANDREWS MCMEEL
PUBLISHING, LLC,

                        Defendants.
-----------------------------------------------------------------X

-----------------------------------------------------------------X
ALEXANDER NORRIS,

                        Plaintiff,                                  19-CV-05491 (PAE)(SN)

        -against-

MARC GOLDNER, et al.,

                        Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

On October 29, 2024, the Court scheduled an in-person conference and ordered that "[a]ll parties must appear in person." The Court further ordered that "[a]ny counsel who intends to sign any settlement agreement must appear in person." Gerald Fox, attorney for the Goldner/Golden Bell entities in Goldner v. Norris, quickly requested permission to appear remotely. First, Mr. Fox said he had a conflict, and so the Court adjourned the conference to November 18. Later, Mr. Fox requested that Eleanor Lackman, counsel for the Goldner/Golden Bell entities in Norris v. Goldner, appear on his behalf. The Court denied that request unless Ms. Lackman filed an

appearance in Goldner v. Norris, which she has not yet done. This morning, counsel for Norris requested dial-in information so that Mx. Norris can appear remotely at today's conference.

The Court's prior order was unambiguous: *all parties* and *all counsel* are to appear in-person. It is evident now that Mx. Norris has violated that Court order; it is unclear whether Mr. Fox has as well.

The purpose of today's conference was to finalize the terms of any settlement. That cannot be done without all parties and all counsel present. Accordingly, the Court will hold the conference and use the occasion to set deadlines for any renewed motion for summary judgment, an award of statutory damages, and attorney's fees in Norris v. Goldner, and for Plaintiffs' reply brief in the motion to amend in Goldner v. Norris.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     November 18, 2024
           New York, New York