

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

November 18, 2024

**By ECF**
The Honorable Judge Netburn, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Norris v. Goldner, et al.*, 19-cv-5491 (PAE)(SN)

Dear Judge Netburn:

Our firm represents the defendants in the above-referenced action. I have just received a phone call from my client and understand that there was some confusion about appearances today. Enclosed for the Court's review is an email reflecting my inquiries regarding today's appearance, and Ms. Shaw's response, on which I relied with respect to today's hearing.

We thank the Court for its review and consideration of this matter.

Respectfully submitted,

Eleanor M. Lackman

Encl.

cc: All counsel of record (Via ECF)

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: WWW.MSK.COM

20323859.1

| | |
|---|---|
| **From:** | Lackman, Eleanor |
| **To:** | "Diljah Shaw"; "Heather Kyles"; "McGuinness, Christie R."; "Kathryn Lunn" |
| **Cc:** | "Gerard Fox"; "Perdomo Klukosky, Francelina M." |
| **Subject:** | RE: Norris v. Goldner, et al. |
| **Date:** | Monday, November 18, 2024 1:04:50 PM |
| **Attachments:** | image002.png |

Many thanks. I very much appreciate it. Whatever the Court sets for briefing, I will make work.

Respectfully,



**Eleanor M. Lackman (she/her) | Partner**
**Co-Chair, Intellectual Property Group**
T: 212.878.4890 | eml@msk.com
**Mitchell Silberberg & Knupp LLP | www.msk.com**
437 Madison Ave., 25th Floor, New York, NY 10022
2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Diljah Shaw <Diljah_Shaw@nysd.uscourts.gov>
**Sent:** Monday, November 18, 2024 1:01 PM
**To:** Lackman, Eleanor <eml@msk.com>; Heather Kyles <hkyles@gerardfoxlaw.com>; McGuinness, Christie R. <christie.mcguinness@saul.com>; Kathryn Lunn <klunn@gerardfoxlaw.com>
**Cc:** Gerard Fox <gfox@gerardfoxlaw.com>; Perdomo Klukosky, Francelina M. <Francelina.PerdomoKlukosky@saul.com>
**Subject:** [EXTERNAL] RE: Norris v. Goldner, et al.

Hello,

You do not need to cancel your prior engagement. The Court will set deadlines for any motion on which you are responsible.

Thank you,

Diljah Shaw
Courtroom Deputy to the Hon. Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Office: 212-805-4540
diljah_shaw@nysd.uscourts.gov

**From:** Lackman, Eleanor <eml@msk.com>
**Sent:** Monday, November 18, 2024 12:20 PM
**To:** Diljah Shaw <Diljah_Shaw@nysd.uscourts.gov>; Heather Kyles <hkyles@gerardfoxlaw.com>; McGuinness, Christie R. <christie.mcguinness@saul.com>; Kathryn Lunn <klunn@gerardfoxlaw.com>
**Cc:** Gerard Fox <gfox@gerardfoxlaw.com>; Perdomo Klukosky, Francelina M. <Francelina.PerdomoKlukosky@saul.com>
**Subject:** RE: Norris v. Goldner, et al.

**CAUTION - EXTERNAL:**

Dear Ms. Shaw,

I have seen the order just posted. As I read the October 29 order, counsel who would be signing onto a settlement should appear. Given that Mr. Fox led the settlement discussions last time and would be responsible as counsel for resolving the cases globally, my understanding was that I wasn't intended to appear—an understanding confirmed by the request that Mr. Fox made to have me in court instead, which was denied. Further, given how spiraled out of control the costs have been in this matter, and in light of the wording in the orders, I did not expect to attend and had scheduled accordingly. However, the order posted at 11:40 today indicates that "all counsel" should appear.

I can certainly cancel my other meetings and get on the train to the courthouse, but given that it will require my client to incur the cost of two counsel, not to mention counsel who has had to pay for travel and accommodations, I respectfully request that the Court clarify the same. We further request clarification as to whether Mr. Goldner should appear given the order.

Thank you to the Court for the attention to and extraordinary patience with this matter.

Respectfully,
Eleanor M. Lackman (counsel in 2019 case)



**Eleanor M. Lackman (she/her) | Partner**
**Co-Chair, Intellectual Property Group**
T: 212.878.4890 | eml@msk.com
**Mitchell Silberberg & Knupp LLP** | www.msk.com
437 Madison Ave., 25th Floor, New York, NY 10022

2049 Century Park East, 18th Floor, Los Angeles, CA 90067

THE INFORMATION CONTAINED IN THIS E-MAIL MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENTS. THIS MESSAGE MAY BE AN ATTORNEY-CLIENT COMMUNICATION, AND AS SUCH IS PRIVILEGED AND CONFIDENTIAL. IF THE READER OF THIS MESSAGE IS NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY REVIEW, USE, DISSEMINATION, FORWARDING OR COPYING OF THIS MESSAGE IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY BY REPLY E-MAIL OR TELEPHONE, AND DELETE THE ORIGINAL MESSAGE AND ALL ATTACHMENTS FROM YOUR SYSTEM. THANK YOU.

**From:** Diljah Shaw <Diljah_Shaw@nysd.uscourts.gov>
**Sent:** Monday, November 18, 2024 12:08 PM
**To:** Heather Kyles <hkyles@gerardfoxlaw.com>; McGuinness, Christie R. <christie.mcguinness@saul.com>; Kathryn Lunn <klunn@gerardfoxlaw.com>
**Cc:** Lackman, Eleanor <eml@msk.com>; Gerard Fox <gfox@gerardfoxlaw.com>; Perdomo Klukosky, Francelina M. <Francelina.PerdomoKlukosky@saul.com>
**Subject:** [EXTERNAL] RE: Norris v. Goldner, et al.

Thank you for confirming his attendance.

Thank you,

Diljah Shaw
Courtroom Deputy to the Hon. Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
Office: 212-805-4540
diljah_shaw@nysd.uscourts.gov

**From:** Heather Kyles <hkyles@gerardfoxlaw.com>
**Sent:** Monday, November 18, 2024 11:47 AM
**To:** Diljah Shaw <Diljah_Shaw@nysd.uscourts.gov>; McGuinness, Christie R. <christie.mcguinness@saul.com>; Kathryn Lunn <klunn@gerardfoxlaw.com>
**Cc:** Eleanor Lackman <eml@msk.com>; Gerard Fox <gfox@gerardfoxlaw.com>; Perdomo Klukosky, Francelina M. <Francelina.PerdomoKlukosky@saul.com>
**Subject:** RE: Norris v. Goldner, et al.

**CAUTION - EXTERNAL:**

Hello,
Mr. Fox, who respects the court, flew in late last night arriving at 1am. He will be attending in

person.

**Heather Kyles**

*Executive Assistant to Gerard Fox*
GERARD FOX LAW P.C.
1880 Century Park East
Suite 1410
Los Angeles, Ca 90067
hkyles@gerardfoxlaw.com
www.gerardfoxlaw.com
T: (310)441-0500
F: (310)441-4447

---

**From:** Diljah Shaw <Diljah_Shaw@nysd.uscourts.gov>
**Sent:** Monday, November 18, 2024 8:42 AM
**To:** McGuinness, Christie R. <christie.mcguinness@saul.com>; Kathryn Lunn <klunn@gerardfoxlaw.com>
**Cc:** Eleanor Lackman <eml@msk.com>; Gerard Fox <gfox@gerardfoxlaw.com>; Heather Kyles <hkyles@gerardfoxlaw.com>; Perdomo Klukosky, Francelina M. <Francelina.PerdomoKlukosky@saul.com>
**Subject:** RE: Norris v. Goldner, et al.

" Warning, External Sender"
Please see the attached order.

Further, please provide Mx. Norris' number.

Thank you,

Diljah Shaw
Courtroom Deputy to the Hon. Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
Office: 212-805-4540
diljah_shaw@nysd.uscourts.gov

---

**From:** McGuinness, Christie R. <christie.mcguinness@saul.com>
**Sent:** Monday, November 18, 2024 9:08 AM
**To:** Diljah Shaw <Diljah_Shaw@nysd.uscourts.gov>; Kathryn Lunn <klunn@gerardfoxlaw.com>

**Cc:** Eleanor Lackman <eml@msk.com>; Gerard Fox <gfox@gerardfoxlaw.com>; Heather Kyles <hkyles@gerardfoxlaw.com>; Perdomo Klukosky, Francelina M. <Francelina.PerdomoKlukosky@saul.com>
**Subject:** RE: Norris v. Goldner, et al.

**CAUTION - EXTERNAL:**

Good Morning Ms. Shaw,

Hope all's well. Would it be possible to have a dial-in circulated so that Mx. Norris may participate in the Status Conference scheduled for later this afternoon?

Best Regards,

Christie McGuinness

**Christie R. McGuinness**
Associate
**SAUL EWING LLP** | New York
Office: (212) 980-7205

**From:** Diljah Shaw <Diljah_Shaw@nysd.uscourts.gov>
**Sent:** Monday, September 23, 2024 2:26 PM
**To:** Kathryn Lunn <klunn@gerardfoxlaw.com>
**Cc:** McGuinness, Christie R. <christie.mcguinness@saul.com>; Eleanor Lackman <eml@msk.com>; Gerard Fox <gfox@gerardfoxlaw.com>; Heather Kyles <hkyles@gerardfoxlaw.com>
**Subject:** RE: Norris v. Goldner, et al.

**\*\*EXTERNAL EMAIL\*\* - This message originates from outside our Firm. Please consider carefully before responding or clicking links/attachments.**

Good afternoon all,

A settlement conference is scheduled for Wednesday, September 25, 2024, at 2:00 p.m. and will be held telephonically. The Court will provide dial-in information by email before the conference. An order with this date and time will be filed shortly. Please note the conference will be fully remote. No one is required to enter the courtroom.

Thank you,

Diljah Shaw
Courtroom Deputy to the Hon. Sarah Netburn

United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007
Office: 212-805-4540
diljah_shaw@nysd.uscourts.gov

**From:** Kathryn Lunn <klunn@gerardfoxlaw.com>
**Sent:** Monday, September 23, 2024 12:58 PM
**To:** Diljah Shaw <Diljah_Shaw@nysd.uscourts.gov>
**Cc:** McGuinness, Christie R. <christie.mcguinness@saul.com>; Eleanor Lackman <eml@msk.com>; Gerard Fox <gfox@gerardfoxlaw.com>; Heather Kyles <hkyles@gerardfoxlaw.com>
**Subject:** Norris v. Goldner, et al.

**CAUTION - EXTERNAL:**

Diljah,

Our office represents Goldner and the Golden Bell entities. Ms. Lackman forwarded your earlier email. Please be advised that Mr. Fox is not available before 2pm ET on Wednesday.

Additionally, this is to inform you that Mr. Goldner will appear in person on Wednesday, but Mr. Fox (counsel) and Ms. Korsen (of Golden Bell) will need to appear telephonically. Can you kindly provide a dial in number for the conference?

Thank you,
Kathy

**Kathryn Lunn**
Of Counsel
Gerard Fox Law P.C.
1880 Century Park East, Suite 1410
Los Angeles, CA 90067
klunn@gerardfoxlaw.com
www.gerardfoxlaw.com
Main Office: (310) 441-0500
Cell: (312) 927-2728
Fax: (310) 441-4447



CONFIDENTIAL AND PRIVILEGED COMMUNICATION: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. Interception of e-mail is a crime under the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521 and 2701-2709. If you received this communication in error, please contact the sender immediately and destroy the material in its entirety, whether electronic or hard copy.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

"Saul Ewing LLP (saul.com)" has made the following annotations:
+~~~~~~~~~~~~~~~~~~~~~~~~~~+
This e-mail may contain privileged, confidential, copyrighted, or other legally protected information. If you are not the intended recipient (even if the e-mail address is yours), you may not use, copy, or retransmit it. If you have received this by mistake please notify us by return e-mail, then delete.
+~~~~~~~~~~~~~~~~~~~~~~~~~~+

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.