```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALEXANDER NORRIS,

                                    Plaintiff,          19-CV-05491 (PAE)(SN)

              -against-                                      ORDER

MARC GOLDNER, et al.,

                                    Defendants.
-----------------------------------------------------------------X
```

**SARAH NETBURN, United States Magistrate Judge:**

The Court previously set a schedule for Plaintiff's motion for summary judgment, statutory damages, and attorney's fees based on Defendants' use of Plaintiff's registered works in support of Defendants' application to the Patent & Trademark Office (the "Registered Works Use"). ECF No. 207. That schedule was adjourned in light of the parties' ongoing settlement negotiations. Those negotiations have now collapsed.

Separately, Defendants, through Defendant Marc Goldner, indicated that they intend to file "cross-motions for summary judgment." It is unclear what cross-motion the Defendants intend to file, but the Court will not entertain motions beyond the scope of the Registered Works Use in light of the Court's prior rulings.

Accordingly,

- Plaintiff may file their motion for summary judgment on the Registered Works Use, statutory damages, and attorney's fees by December 6, 2024. The brief shall be no more than 15 pages.

- Defendants may file an opposition brief and, if appropriate, a cross-motion on the Registered Works Use by December 20, 2024. Defendants may file one brief, which shall be no more than 20 pages.

- Plaintiff may file a reply brief in further support of their motion and in opposition to any cross-motion by January 10, 2025. That brief shall be no more than 15 pages.

- Defendants may file a reply brief in further support of their cross-motion, by January 17, 2025, which shall be no more than 10 pages.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   November 19, 2024
         New York, New York

2