

Christie R. McGuinness
Phone: (212) 980-7205
christie.mcguinness@saul.com
www.saul.com

November 27, 2024

*Via ECF*

The Honorable Sarah Netburn
United States District Court
Southern District of New York
40 Foley Square, Room 430
New York, New York 10007

    Re:    *Alexander Norris v. Marc Goldner, et al.*
              Case No. 19-cv-05491-PAE-SN

Dear Judge Netburn,

    As Your Honor is aware, we represent Plaintiff Alexander Norris ("Plaintiff") in the above-referenced matter. With consent of Defendants Marc Goldner, Golden Bell Entertainment, LLC and Golden Bell Studios, LLC ("Defendants")'s counsel, the Parties write to advise the Court that they have continued to make great progress in reaching a resolution in this Action. Accordingly, the Parties request that <u>all</u> deadlines included in this Court's November 19th, 2024 Order (the "Order") be extended by two weeks. *See* Doc. No. 216. Meaning, Plaintiff will now file its Summary Judgment Motion on **December 20th, 2024**, Defendant will now file its Opposition to Plaintiff's Summary Judgment Motion on **January 6th, 2025**, etc. The Parties have not otherwise sought an extension of their time to file their Summary Judgment Motions. The Parties thank the Court for its attention to this matter.

                        Respectfully submitted,

                        */s/ Christie R. McGuinness*
                        Christie R. McGuinness, Esq.

CC:

All Counsel Of Record Via ECF.

1270 Avenue of the Americas, Suite 2800 ♦ New York, NY 10020 ♦ Phone: (212) 980-7200 ♦ Fax: (212) 980-7292

CALIFORNIA   DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP