

**MITCHELL SILBERBERG & KNUPP LLP**
A Law Partnership Including Professional Corporations

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

December 6, 2024

**By ECF**
The Honorable Judge Netburn, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

Re:   *Norris v. Goldner, et al.,* 19-cv-5491 (PAE)(SN)

Dear Judge Netburn:

Our firm represents the defendants in the above-referenced action. We write jointly with counsel for the plaintiff to report that the parties have agreed to and signed a binding term sheet that will resolve all claims in the above-captioned matter as well as in Case No. 23-cv-4078 (PAE)(SN). The term sheet is eight single-spaced pages long, containing 17 very detailed paragraphs of terms to which the parties have agreed, and contains 11 pages of exhibits. The only provisions of the deal that remain to be drafted for the final agreement are recitals and very standard boilerplate terms such as survival, severability, information pertaining to notices, joint drafting, and counterparts. The term sheet further provides that the parties will complete a long-form version within a short period of time, and if the parties do not agree, the term sheet will control.

Given the foregoing, the parties jointly request that the motion deadlines that come due starting tomorrow be adjourned *sine die* on the expectation that the parties will complete their final long-form agreement within two weeks, and likely sooner. As noted, if the parties are unable to complete the long-form agreement within the next few days, the term sheet will become the final agreement. To the extent that the Court does not agree to the extension of time, they request that the Court conditionally dismiss the above-referenced actions with the right to refile in 30 days in the highly unlikely scenario where the parties have not finalized their settlement agreement and mutually agree that the lawsuit(s) should proceed.

We thank the Court for its review and consideration of this matter.

Respectfully submitted,

Eleanor M. Lackman

cc: All counsel of record in 2019 and 2023 cases (*via ECF*)

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: www.msk.com
20358564.1