

**MITCHELL SILBERBERG & KNUPP LLP**
A LAW PARTNERSHIP INCLUDING PROFESSIONAL CORPORATIONS

Eleanor M. Lackman
Partner
(212) 878-4890 Phone
(917) 546-7675 Fax
eml@msk.com

December 20, 2024

**By ECF**
The Honorable Judge Netburn, U.S.M.J.
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

**Re:** *Norris v. Goldner, et al.,* 19-cv-5491 (PAE)(SN)

Dear Judge Netburn:

Our firm represents the defendants in the above-referenced action. Pursuant to the Court's Order (ECF No. 220), we write jointly with counsel for the plaintiff to report a Christmas miracle: the parties have settled both the above-referenced action and Case No. 23-cv-4078 (PAE)(SN), and have signed a full agreement to that effect. Per the terms of their agreement, the stipulations of dismissal will be filed within 21 days of yesterday, although the parties have indicated a goal of filing them sooner.

We thank the Court for its time and attention to these two matters before it.

Respectfully submitted,

Eleanor M. Lackman

cc: All counsel of record in 2019 and 2023 cases (*via ECF*)

437 Madison Ave., 25th Floor, New York, New York 10022-7001
Phone: (212) 509-3900 Fax: (212) 509-7239 Website: WWW.MSK.COM
20393840.1