UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXANDER NORRIS d/b/a WEBCOMIC NAME,

        Plaintiff,

v.

MARC GOLDNER, GOLDEN BELL ENTERTAINMENT, LLC, and GOLDEN BELL STUDIOS, LLC,

        Defendants.

Case No.   19-CV-05491 (PAE)(SN)

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Alexander Norris d/b/a Webcomic Name, and counsel for defendants Marc Goldner, Golden Bell Entertainment, LLC and Golden Bell Studios, LLC, that all claims over which the Court has jurisdiction be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs, expenses, and attorney's fees.

Dated: January 6, 2025

By: _____
Francelina M. Perdomo Klukosky
Christie R. McGuinness
SAUL EWING LLP
1270 Avenue of the Americas, Suite 2800
New York, New York 10020
(212) 980-7200
francelina.perdomoklukosky@saul.com
christie.mcguinness@saul.com

*Attorneys for Plaintiff Alexander Norris*

By: _____
Eleanor M. Lackman
MITCHELL SILBERBERG & KNUPP LLP
437 Madison Ave., 25th Floor
New York, New York 10022-7001
Telephone: (212) 509-3900
Facsimile: (212) 509-7239
Email: eml@msk.com

*Attorneys for Defendants Marc Goldner, Golden Bell Entertainment, LLC and Golden Bell Studios, LLC*

2

**SO ORDERED.**

_____
The Hon. Paul A. Engelmayer, U.S.D.J.